UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **LIMA ONE CAPITAL SPECIAL SERVICING, INC.**, a Delaware corporation,<br><br>                              Plaintiff,<br><br>vs.<br><br>**E.S. REAL ESTATE CONSORTIUM, CORP.**, a Georgia corporation; **CONSORTIUM TITLE, LLC**, a Virginia limited liability company; **INTEGRITY SETTLEMENT SERVICES, LLC**, a Florida limited liability company; **ANEAKA ENGLISH**, an individual; **CASITA SIMPSON**, an individual; and **COLEEN THOMAS**; an individual,<br><br>                              Defendants. | CIVIL ACTION FILE<br><br>NO.:_____ |

# COMPLAINT

Plaintiff, Lima One Capital Special Servicing, Inc. ("Plaintiff"), states as follows for its Complaint:

1. Plaintiff is a Delaware corporation with its principal place of business located in Greenville, South Carolina. Therefore, for purposes of diversity, Plaintiff is a citizen of Delaware and South Carolina.

2. E.S. Real Estate Consortium, Corp. ("E.S. Real Estate") is a Georgia corporation that has its principal place of business at 5317 Peachtree Boulevard, Suite 316, Chamblee, Georgia 30341. Therefore, for purposes of diversity, E.S. Real Estate is a citizen of Georgia.

3. Coleen Thomas ("Thomas") is an individual who upon information and belief is domiciled in Virginia. Therefore, for purposes of diversity, Thomas is a citizen of Virginia.

4. Consortium Title, LLC ("Consortium") is a Virginia limited liability company, which upon information and belief has one member, Coleen Thomas. Therefore, for purposes of diversity, Consortium is a citizen of Virginia as Thomas is domiciled there.

5. Integrity Settlement Services, LLC ("Integrity") is a Florida limited liability company, which, upon information and belief, has one member, Consortium, which has one member, Thomas, as discussed above. Therefore, for purposes of diversity, Integrity is a citizen of Virginia.

6. Aneaka English ("English") is an individual who upon information and belief is domiciled in Georgia. Therefore, for purposes of diversity, English is a citizen of Georgia.

7. Casita Simpson ("Simpson") is an individual who upon information and belief is domiciled in Florida. Therefore, for purposes of diversity, Simpson is a citizen of Florida.

## JURISDICTION AND VENUE

8. Jurisdiction over this matter properly rests within this Honorable Court pursuant to 28 UCS §1331 and/or §1332. The complaint includes a federal question, specifically Plaintiff's claim that the Defendants violated the Racketeer Influenced and Corrupt Organizations Act ("RICO"), as described below. Further, the amount in controversy is in excess of Seventy-Five Thousand ($75,000.00) Dollars, exclusive of interest and costs and none of the Defendants is a citizen of Delaware or South Carolina while Plaintiff is a citizen of Delaware and South Carolina, which means there is complete diversity amongst the parties.

9. Venue is proper in this Honorable Court pursuant to 28 USC §1391(a) and (b)(3).

## GENERAL ALLEGATIONS

10. Lima One Capital, LLC ("Lima One") is in the business of lending funds for short term real estate transactions, among other businesses.

3

11. In December 2017, English, on behalf of E.S. Real Estate, requested funding related to the closing of real property commonly known as 1564 Park Road SE, Atlanta, GA 30315 (the "Property").

12. English, on her own or as an agent of E.S. Real Estate, provided Lima One with a Purchase Sale Agreement dated October 15, 2017 between Ruth Fermino and Wholesale Listings Co Ltd (the "Borrower"). **Exhibit A.**

13. English stated that she represented the Borrower.

14. English, on her own or as an agent of E.S. Real Estate, sent Lima One a HUD Statement allegedly showing how funds would be disbursed after the Borrower purchased the Property. **Exhibit B.**

15. English told Lima One that the Borrower intended to immediately sell the Property to ESRG Georgia Group I ("ESRG") on the same date the Borrower purchased it.

16. English, on her own or as an agent of E.S. Real Estate, sent Lima One a HUD Statement allegedly showing the Borrower selling the Property to ESRG and repaying Lima One the total amount it was owed of $255,774.57. **Exhibit C.**

17. The Borrower chose Integrity as its title company to close the real estate transactions.

18. Integrity provided a Certificate of Liability Insurance regarding its errors and omissions policy prior to closing.

19. Lima One does not close these types of transactions or wire funds to the title company until it receives confirmation that the second purchaser's funds are received by the title company and are being held in escrow.

