# Exhibit "B"

OMB Approval No 2502-0265



## A. Settlement Statement (HUD-1)

### B. Type of Loan

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File No.<br>**GA-17-1808** | 7. Loan No. | 8. Mortgage Insurance Case No. |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower:<br>**Wholesale Listings Co**<br>**1372 West Peachtree Street**<br>**Atlanta, GA 30309** | E. Name & Address of Seller:<br>**Ruth Fermino**<br>**1564 Park Road Southeast**<br>**Atlanta, GA 30315** | F. Name & Address of Lender:<br>Lima One Capital |
|---|---|---|
| G. Property Location:<br>**1564 Park Road Southeast**<br>**Atlanta, GA 30315** | H. Settlement Agent:<br>**Integrity Settlement Services**<br><br>Place of Settlement:<br>**401 E Jackson St Suite 3300 Tampa FL 33602** | I. Settlement Date:<br>**01/04/2018**<br>Funding Date:<br>**01/04/2018**<br>Disbursement Date:<br>**01/04/2018** |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | $250,500.00 | 401. Contract sales price | $250,500.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $875.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustment for items paid by seller in advance | | Adjustment for items paid by seller in advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | **$251,375.50** | **420. Gross Amount Due to Seller** | **$250,500.00** |
| **200. Amount Paid by or in Behalf of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | $625.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of First Mortgage Loan | |
| 205. | | 505. Payoff of Second Mortgage Loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/Town Taxes to 11/08/2017 | $494.92 | 510. City/Town Taxes to 11/08/2017 | $494.92 |
| 211. County Taxes to 11/08/2017 | $161.58 | 511. County Taxes to 11/08/2017 | $161.58 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | **$0.00** | **520. Total Reduction Amount Due Seller** | **$1,281.50** |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | $251,375.50 | 601. Gross amount due to seller (line 420) | $250,500.00 |
| 302. Less amounts paid by/for borrower (line 220) | $0.00 | 602. Less reductions in amounts due seller (line 520) | $1,281.50 |
| 303. Cash ☒ From ☐ To Borrower | $251,375.50 | 603. Cash ☒ To ☐ From Seller | $249,218.50 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

| L. Settlement Charges | | |
|---|---|---|
| **700. Total Real Estate Broker Fees** | **Paid From Borrower's Funds at Settlement** | **Paid From Seller's Funds at Settlement** |
| Division of commission (line 700) as follows : | | |
| 701. $ | | |
| 702. $ | | |
| 703. Commission paid at settlement | | |
| 704. | | |
| **800. Items Payable in Connection with Loan** | | |
| 801. Our origination charge                                              (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen   (from GFE #2) | | |
| 803. Your adjusted origination charges                                   (from GFE #A) | | |
| 804. Appraisal fee                                                       (from GFE #3) | | |
| 805. Credit report                                                       (from GFE #3) | | |
| 806. Tax service                                                         (from GFE #3) | | |
| 807. Flood certification                                                 (from GFE #3) | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| **900. Items Required by Lender to be Paid in Advance** | | |
| 901. Daily interest charges from 11/08/2017 to 12/01/2017                 (from GFE #10) | | |
| 902. Mortgage insurance premium                                          (from GFE #3) | | |
| 903. Homeowner's insurance                                               (from GFE #11) | | |
| 904. | | |
| **1000. Reserves Deposited with Lender** | | |
| 1001. Initial deposit for your escrow account                            (from GFE #9) | | |
| 1002. Homeowner's insurance | | |
| 1003. Mortgage insurance | | |
| 1004. Property taxes | | |
| 1005. | | |
| 1006. | | |
| 1007. Aggregate Adjustment $0.00 | | |
| **1100. Title Charges** | | |
| 1101. Title services and lender's title insurance                        (from GFE #4) | $625.00 | |
| 1102. Settlement or closing fee to Integrity Settlement Services 625.00 | | $625.00 |
| 1103. Owner's title insurance to Old Republic National Title Insurance Company   (from GFE #5) | | |
| 1104. Lender's title insurance to Old Republic National Title Insurance Company | | |
| 1105. Lender's title policy limit $ | | |
| 1106. Owner's title policy limit $ | | |
| 1107. Agent's por on of the total tle insur ance premium to Integrity Settlement Servics | | |
| 1108. Underwriter's portion of the total title insurance premium to Old Republic National Title Insurance Company | | |
| 1109. | | |
| 1110. | | |
| 1111. | | |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Government recording charges                                       (from GFE #7) | | |
| 1202. Deed $ Mortgage $ Release $ to Fulton County Recording Office | | |
| 1203. Transfer taxes                                                     (from GFE #8) | $250.50 | |
| 1204. City/County tax/stamps Deed $ Mortgage $ | | |
| 1205. State tax/stamps Deed $250.50 Mortgage $ to Fulton County Recording Office | | |
| 1206. | | |
| **1300. Additional Settlement Charges** | | |
| 1301. Required services that you can shop for                            (from GFE #6) | | |
| 1302. | | |
| 1303. | | |
| 1304. | | |
| 1305. | | |
| 1306. | | |
| 1307. | | |
| 1308. | | |
| 1309. | | |
| 1310. | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | **$875.50** | **$625.00** |

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| **Charges That Cannot Increase** | **HUD-1 Line Number** | | |
| Our origination charge | #801 | | |
| Your credit or charge (points) for the specific interest rate chosen | #802 | | |
| Your adjusted origination charges | #803 | $0.00 | |
| Transfer taxes | #1203 | | $250.50 |

| Charges That In Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | 1201 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total | | | |
| Increase between GFE and HUD-1 Charges | | | % |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow account | 1001 | | |
| Daily interest charges | 901 | | |
| Homeowner's insurance | 903 | | |
| Title services and lender's title insurance | 1101 | | $625.00 |
| | | | |
| | | | |

## Loan Terms

| | |
|---|---|
| Your initial loan amount is | |
| Your loan term is | |
| Your initial interest rate is | |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | _____ includes<br>[X] Principal<br>[X] Interest<br>[ ] Mortgage Insurance |
| Can your interest rate rise? | [X] No,  [ ] Yes, it can rise to a maximum of _____. The first change will be on _____ and can change again every _____ months after _____. Every change date, your interest rate can increase or decrease by _____. Over the life of the loan, your interest rate is guaranteed to never be lower than _____ or higher than _____. |
| Even if you make payments on time, can your loan balance rise? | [X] No,  [ ] Yes, it can rise to a maximum of _____ |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | [X] No,  [ ] Yes, the first increase can be on _____ and the monthly amount owed can rise to _____. The maximum it can ever rise to is _____ |
| Does your loan have a prepayment penalty? | [X] No,  [ ] Yes, your maximum prepayment penalty is _____ |
| Does your loan have a balloon payment? | [X] No,  [ ] Yes, you have a balloon payment of _____ due in _____ years on _____ |
| Total monthly amount owed including escrow account payments | [X] You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br><br>[ ] You have an additional monthly escrow payment of _____ that results in a total initial monthly amount owed of _____. This includes principal, interest, any mortgage insurance and any items checked below:<br>[ ] Property taxes       [ ] Homeowner's insurance<br>[ ] Flood insurance     [ ]<br>[ ]                     [ ] |

**Note:** If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

## See signature addendum

**Signature Addendum**

Wholesale Listings Co LLC, a Georgia Limited Liability Company

By: _____    _____
     Casita Simpson, Manager    Date        Ruth Fermino                Date

The HUD-1 settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

_____
Settlement Agent                Date