# Exhibit "D"

## ASSIGNMENT OF CLAIM

This document is an assignment by Lima One Capital, LLC, a Georgia limited liability company (hereinafter identified as the CLAIMANT).

CLAIMANT assigns to the following person or entity hereinafter identified here as ASSIGNEE:

| | |
|---|---|
| Name: | Lima One Capital Special Servicing, Inc., a Delaware corporation |
| Address: | 201 E. McBee Ave, Suite 300<br>Greenville, SC 29601 |

CLAIMANT has designated and appointed ASSIGNEE to act as CLAIMANT'S agent and representative for CLAIMANT'S sole benefit pursuant to that certain agency agreement (the "Agency Agreement") between CLAIMANT and ASSIGNEE with respect to those certain legal claims CLAIMANT has arising out of the purported sale of 1564 Park Road SE, Atlanta, GA 30315 and related financing provided by CLAIMANT.

CLAIMANT hereby assigns, pursuant to the terms of the Agency Agreement, only those claims that are against the following persons or entities:

| | | | | |
|---|---|---|---|---|
| Name: | E.S. Real Estate Consortium, Inc. | | Name: | Consortium Title, LLC |
| Address: | 5317 Chamblee Blvd<br>Suite 316<br>Chamblee, GA 30341 | | Address: | 1775 Tysons Blvd<br>Tysons, VA 22182 |
| Name: | Integrity Settlement Services, LLC | | Name: | Aneaka English |
| Address: | 401 E. Jackson Street<br>Suite 3300<br>Tampa, FL 33602 | | Address: | 3491 Cragstone Rd<br>Lithonia, GA 30038 |
| Name: | Coleen Thomas | | Name: | Casita Simpson |
| Address: | 1775 Tysons Blvd<br>Tysons, VA 22182 | | Address: | 5902 Bahama Court<br>West Palm Beach, FL 33407 |

CLAIMANT has duly executed this assignment to be effective this ____ day of August, 2018.

CLAIMANT:

8/21/18
Date Executed

By: Lima One Management, LLC, a South Carolina limited liability company
Its:   Manager

By: _____
      John S. Warren, Jr.
Its:   Manager

Open.26479.80