**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA**

**LIMA ONE CAPITAL SPECIAL SERVICING, INC.**, a Delaware corporation,

                    Plaintiff,

vs.

**E.S. REAL ESTATE CONSORTIUM, INC.**, a Georgia corporation; **CONSORTIUM TITLE, LLC**, a Virginia limited liability company; **INTEGRITY SETTLEMENT SERVICES, LLC**, a Florida limited liability company; **ANEAKA ENGLISH**, an individual; **CASITA SIMPSON**, an individual; and **COLEEN THOMAS**; an individual,

                    Defendants.

CIVIL ACTION FILE

NO. 18-04070-MLB

## PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE PURSUANT TO FED. R. CIV. P. 4(m)

NOW COMES Plaintiff, Lima One Capital Special Servicing, Inc. ("Lima One") in the above-captioned case and hereby respectfully submits this motion for enlargement of time for Plaintiff to serve Consortium Title, LLC; Casita Simpson; and Coleen Thomas pursuant to Fed. R. Civ. P. 4(m).  In support thereof, Lima One states as follows:

1.     Lima One filed this action on August 28, 2018.

2.     Pursuant to Fed. R. Civ. P. 4(m), Lima One is required to serve all defendants within 90 days of filing the complaint, unless good cause is shown for its failure.

3.     Lima One has diligently attempted to serve Consortium Title, LLC, Casita Simpson, and Coleen Thomas ("Remaining Defendants") as required.

4.     Plaintiff mailed waivers of service to all Remaining Defendants on October 18, 2018, but it received no responses by the November 17, 2018 deadline.

5.     Plaintiff attempted to personally serve Coleen Thomas in Virginia based on information provided by its process server. **Exhibit A.**

6.     It has come to Plaintiff's attention that the Coleen Thomas identified in Virginia may not be the proper Coleen Thomas, and an investigation is underway to determine an appropriate address for the proper defendant named Coleen Thomas.

7.     Plaintiff attempted to personally serve Casita Simpson in Florida. Her mother answered the door, but refused to accept service on her behalf. **Exhibit B.** Casita Simpson is aware of the ongoing litigation, but she has refused to execute a waiver of service. **Exhibit C.**

8.     Plaintiff attempted to serve Consortium Title, LLC by serving its registered agent pursuant to Fed. R. Civ. P. 4(h), but the summons and complaint were returned without signature.

2

9.     Plaintiff intends to file a Motion requesting alternate service on the Remaining Defendants if its request for additional time to serve the Remaining Defendants is granted.

WHEREFORE, Plaintiff, Lima One Capital Special Servicing, Inc. respectfully requested that this Honorable Court grant its Motion pursuant to Fed. R. Civ. P. 4(m) and allow Lima One an additional 60 days to effectuate service of process on Coleen Thomas, Casita Simpson, and Consortium Title, LLC. A proposed Order is attached as **Exhibit D.**

Respectfully submitted,

_____/s/ Emily M. Coyle_____
Emily M. Coyle, MI Bar No. P74123
(*ADMITTED PRO HAC VICE*)
ecoyle@plunkettcooney.com
**PLUNKETT COONEY, P.C.**
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Telephone: (248) 594-8613
Facsimile:   (248) 901-4040

Ronald G. Polly, Jr.
Georgia Bar No. 583264
rpolly@hptylaw.com
303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308
Telephone: (404) 614-7400
Facsimile:   (404) 614-7500

*Attorneys for Plaintiff*

3

## <u>PROOF OF SERVICE</u>

The undersigned certifies that on the 26th day of November, 2018, a copy of the foregoing document was served upon the attorney(s) of record in this matter at their stated business address as disclosed by the records herein via:

| ☐ Hand Delivery | ☐ Overnight Mail |
| ☐ U.S. Mail | ☐ Facsimile |
| ☐ E-Mail | ☒ Electronic E-File |

I declare under the penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.

<u>    /s/ Doreen Stanard    </u>
Doreen Stanard

Open.26479.80652.21238387-1

4

EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-4070

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Coleen Thomas aka Coleen Gerow</u> was received by me on *(date)* <u>Aug 30, 2018, 12:45 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>No one would answer the door. Defendant most likely avoiding service.. ;</u> or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 09/10/2018

_____
*Server's Signature*

Bryan Rodgers
_____
*Printed name and title*

1133 13th Street NW, Suite C4, Washington, DC 20005
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Aug 31, 2018, 3:47 pm EDT at Home: ▮▮▮▮▮▮▮▮▮▮
Knocked on door and rang bell with no answer. Front door was open and a blue Toyota Camry was in the driveway but no one answered the door.

