## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

**LIMA ONE CAPITAL SPECIAL SERVICING, INC.**, a Delaware corporation,

                          Plaintiff,

vs.

**E.S. REAL ESTATE CONSORTIUM, INC.**, a Georgia corporation; **CONSORTIUM TITLE, LLC**, a Virginia limited liability company; **INTEGRITY SETTLEMENT SERVICES, LLC**, a Florida limited liability company; **ANEAKA ENGLISH**, an individual; **CASITA SIMPSON**, an individual; and **COLEEN THOMAS**; an individual,

                          Defendants.

CIVIL ACTION FILE NO.:
1:18-CV-04070-MLB

## STIPULATED ORDER EXTENDING DEFENDANT INTEGRITY SETTLEMENT SERVICES, LLC'S TIME TO ANSWER COMPLAINT

Plaintiff, Lima One Capital Special Servicing, Inc. ("Plaintiff"), and Defendant, Integrity Settlement Services, LLC ("Integrity Settlement Services"), having stipulated and agreed to allow Integrity Settlement Services until February 3, 2019, to answer or otherwise respond to Plaintiff's Complaint, and the Court being fully advised in the premises;

IT IS SO ORDERED.

_____

Approved for Entry:

/s/ B. J. Bernstein

B. J. Bernstein (054904)
The Bernstein Firm, P.C.
Attorneys for
PO Box 410
Palmetto, GA  30268
(404) 522-1200
bj@bernsteinfirm.com

/s/ Emily M. Coyle

Emily M. Coyle (P74123)
Plunkett Cooney
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI  48304
(248)  594-8613  /  Fax  (248)  901-4040
ecoyle@plunkettcooney.com

Open.26479.80652.21347630-1

2