# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LIMA ONE CAPITAL SPECIAL SERVICING, INC., a Delaware corporation, | ) ) ) ) |
| Plaintiff, | ) CIVIL ACTION FILE NO. ) ) 1:18-CV-04070-MLB |
| v. | ) ) |
| E.S. REAL ESTATE CONSORTIUM, CORP., a Georgia corporation; CONSORTIUM TITLE, LLC, a Virginia limited liability company; INTERGRITY SETTLEMENT SERVICES, LLC, a Florida limited liability company; ANEAKA ENGLISH, an individual; CASITA SIMPSON, an individual; and COLEEN THOMAS, an individual, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ANEAKA ENGLISH'S JOINDER IN E.S. REAL ESTATE CONSORTIUM, CORP.'S MOTION TO DISMISS AND MEMORANDUM IN SUPPORT

COMES NOW, Defendant Aneaka English ("English"), by and through her undersigned counsel, and hereby joins, incorporates and adopts E.S. Real Estate Consortium Corp.'s Motion to Dismiss and Memorandum in Support ("Motion to Dismiss") filed on or about October 15, 2018.

By joining the Motion to Dismiss, English adopts and incorporates all arguments, reasoning, and citations to law and fact, as if fully set forth herein, and respectfully requests the same relief sought by the Motion to Dismiss.

Respectfully submitted, this 12th day of December, 2018.

                                              **SCHULTEN WARD TURNER & WEISS, LLP**

                                              */s/ Kevin L. Ward*
                                              Kevin L. Ward, Georgia Bar No. 737020
                                              J. Zachary Zimmerman, Georgia Bar No. 785135
                                              Megan E. Makuck, Georgia Bar No. 128253
                                              SCHULTEN WARD TURNER & WEISS, LLP
                                              260 Peachtree Street, N.W., Suite 2700
                                              Atlanta, Georgia 30303
                                              404-688-6800 (Phone)
                                              404-688-6840 (Fax)
                                              k.ward@swtwlaw.com
                                              z.zimmerman@swtwlaw.com
                                              m.makuck@swtwlaw.com
                                              ***Counsel for Aneaka English***

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that this filing complies with the requirements of Local Rule 5.1B (Times New Roman, 14 point) and that I have this day served a copy of the within and foregoing ANEAKA ENGLISH'S JOINDER IN E.S. REAL ESTATE CONSORTIUM, CORP.'S MOTION TO DISMISS AND MEMORANDUM IN SUPPORT by electronically filing the same which sends a notification of filing to counsel of record by the CM/ECF system to:

Ronald G. Polly, Jr.
Hawkins Parnell Thackston & Young LLP
303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308
rpolly@hptylaw.com

Richard G. Szymczak
Plunket Cooney, P.C.
38505 Woodward Avenue
Suite 100
Bloomfield Hills, Michigan 48304
rszymczak@plunkettcooney.com

Emily M. Coyle
Plunket Cooney, P.C.
38505 Woodward Avenue
Suite 100
Bloomfield Hills, Michigan 48304
ecoyle@plunkettcooney.com

So certified, this 12th day of December, 2018.

**SCHULTEN WARD TURNER & WEISS, LLP**

*/s/ Kevin L. Ward*
Kevin L. Ward, Georgia Bar No. 737020

Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)
404-688-6840 (Facsimile)
k.ward@swtwlaw.com