# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LIMA ONE CAPITAL SPECIAL SERVICING, INC., a Delaware corporation, | )<br>)<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION FILE NO.<br>)<br>) 1:18-CV-04070-MLB |
| v. | )<br>) |
| E.S. REAL ESTATE CONSORTIUM, CORP., a Georgia corporation; CONSORTIUM TITLE, LLC, a Virginia limited liability company; INTEGRITY SETTLEMENT SERVICES, LLC, a Florida limited liability company; ANEAKA ENGLISH, an individual; CASITA SIMPSON, an individual; and COLEEN THOMAS, an individual, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## INTEGRITY SETTLEMENT SERVICES, LLC'S JOINDER IN E.S. REAL ESTATE CONSORTIUM, CORP.'S MOTION TO DISMISS AND MEMORANDUM IN SUPPORT

COMES NOW, Defendant Integrity Settlement Services, LLC ("Integrity"), by and through its undersigned counsel, and hereby joins, incorporates and adopts E.S. Real Estate Consortium Corp.'s Motion to Dismiss and Memorandum in Support ("Motion to Dismiss") filed on or about October 15, 2018.

By joining the Motion to Dismiss, Integrity adopts and incorporates all arguments, reasoning, and citations to law and fact, as if fully set forth herein, and respectfully requests the same relief sought by the Motion to Dismiss.

Respectfully submitted, this __24th__ day of January, 2019.

**THE BERNSTEIN FIRM, P.C.**

*S/ Brenda Joy Bernstein*
Brenda J. Bernstein, Georgia Bar No. 054904
THE BERNSTEIN FIRM, P.C.
P.O. Box 410
Palmetto, Georgia 30268
404-522-1200 (Phone)
404-522-1200 (Fax)
bj@bernsteinfirm.com
*Counsel for Integrity Settlement Services, LLC*

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that this filing complies with the requirements of Local Rule 5.1B (Times New Roman, 14 point) and that I have this day served a copy of the within and foregoing INTEGRITY SETTLEMENT SERVICES, LLC'S JOINDER IN E.S. REAL ESTATE CONSORTIUM, CORP.'S MOTION TO DISMISS AND MEMORANDUM IN SUPPORT by electronically filing the same which sends a notification of filing to counsel of record by the CM/ECF system to:

Ronald G. Polly, Jr.
Hawkins Parnell Thackston & Young LLP
303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308
rpolly@hptylaw.com

Richard G. Szymczak
Emily M. Coyle
Plunket Cooney, P.C.
38505 Woodward Avenue
Suite 100
Bloomfield Hills, Michigan 48304
rszymczak@plunkettcooney.com
ecoyle@punkettcooney.com

Kevin L. Ward
J. Zachary Zimmerman
Megan E. Makuck
Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, Georgia 30303
k.ward@swtwlaw.com
z.zimmerman@swtwlaw.com
m.makuck@swtwlaw.com

*[signature on next page]*

Page **3** of **4**

So certified, this _24thday of January, 2019.

**THE BERNSTEIN FIRM, P.C.**

S/Brenda Joy Bernstein

Brenda J. Bernstein, Georgia Bar No. 054904

THE BERNSTEIN FIRM, P.C.
P.O. Box 410
Palmetto, Georgia 30268
404-522-1200 (Phone)
404-522-1200 (Fax)
bj@bernsteinfirm.com
*Counsel for Integrity Settlement Services, LLC*