20. Thomas sent an e-mail to Lima One on January 4, 2018 confirming Integrity was in receipt of the funds from ESRG to purchase the Property from the Borrower.

21. On January 8, 2018, Lima One wired $251,375.50 to Integrity through a JPMorgan Chase account to fund the Borrower's purchase of the Property.

22. Pursuant to its agreement with English and E.S. Real Estate, Lima One was to receive $255,774.57 within 24 hours of the initial wire transfer.

23. English refused to pay Lima One what it was owed under the agreement, instead feigning ignorance.

24. Lima One attempted to file a claim against Integrity's alleged errors and omissions insurance, but no policy exists.

25. On or about March 7, 2018, English mailed a check to Lima One through the United States Postal Service.

26. English held the check out to be payment in full of the amounts owed to Lima One.

27. The check was returned to Lima One's bank due to insufficient funds in the drawer's account.

28. On March 21, 2018, English wired the sum of $51,370.00 to Lima One claiming once she received confirmation of those funds being received that she would pay the remainder through a second wire transaction.

29. On May 7, 2018, English wired the sum of $50,000.00 to Lima One as partial payment on the amount outstanding.

30. Lima One has not received the balance of the outstanding obligation.

31. Lima One assigned its rights to any cause of action arising from this transaction to Plaintiff in an Assignment dated August 21, 2018 and attached hereto as **Exhibit D**.

## COUNT I – FRAUDULENT MISREPRESENTATION

32. Plaintiff incorporates the allegations set forth above by reference, with the same force and effect as if fully repeated.

33. As described above, English made numerous fraudulent misrepresentations to Lima One.

34. English claimed that she represented the Borrower.

6

35. English claimed the Borrower was going to purchase the Property and then immediately sell it to ESRG.

36. English claimed that Simpson would execute documents on behalf of the Borrower to close the transaction.

37. English's claims were false because the Borrower was a sham company set up by Simpson.

38. Upon information and belief, Simpson is a paralegal employed by English.

39. English knew that her representations were false at the time they were made.

40. English made these misrepresentations intending that Lima One rely on them.

41. Lima One reasonably relied on these misrepresentations.

42. In reliance upon the misrepresentations, Lima One has suffered damages of not less than $152,404.57 plus attorney fees and costs.

43. Thomas falsely claimed that Integrity was in possession of the ESRG funds necessary to repay Lima One.

44. Thomas falsely claimed that Integrity had insurance to cover such losses.

45. Thomas knew when she made the claims that they were false.

46. Thomas made the misrepresentations intending that Lima One would rely on them.

47. Lima One did in fact rely on the misrepresentations when it wired the funds to Integrity.

48. Due to Thomas' misrepresentations, Lima One has suffered damages of not less than $152,404.57 plus attorney fees and costs.

WHEREFORE, Plaintiff Lima One Capital Special Servicing, Inc. respectfully requests that this Honorable Court enter a judgment in its favor and against Defendants E.S. Real Estate Consortium, Corp., Consortium Title, LLC, Integrity Settlement Solutions, LLC, Aneaka English, Coleen Thomas, and Casita Simpson, jointly and severally, in the amount of $152,404.57 plus attorney fees and costs that continue to accrue.

## COUNT II – CONSPIRACY TO COMMIT FRAUD

49. Plaintiff incorporates the allegations set forth above by reference, with the same force and effect as if fully repeated.

50. As described above, the Defendants have perpetrated a fraud against Lima One.

51. The Defendants' individual actions, working in concert, created a plan to defraud Lima One.

52. English represented to Lima One that she had a purchaser for the Property who would then immediately sell the property to a third party.

53. Simpson represented herself as the Borrower's authorized agent who was going to purchase the Property.

54. Thomas served as the conduit to obtain the funds by misrepresenting to Lima One that Integrity was in possession of ESRG's funds to purchase the Property and repay Lima One.