2) Unsuccessful Attempt: Sep 4, 2018, 3:39 pm EDT at Home: ▮▮▮▮▮▮▮▮▮▮
Rang doorbell and knocked on door several times with no answer. No movement heard inside. The car was not in the driveway on this attempt.

3) Unsuccessful Attempt: Sep 7, 2018, 4:51 pm EDT at Home ▮▮▮▮▮▮▮▮▮▮
Knocked on door and rang bell several times with no answer. Front door was open. Blue Toyota with license plate JXH-8964

in the driveway. Most likely avoiding service.

EXHIBIT B

9/4/18

Telephone call from process server Barry Ross re service update re Casita Simpson

He went to the address we gave him and a woman there at first responded to the name but when she found out there were papers being served she said she was not Casita Simpson. Barry thinks judged on the research he did she may have been Casita's mother. I gave him another address that the Accurint showed may also be a current address and he is going to try that address to see if she is there.

## Coyle, Emily

| | |
|---|---|
| **From:** | barry ross <barryrossinc@yahoo.com> |
| **Sent:** | Monday, September 17, 2018 12:51 PM |
| **To:** | Stanard, Doreen |
| **Subject:** | Fw: Document - Sep 12, 2018, 11:59 AM |
| **Attachments:** | Doc - Sep 12 2018 - 11-59 AM.pdf |

Please confirm receipt of the attached Invoice emailed to you 9-12. Also on 2nd address 5865 Caribbean Blvd Apt 2301 Palm Beach Gardens, Fl 33407. Per property manager defendant moved no forwarding information. It's a new tenant at address per manager. Only other address I have for Casita is in Tallahassee.

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "barry ross" <barryrossinc@yahoo.com>
**To:** "Doreen Stanard" <dstanard@plunkettcooney.com>
**Sent:** Wed, Sep 12, 2018 at 12:05 PM
**Subject:** Document - Sep 12, 2018, 11:59 AM
Hi Doreen, here's invoice on Casita Simpsom for 1st address. So far no answer at door at 2nd address. Will try to verify with community office. They were  closed when I was there. Regards, Barry ScannedurboScan.

Sent from Yahoo Mail on Android

1

EXHIBIT C

**Coyle, Emily**

| | |
|---|---|
| **From:** | Casita Simpson <casita@simpson-assoc.com> |
| **Sent:** | Thursday, September 20, 2018 5:23 PM |
| **To:** | Coyle, Emily |
| **Subject:** | LIMA ONE CAPITAL v. E.S REAL ESTATE CONSORTIUM |

Atty. Coyle:

Good day. It was brought to my attention that your client is suing me for a loan that was taken. I was not involved with this transaction. However, I need to find an attorney to represent me and defend me with this law suit. I am asking for more time to respond to the complaint so that I am able to find an attorney that can represent me.

Thank you in advance.

Casita Simpson
561-307-7949


**Sent from my** iPhone

1

EXHIBIT D

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **LIMA ONE CAPITAL SPECIAL SERVICING, INC.**, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**E.S. REAL ESTATE CONSORTIUM, INC.**, a Georgia corporation; **CONSORTIUM TITLE, LLC**, a Virginia limited liability company; **INTEGRITY SETTLEMENT SERVICES, LLC**,  a Florida limited liability company; **ANEAKA ENGLISH**, an individual; **CASITA SIMPSON**, an individual; and **COLEEN THOMAS**; an individual,<br><br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 18-04070-MLB |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE PURSUANT TO FED.R.CIV.P. 4(m)

Plaintiff, Lima One Capital Special Servicing, Inc., having filed its Motion to Extend Time for Service Pursuant to Fed. R. Civ. P. 4 (m), and this Court having reviewed the Motion and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiff's Motion is granted. Plaintiff shall be allowed an additional 60 days from the date of this Order to effectuate service of process on Coleen Thomas, Casita Simpson, and Consortium Title, LLC.

This _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

Open.26479.80652.21274419-1

2