55. Through these actions and those previously discussed above, the Defendants acted in concert to defraud Lima One.

56. The Defendants stole $255,774.57 from Lima One through the conspiracy.

WHEREFORE, Plaintiff Lima One Capital Special Servicing, Inc. respectfully requests that this Honorable Court enter a judgment in its favor and against Defendants E.S. Real Estate Consortium, Corp., Consortium Title, LLC, Integrity Settlement Solutions, LLC, Aneaka English, Coleen Thomas, and Casita Simpson, jointly and severally, in the amount of $152,404.57 plus attorney fees and costs that continue to accrue.

## **COUNT III – UNJUST ENRICHMENT**

57. Plaintiff incorporates the allegations set forth above by reference, with the same force and effect as if fully repeated.

58. As described above, Lima One wired $251,375.50 to Integrity in relation to the fraudulent closing.

59. Lima One expected payment in return of $255,774.57 based on the parties' agreement.

60. E.S. Real Estate, Consortium, Integrity, English, Simpson and Thomas have received an unjust benefit at the expense of Lima One based on their conduct.

61. It would be unjust for the Defendants to retain the benefit.

WHEREFORE, Plaintiff Lima One Capital Special Servicing, Inc. respectfully requests that this Honorable Court enter a judgment in its favor and against Defendants E.S. Real Estate Consortium, Corp., Consortium Title, LLC, Integrity Settlement Solutions, LLC, Aneaka English, Coleen Thomas, and Casita Simpson, jointly and severally, in the amount of $152,404.57 plus attorney fees and costs that continue to accrue.

## **COUNT IV – CIVIL RICO PURSUANT TO 18 U.S.C. § 1964**

62. Plaintiff incorporates the allegations set forth above by reference, with the same force and effect as if fully repeated.

63. Defendants by virtue of their agency relationships with each other formed an enterprise (the "Enterprise").

64. Through the Enterprise, Defendants engaged in racketeering activity to wit wire fraud in violation of 18 U.S.C. § 1343 and mail fraud in violation of 18 U.S.C. § 1341.

65. Violations of 18 U.S.C. § 1341 and 1343 are each a "racketeering activity" as that term is defined in 18 U.S.C. § 1961(1).

66. The Defendants received an economic benefit through the Enterprise.

67. The conduct alleged in this complaint constitutes a "pattern of racketeering activity," as that term is defined in 18 U.S.C. § 1961(5) as Lima One has alleged two acts that constitute racketeering activity, specifically violations of 18 U.S.C. § 1341 and § 1343, that occurred after the enactment of the RICO Act and these activities occurred within the last 10 years.

68. English has committed mail and/or wire fraud on at least two previous occasions against two other victims, and there is a serious threat that she will continue her criminal conduct beyond the instances in this complaint.

69. Simpson and Thomas aided and abetted English in engaging in racketeering behavior by setting up sham companies, drafting fake closing documents for the sale of the Property, and misrepresenting that they were ready, willing and able to fund the sale as agreed.

70. The Enterprise will continue to operate and defraud consumers and businesses alike through an ongoing Ponzi scheme if not stopped by the Court.

71. As a direct and proximate cause of Defendants' racketeering activities, Plaintiff has suffered economic damages and it requests treble damages and reasonable attorney fees pursuant to 18 U.S.C. § 1964(c).

WHEREFORE, Lima One Capital Special Servicing, Inc. respectfully requests that this Honorable Court enter a judgment in its favor and against Defendants E.S. Real Estate Consortium, Corp., Consortium Title, LLC, Integrity Settlement Solutions, LLC, Aneaka English, Coleen Thomas, and Casita Simpson, jointly and severally, in the amount of $463,213.71 plus attorney fees and costs that continue to accrue.

Respectfully submitted this 28th day of August, 2018.

*[Intentionally left blank]*

*[Signature on following page]*

**HAWKINS PARNELL THACKSTON & YOUNG LLP**

*/s/ Ronald G. Polly, Jr.*
Ronald G. Polly, Jr.
Georgia Bar No. 583264
rpolly@hptylaw.com
303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308
Telephone: (404) 614-7400
Facsimile: (404) 614-7500


Richard G. Szymczak (P29230)
rszymczak@plunkettcooney.com
*(to be admitted pro hac vice)*
Emily M. Coyle (P74123)
ecoyle@plunkettcooney.com
*(to be admitted pro hac vice)*
**PLUNKETT COONEY, P.C.**
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Telephone: (810) 342-7007
Facsimile: (248) 901-4040

*Attorneys for Plaintiff*

Open.26479.80652.20786379-1

13

iManage 12148302v.1