## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **LIMA ONE CAPITAL SPECIAL SERVICING, INC.**, a Delaware corporation,<br><br>                          Plaintiff,<br><br>vs.<br><br>**E.S. REAL ESTATE CONSORTIUM, INC.**, a Georgia corporation; **CONSORTIUM TITLE, LLC**, a Virginia limited liability company; **INTEGRITY SETTLEMENT SERVICES, LLC**,  a Florida limited liability company; **ANEAKA ENGLISH**, an individual; **CASITA SIMPSON**, an individual; and **COLEEN THOMAS**; an individual,<br><br>                          Defendants. | CIVIL ACTION FILE NO.: 1:18-CV-04070-MLB |

## PLAINTIFF'S RESPONSE TO DEFENDANT INTEGRITY SETTLEMENT SERVICES, LLC'S JOINDER IN  E.S. REAL ESTATE CONSORTIUM, CORP.'S MOTION TO DISMISS AND MEMORANDUM IN SUPPORT

Plaintiff, Lima One Capital Special Servicing, Inc. ("Plaintiff"), states as

follows for its Response to Integrity Settlement Services, LLC'S Joinder in E.S.

Real Estate Consortium, Corp.'s ("ESREC") Motion to Dismiss and Memorandum

in Support:

## **INTRODUCTION**

Integrity Settlement Services, LLC ("Integrity") made two fraudulent statements to Lima One Capital, LLC ("Lima One") to induce Lima One to wire the funds that still have not been repaid by Defendants. For Integrity to join in a Motion that describes this transaction as a "failed real estate transaction" is at best misleading. It is clear from the pleadings alone that the Defendants were not involved in the sale or purchase of any real estate, but merely used that as a scheme to take money from Plaintiff. Integrity sent the e-mail assuring Lima One that it was in possession of the funds necessary to re-pay the loan. **Exhibit A.** Integrity also sent Lima One an insurance certificate stating it had errors and omission insurance that covered this transaction. **Exhibit B.** It has now become clear that Integrity made these statements to defraud Lima One of funds that to this day have not been returned. This motion continues to delay discovery in this matter as ESREC, Aneaka English and Integrity have no viable defenses.

As discussed below, 28 U.S.C. § 1359 is inapplicable in this case as the assignor is not a Georgia citizen itself, therefore, making collusion impossible. Likewise, Plaintiff has alleged specific factual allegations as to Integrity's actions that gave rise to this action. For all of these reasons, ESREC's motion, and

2

Integrity's joinder in that Motion fail, and it must be denied with prejudice and costs assessed.

## ARGUMENT & CITATION TO AUTHORITY

### I. THIS COURT HAS SUBJECT MATTER JURISDICTION OVER THIS MATTER

#### A. Plaintiff's Complaint Alleges Diversity Jurisdiction

Integrity relies on the assignment attached to Plaintiff's complaint to argue the assignment is collusive and created diversity. However, Integrity fails to adequately identify the citizenship of the assignor, Lima One. As this Court is aware, the citizenship of a limited liability company is based on the citizenship of each of its members, not the state in which it was formed. *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir 2004) (stating "a limited liability company is a citizen of any state of which a member of the company is a citizen"). Integrity does not explain how it has determined Lima One is a Georgia citizen despite claiming its attack is factual, not facial.

In actuality, Lima One is made up of eight members. Five of those members are individuals, who are all citizens of South Carolina. **Exhibit C**, Affidavit of Josh Woodward, CFO of Lima One. The remaining three members are two limited liability companies and a limited partnership (hereinafter the "Magnetar Entities"). *Id.* Therefore, to the best of Plaintiff's knowledge, its assignor is not a Georgia

3

citizen for purposes of this action. As the presumption of 28 U.S.C. § 1359 is only applicable if the assignment is used "to manufacture diversity jurisdiction that would not otherwise exist," it is wholly inapplicable in this case. *Gilbert v. Wills*, 834 F.2d 935, 937 (11th Cir. 1987).

Lima One did not assign its interest to Plaintiff to manufacture diversity, but to comply with its investor's requirements that their entities remain anonymous and confidential. *Id.* As discussed in *Kramer v. Carribean Mills*, for an assignment to be collusive under 28 U.S.C. § 1359, a party must show:

1) Assignor retains an interest in the assigned claims;
2) Assignee has no previous connection in the matter; **AND**
3) The Assignment is made for the **sole purpose** of accessing the federal courts.

394 U.S. 823, 827-28 (1969). As discussed above, and proven in the affidavit attached as **Exhibit C**, Lima One did not assign the cause of action to access the federal courts, but to protect its investors. Therefore, Integrity's attack on the assignment fails under the *Kramer* test as there is a legitimate business purpose for the assignment, and there is no evidence that the assignment created diversity, which means this Court retains jurisdiction pursuant to 28 U.S.C. §1332.

**B.    Plaintiff has Properly Pleaded a Federal Question, Providing this Court with Subject Matter Jurisdiction.**

As discussed below, the factual allegations included in the Complaint allege a claim against all Defendants pursuant to 28 U.S.C. § 1331.  Plaintiff has alleged mail fraud, wire transfer fraud, and a continuing enterprise, again bolstered by the FBI's current investigation into Aneaka English.  Further, Integrity cannot deny it is aware of this transaction.  Integrity served as the "title company" closing the alleged transaction.  Integrity sent an e-mail confirming its possession of the funds to repay Lima One directly inducing Lima One to wire the funds at issue in this case.  **Exhibit A.**  Therefore, even were the Court to find the Complaint does not state a claim under 28 U.S.C. § 1964(c) against ESREC (which it does), the claim remains as to Integrity based on the allegations contained in the Complaint.

For all of these reasons discussed above, the Court has subject matter jurisdiction over this matter.  There is diversity amongst the parties; the assignment was not collusive; and the Complaint alleges the facts necessary to state a RICO claim.

5

## II.   COUNTS I, II, AND IV OF THE COMPLAINT STATE CLAIMS FOR WHICH RELIEF MAY BE GRANTED.

### A.   Standard of Review

A motion under Fed. R. Civ. P. 12(b)(6) tests the legal sufficiency of the complaint, accepting as true all allegations contained therein. *Hill v. White*, 321 F.3d 1334, 1335 (11th Cir. 2003).   While ESREC's Motion correctly states the current pleading requirements as discussed in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), it is important to note that the 11th Circuit has stated "the rule 'does not impose a probability requirement at the pleading stage,' but instead simply calls for enough facts to raise a reasonable expectation that discovery will reveal evidence of the necessary element." *Speaker v. U.S. Dept. of Health and Human Services Centers for Disease Control and Prevention*, 623 F.3d 1371 (11th Cir. 2010)(citations omitted).

### B.   The Complaint Alleges Facts Sufficient to Plead a RICO Claim Pursuant to 18 U.S.C. § 1964 (Count IV).

In its Complaint, Plaintiff alleges the following specific facts:

- In December 2017, Aneaka English ("English") approached Lima One to discuss financing of a real estate sale. **Exhibit D**, pg. 4.
- English provided a Purchase Agreement dated October 15, 2017. *Id.*
- English represented herself as an agent of the borrower. *Id.*
- English provided a HUD statement that purported to show where the Lima One's funds would be paid after the sale. *Id.*
- English provided a second HUD statement that purported to show how Lima One would be repaid its funds. *Id.*

6

- English stated funds would be returned to Lima One on the date of closing. *Id.*
- Integrity Settlement Solutions ("Integrity") asserted it had an errors and omissions policy, which was false as no policy existed. *Id.* at pgs. 5-6.
- Coleen Thomas ("Thomas") sent an email to Lima One stating Integrity was in possession of the funds necessary to repay the loan. *Id.* at pg. 5.
- Lima One was not repaid pursuant to English's and Thomas' representations.

ESREC argues in its Motion that Plaintiff has not properly pleaded violations of 18 U.S.C. § 1341 and 1342 as required to qualify as a "pattern of racketeering activity" pursuant to 18 U.S.C. § 1961(5).

However, the Complaint alleges that as a result of these misrepresentations, Lima One wired funds to the Defendants, which they retained. **Exhibit D**, pg. 5, ¶ 22. This is a clear violation of 18 U.S.C. § 1343, which states in relevant part:

> Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both.

Accepting all factual allegations as true (as required in a FRCP 12(b)(6) motion), English, Thomas, and the other Defendants working in concert created the scheme that convinced Lima One to wire funds; therefore, they have violated 18 U.S.C. § 1343.

Similarly, Plaintiff stated that English mailed a check to Lima One on March

7, 2018 and misrepresented the check as payment in full of the amounts owed. *Id.*

at pgs. 5-6, ¶¶ 25-27. Therefore, English violated 18 U.S.C. § 1341, which states

in relevant part:

> Whoever, having devised or intending to devise any scheme or artifice
> to defraud, or for obtaining money or property by means of false or
> fraudulent pretenses, representations, or promises, or to sell, dispose
> of, loan, exchange, alter, give away, distribute, supply, or furnish or
> procure for unlawful use any counterfeit or spurious coin, obligation,
> security, or other article, or anything represented to be or intimated or
> held out to be such counterfeit or spurious article, for the purpose of
> executing such scheme or artifice or attempting so to do, places in any
> post office or authorized depository for mail matter, any matter or
> thing whatever to be sent or delivered by the Postal Service, or
> deposits or causes to be deposited any matter or thing whatever to be
> sent or delivered by any private or commercial interstate carrier, or
> takes or receives therefrom, any such matter or thing, or knowingly
> causes to be delivered by mail or such carrier according to the
> direction thereon, or at the place at which it is directed to be delivered
> by the person to whom it is addressed, any such matter or thing, shall
> be fined under this title or imprisoned not more than 20 years, or both.

While Integrity claims it cannot determine what violations of § 1341 and § 1343

Plaintiff is relying on as the basis of its RICO claim, a review of the factual

allegations in the Complaint, and the applicable statutes clearly demonstrates that

Plaintiff has pleaded a viable RICO action as against Integrity.[1]

---

[1] If the Court were to find Plaintiff's claims are facially deficient (they are not), Plaintiff requests leave of the Court pursuant to Fed. R. Civ. P. 15(a)(2) to file its first amended complaint to cure any deficiency.

Further, Integrity spent two weeks after the "closing" making assertions and promises to Lima One that the funds were either en route through a wire transfer or that it was attempting to determine where the funds were sent. **Exhibit E.** These continued misrepresentations show a pattern of racketeering activity and a real threat that the Defendants will continue to defraud others.

**C.    The Complaint Alleges Facts Sufficient to Plead a Fraudulent Misrepresentation Claim (Count I).**

In addition to the facts listed above in Section B, Plaintiff's Complaint also includes added allegations that specifically address the fraudulent misrepresentation claim as to Thomas and Integrity Settlement Services. Plaintiff specifically alleges that Thomas made misrepresentations to Lima One regarding Integrity's possession of funds to repay Lima One and that Integrity had E & O insurance to cover any loss related to the transaction. Only English and Thomas know if these misrepresentations were made in their respective individual capacities or as agents of ESREC and Integrity. It is impossible, and unnecessary, for Plaintiff to determine this information without discovery.

Therefore, the Complaint seeks relief from all involved as these statements were clearly false, it was known to the speakers when they were made that they were false, and indeed, Lima One relied on those statements to its detriment. The

9

Complaint states a claim for fraudulent misrepresentation against Integrity based on Thomas' statements and actions, and Integrity's motion must be denied. [1]

### D.    The Complaint Alleges Facts Sufficient to Plead a Conspiracy to Commit Fraud Claim (Count II).

Just as discussed above, the factual allegations contained in the Complaint show that Plaintiff has properly pleaded a conspiracy to commit fraud claim. English presented herself as a representative of the borrower who required funding; Casita Simpson ("Simpson") represented herself as an agent of the borrower who was going to execute the closing documents; and Thomas served as the title company representative who received and distributed the funds. **Exhibit D**, pg. 9; ¶¶ 52-54. These actions show the Defendants had a plan and they executed that plan to steal funds from Lima One as required by Georgia law. *Howard v. Sellers & Warren, P.C., et al.*, 309 Ga. App. 302 (2011). Therefore, Plaintiff's Conspiracy to Commit Fraud claim states a claim for which relief may be granted as against ESREC, English and Integrity, and the Motion must be dismissed.

### CONCLUSION

This motion appears to be nothing more than another Fabian delay tactic by the Defendants to delay the inevitable judgment against it. Despite English

---

[1] If the Court were to find Plaintiff's claims are facially deficient (they are not), Plaintiff requests leave of the Court pursuant to Fed. R. Civ. P. 15(a)(2) to file its first amended complaint to cure any deficiency.

admitting numerous times that the money is owed and has not been repaid, and having made partial payments, ESREC, English and Integrity now claim they cannot defend this action.

Plaintiff has properly pleaded its claims against all Defendants, and this Court has subject matter jurisdiction to resolve the federal question (i.e. the RICO claim) as well as diversity jurisdiction as all parties are citizens of different states and the amount in controversy exceeds $75,000.00.[1]

Respectfully submitted,

_____*/s/ Emily M. Coyle*_____
Emily M. Coyle, MI Bar No. P74123
(*ADMITTED PRO HAC VICE*)
ecoyle@plunkettcooney.com
**PLUNKETT COONEY, P.C.**
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Telephone: (248) 594-8613
Facsimile:   (248) 901-4040

Ronald G. Polly, Jr.
Georgia Bar No. 583264
rpolly@hptylaw.com
303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308
Telephone: (404) 614-7400
Facsimile:   (404) 614-7500

*Attorneys for Plaintiff*

---

[1] If the Court were to find Plaintiff's claims are facially deficient (they are not), Plaintiff requests leave of the Court pursuant to Fed. R. Civ. P. 15(a)(2) to file its first amended complaint to cure any deficiency.

**Proof of Service**

The undersigned certifies that on February 7, 2019, a copy of the foregoing document was served upon the attorney(s) of record in this matter at their stated business address as disclosed by the records herein via:

☐ Hand delivery        ☐ Overnight mail
☐ U.S. Mail            ☐ Facsimile
☐ Email                ☒ Electronic Filing System

I declare under the penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.

_____*/s/ Doreen Stanard*___
Doreen Stanard

Open.26479.80652.21625240-1

12

EXHIBIT A

**Ross Coll**

| | |
|---|---|
| **From:** | Client Services <services@integritysettlementservices.net> |
| **Sent:** | Thursday, January 4, 2018 2:40 PM |
| **To:** | Ross Coll |
| **Subject:** | RE: [External] Re: Transactional Funding - 1564 Park Rd SE |

Ross,

Funds have been received for this file.  Please send me confirmation once your wire goes out.

Amy Rice
Client Services
File Management Department
Office: 813-606-5058
Fax: 877-471-2805
Integrity Settlement Services
Services@integirtysettlementservices.net

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Thu, January 4, 2018 2:06 pm, Ross Coll wrote:
> Thank you Amy.
>
>
>
> Best,
>
>
> Ross Coll
> Operations Analyst
>
>
> P: 864-672-9069
> F: 864-289-7520
> E-mail: rcoll@limaonecapital.com
> www.LimaOneCapital.com
>
> -----Original Message-----
> From: Client Services
> [mailto:services@integritysettlementservices.net]
> Sent: Thursday, January 4, 2018 1:42 PM
> To: Ross Coll <rcoll@limaonecapital.com>
> Subject: RE: [External] Re: Transactional Funding - 1564 Park Rd SE

1

>
>
> Their funds are being wired into to escrow today.  I will let you know
> when we receive them which should be within the hour.  Please see the
> HUD with the attached corrections.
>
> Amy Rice
> Client Services
> File Management Department
> Office: 813-606-5058
> Fax: 877-471-2805
> Integrity Settlement Services
> Services@integirtysettlementservices.net
>
>
> CONFIDENTIALITY NOTICE:
> The contents of this email message and any attachments are intended
> solely for the addressee(s) and may contain confidential and/or
> privileged information and may be legally protected from disclosure.
> If you are not the intended recipient of this message or their agent,
> or if this message has been addressed to you in error, please
> immediately alert the sender by reply email and then delete this
> message and any attachments. If you are not the intended recipient,
> you are hereby notified that any use, dissemination, copying, or
> storage of this message or its attachments is strictly prohibited.
>
> On Thu, January 4, 2018 12:56 pm, Ross Coll wrote:
>
>> Amy,
>>
>>
>>
>> Thank you. On the B-C HUD the pay-off to Lima One Capital should be
>> in the amount of $255,774.57.
>>
>> At this time have you received the end buyers funds?
>>
>>
>>
>> As a reminder, we will not fund unless we have verification that you
>> have received the end buyers funds. We also require that we receive
>> our wire back the same business day. Please confirm.
>>
>> I will be forwarding over our wire instructions once we have
>> confirmation.
>>
>>
>> Best,
>>
>>
>>
>> Ross Coll

2

EXHIBIT B



# CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 4/11/2017 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | Robert Henderson | | |
|---|---|---|---|---|
| American Insurance Professionals | PHONE (A/C, No, Ext): | | FAX (A/C, No): | |
| 4545 E Shea Blvd Suite 130 | E-MAIL ADDRESS: | Rhenderson@hendersonagency.com | | |
| Phoenix, AZ 85028-3061 | | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : | | | |
| INSURED | INSURER B : | | | |
| Integrity Settlemet Services | INSURER C : | | | |
| 401 E Jackson St Suite 3300 | INSURER D : | | | |
| Tampa, FL 33602 | INSURER E : | | | |
| | INSURER F : | | | |

## COVERAGES      CERTIFICATE NUMBER: 10253361      REVISION NUMBER: See below

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE  ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY  ☐ PRO-JECT  ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY  ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY  ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB  ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB  ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED  ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY      Y / N | | | | | | ☐ PER STATUTE  ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | ☐ | N/A | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Professional | | | LHR567103 | 4/11/2017 | 4/11/2018 | $1,500,000 Each Claim $2,000,000 Aggregate | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Evidence of Coverage

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Integrity Settlement Services<br>401 E Jackson St Suite 3300<br>Tampa FL 33602 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE<br>*Jeane Brandon* |

The ACORD name and logo are registered marks of ACORD   © 1988-2015 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)

EXHIBIT C

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **LIMA ONE CAPITAL SPECIAL SERVICING, INC.**, a Delaware corporation, Plaintiff, vs. **E.S. REAL ESTATE CONSORTIUM, INC.**, a Georgia corporation; **CONSORTIUM TITLE, LLC,** a Virginia limited liability company; **INTEGRITY SETTLEMENT SERVICES, LLC,** a Florida limited liability company; **ANEAKA ENGLISH**, an individual; **CASITA SIMPSON**, an individual; and **COLEEN THOMAS**; an individual, Defendants. | CIVIL ACTION FILE NO.: 1:18-CV-04070-MLB |

### AFFIDAVIT OF JOSH WOODWARD IN SUPPORT OF PLAINTIFF'S RESPONSE

STATE OF GEORGIA          )
                                              )ss
COUNTY OF _____ )

Josh Woodward, being first duly sworn, deposes and states:

1.      I am the Chief Financial Officer of Lima One Capital, LLC.

2.      I am involved in the day to day business of Lima One Capital, LLC.

3.      There are five individual persons who have a membership interest in Lima One Capital, LLC:  John Warren, John Thompson, Jeff Tennyson, Josh Woodward, and Rankin Blair.

4.    All the individuals listed in paragraph 3 reside in South Carolina, and our citizens of South Carolina.

5.    The remaining members of Lima One Capital, LLC are two limited liability companies and a limited partnership.

6.    Due to the confidentiality concerns of these company members, this cause of action was assigned to a servicing company for litigation.

7.    of $35.50.



November 2nd, 2018

Josh Woodward
Chief Financial Officer
Lime One Capital, LLC

Subscribed and sworn to before me this
2rd day of November, 2018.

_____, Notary Public

My commission expires: 7/12/2.26

Open.18641.71875.21169764-1

EXHIBIT D

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **LIMA ONE CAPITAL SPECIAL SERVICING, INC.**, a Delaware corporation,<br><br>                   Plaintiff,<br><br>vs.<br><br>**E.S. REAL ESTATE CONSORTIUM, CORP.**, a Georgia corporation; **CONSORTIUM TITLE, LLC**, a Virginia limited liability company; **INTEGRITY SETTLEMENT SERVICES, LLC**,  a Florida limited liability company; **ANEAKA ENGLISH**, an individual; **CASITA SIMPSON**, an individual; and **COLEEN THOMAS**; an individual,<br><br>                  Defendants. | CIVIL ACTION FILE<br><br>NO.:_____ |

## <u>COMPLAINT</u>

Plaintiff, Lima One Capital Special Servicing, Inc. ("Plaintiff"), states as follows for its Complaint:

1.     Plaintiff is a Delaware corporation with its principal place of business located in Greenville, South Carolina.   Therefore, for purposes of diversity, Plaintiff is a citizen of Delaware and South Carolina.

2.     E.S. Real Estate Consortium, Corp. ("E.S. Real Estate") is a Georgia corporation that has its principal place of business at 5317 Peachtree Boulevard, Suite 316, Chamblee, Georgia 30341.  Therefore, for purposes of diversity, E.S. Real Estate is a citizen of Georgia.

3.     Coleen Thomas ("Thomas") is an individual who upon information and belief is domiciled in Virginia.  Therefore, for purposes of diversity, Thomas is a citizen of Virginia.

4.     Consortium Title, LLC ("Consortium") is a Virginia limited liability company, which upon information and belief has one member, Coleen Thomas. Therefore, for purposes of diversity, Consortium is a citizen of Virginia as Thomas is domiciled there.

5.     Integrity Settlement Services, LLC ("Integrity") is a Florida limited liability company, which, upon information and belief, has one member, Consortium, which has one member, Thomas, as discussed above.  Therefore, for purposes of diversity, Integrity is a citizen of Virginia.

6.     Aneaka English ("English") is an individual who upon information and belief is domiciled in Georgia.  Therefore, for purposes of diversity, English is a citizen of Georgia.

2

iManage 12148302v.1

7.     Casita Simpson ("Simpson") is an individual who upon information and belief is domiciled in Florida.  Therefore, for purposes of diversity, Simpson is a citizen of Florida.

## JURISDICTION AND VENUE

8.     Jurisdiction over this matter properly rests within this Honorable Court pursuant to 28 UCS §1331 and/or §1332.  The complaint includes a federal question, specifically Plaintiff's claim that the Defendants violated the Racketeer Influenced and Corrupt Organizations Act ("RICO"), as described below.  Further, the amount in controversy is in excess of Seventy-Five Thousand ($75,000.00) Dollars, exclusive of interest and costs and none of the Defendants is a citizen of Delaware or South Carolina while Plaintiff is a citizen of Delaware and South Carolina, which means there is complete diversity amongst the parties.

9.     Venue is proper in this Honorable Court pursuant to 28 USC §1391(a) and (b)(3).

## GENERAL ALLEGATIONS

10.     Lima One Capital, LLC ("Lima One") is in the business of lending funds for short term real estate transactions, among other businesses.

3

11.　In December 2017, English, on behalf of E.S. Real Estate, requested funding related to the closing of real property commonly known as 1564 Park Road SE, Atlanta, GA 30315 (the "Property").

12.　English, on her own or as an agent of E.S. Real Estate, provided Lima One with a Purchase Sale Agreement dated October 15, 2017 between Ruth Fermino and Wholesale Listings Co Ltd (the "Borrower"). **Exhibit A.**

13.　English stated that she represented the Borrower.

14.　English, on her own or as an agent of E.S. Real Estate, sent Lima One a HUD Statement allegedly showing how funds would be disbursed after the Borrower purchased the Property. **Exhibit B.**

15.　English told Lima One that the Borrower intended to immediately sell the Property to ESRG Georgia Group I ("ESRG") on the same date the Borrower purchased it.

16.　English, on her own or as an agent of E.S. Real Estate, sent Lima One a HUD Statement allegedly showing the Borrower selling the Property to ESRG and repaying Lima One the total amount it was owed of $255,774.57. **Exhibit C.**

17.　The Borrower chose Integrity as its title company to close the real estate transactions.

4

18.     Integrity provided a Certificate of Liability Insurance regarding its errors and omissions policy prior to closing.

19.     Lima One does not close these types of transactions or wire funds to the title company until it receives confirmation that the second purchaser's funds are received by the title company and are being held in escrow.

20.     Thomas sent an e-mail to Lima One on January 4, 2018 confirming Integrity was in receipt of the funds from ESRG to purchase the Property from the Borrower.

21.     On January 8, 2018, Lima One wired $251,375.50 to Integrity through a JPMorgan Chase account to fund the Borrower's purchase of the Property.

22.     Pursuant to its agreement with English and E.S. Real Estate, Lima One was to receive $255,774.57 within 24 hours of the initial wire transfer.

23.     English refused to pay Lima One what it was owed under the agreement, instead feigning ignorance.

24.     Lima One attempted to file a claim against Integrity's alleged errors and omissions insurance, but no policy exists.

25.     On or about March 7, 2018, English mailed a check to Lima One through the United States Postal Service.

5

26.    English held the check out to be payment in full of the amounts owed to Lima One.

27.    The check was returned to Lima One's bank due to insufficient funds in the drawer's account.

28.    On March 21, 2018, English wired the sum of $51,370.00 to Lima One claiming once she received confirmation of those funds being received that she would pay the remainder through a second wire transaction.

29.    On May 7, 2018, English wired the sum of $50,000.00 to Lima One as partial payment on the amount outstanding.

30.    Lima One has not received the balance of the outstanding obligation.

31.    Lima One assigned its rights to any cause of action arising from this transaction to Plaintiff in an Assignment dated August 21, 2018 and attached hereto as **Exhibit D**.

## COUNT I – FRAUDULENT MISREPRESENTATION

32.    Plaintiff incorporates the allegations set forth above by reference, with the same force and effect as if fully repeated.

33.    As described above, English made numerous fraudulent misrepresentations to Lima One.

34.    English claimed that she represented the Borrower.

6

35.     English claimed the Borrower was going to purchase the Property and then immediately sell it to ESRG.

36.     English claimed that Simpson would execute documents on behalf of the Borrower to close the transaction.

37.     English's claims were false because the Borrower was a sham company set up by Simpson.

38.     Upon information and belief, Simpson is a paralegal employed by English.

39.      English knew that her representations were false at the time they were made.

40.     English made these misrepresentations intending that Lima One rely on them.

41.     Lima One reasonably relied on these misrepresentations.

42.     In reliance upon the misrepresentations, Lima One has suffered damages of not less than $152,404.57 plus attorney fees and costs.

43.     Thomas falsely claimed that Integrity was in possession of the ESRG funds necessary to repay Lima One.

44.     Thomas falsely claimed that Integrity had insurance to cover such losses.

45.     Thomas knew when she made the claims that they were false.

46.     Thomas made the misrepresentations intending that Lima One would rely on them.

47.     Lima One did in fact rely on the misrepresentations when it wired the funds to Integrity.

48.     Due to Thomas' misrepresentations, Lima One has suffered damages of not less than $152,404.57 plus attorney fees and costs.

WHEREFORE, Plaintiff Lima One Capital Special Servicing, Inc. respectfully requests that this Honorable Court enter a judgment in its favor and against Defendants E.S. Real Estate Consortium, Corp., Consortium Title, LLC, Integrity Settlement Solutions, LLC, Aneaka English, Coleen Thomas, and Casita Simpson, jointly and severally, in the amount of $152,404.57 plus attorney fees and costs that continue to accrue.

## COUNT II – CONSPIRACY TO COMMIT FRAUD

49.     Plaintiff incorporates the allegations set forth above by reference, with the same force and effect as if fully repeated.

50.     As described above, the Defendants have perpetrated a fraud against Lima One.

iManage 12148302v.1

51.    The Defendants' individual actions, working in concert, created a plan to defraud Lima One.

52.    English represented to Lima One that she had a purchaser for the Property who would then immediately sell the property to a third party.

53.    Simpson represented herself as the Borrower's authorized agent who was going to purchase the Property.

54.    Thomas served as the conduit to obtain the funds by misrepresenting to Lima One that Integrity was in possession of ESRG's funds to purchase the Property and repay Lima One.

55.    Through these actions and those previously discussed above, the Defendants acted in concert to defraud Lima One.

56.    The Defendants stole $255,774.57 from Lima One through the conspiracy.

WHEREFORE, Plaintiff Lima One Capital Special Servicing, Inc. respectfully requests that this Honorable Court enter a judgment in its favor and against Defendants E.S. Real Estate Consortium, Corp., Consortium Title, LLC, Integrity Settlement Solutions, LLC, Aneaka English, Coleen Thomas, and Casita Simpson, jointly and severally, in the amount of $152,404.57 plus attorney fees and costs that continue to accrue.

9

## COUNT III – UNJUST ENRICHMENT

57.    Plaintiff incorporates the allegations set forth above by reference, with the same force and effect as if fully repeated.

58.    As described above, Lima One wired $251,375.50 to Integrity in relation to the fraudulent closing.

59.    Lima One expected payment in return of $255,774.57 based on the parties' agreement.

60.    E.S. Real Estate, Consortium, Integrity, English, Simpson and Thomas have received an unjust benefit at the expense of Lima One based on their conduct.

61.    It would be unjust for the Defendants to retain the benefit.

WHEREFORE, Plaintiff Lima One Capital Special Servicing, Inc. respectfully requests that this Honorable Court enter a judgment in its favor and against Defendants E.S. Real Estate Consortium, Corp., Consortium Title, LLC, Integrity Settlement Solutions, LLC, Aneaka English, Coleen Thomas, and Casita Simpson, jointly and severally, in the amount of $152,404.57 plus attorney fees and costs that continue to accrue.

10

iManage 12148302v.1

## COUNT IV – CIVIL RICO PURSUANT TO 18 U.S.C. § 1964

62.     Plaintiff incorporates the allegations set forth above by reference, with the same force and effect as if fully repeated.

63.     Defendants by virtue of their agency relationships with each other formed an enterprise (the "Enterprise").

64.     Through the Enterprise, Defendants engaged in racketeering activity to wit wire fraud in violation of 18 U.S.C. § 1343 and mail fraud in violation of 18 U.S.C. § 1341.

65.     Violations of 18 U.S.C. § 1341 and 1343 are each a "racketeering activity" as that term is defined in 18 U.S.C. § 1961(1).

66.     The Defendants received an economic benefit through the Enterprise.

67.     The conduct alleged in this complaint constitutes a "pattern of racketeering activity," as that term is defined in 18 U.S.C. § 1961(5) as Lima One has alleged two acts that constitute racketeering activity, specifically violations of 18 U.S.C. § 1341 and § 1343, that occurred after the enactment of the RICO Act and these activities occurred within the last 10 years.

68.     English has committed mail and/or wire fraud on at least two previous occasions against two other victims, and there is a serious threat that she will continue her criminal conduct beyond the instances in this complaint.

11

69.     Simpson and Thomas aided and abetted English in engaging in racketeering behavior by setting up sham companies, drafting fake closing documents for the sale of the Property, and misrepresenting that they were ready, willing and able to fund the sale as agreed.

70.     The Enterprise will continue to operate and defraud consumers and businesses alike through an ongoing Ponzi scheme if not stopped by the Court.

71.     As a direct and proximate cause of Defendants' racketeering activities, Plaintiff has suffered economic damages and it requests treble damages and reasonable attorney fees pursuant to 18 U.S.C. § 1964(c).

WHEREFORE, Lima One Capital Special Servicing, Inc. respectfully requests that this Honorable Court enter a judgment in its favor and against Defendants E.S. Real Estate Consortium, Corp., Consortium Title, LLC, Integrity Settlement Solutions, LLC, Aneaka English, Coleen Thomas, and Casita Simpson, jointly and severally, in the amount of $463,213.71 plus attorney fees and costs that continue to accrue.

Respectfully submitted this 28th day of August, 2018.


*[Intentionally left blank]*

*[Signature on following page]*

12

HAWKINS PARNELL
THACKSTON & YOUNG LLP

*/s/ Ronald G. Polly, Jr.*
Ronald G. Polly, Jr.
Georgia Bar No. 583264
rpolly@hptylaw.com
303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308
Telephone:  (404) 614-7400
Facsimile:   (404) 614-7500


Richard G. Szymczak (P29230)
rszymczak@plunkettcooney.com
*(to be admitted pro hac vice)*
Emily M. Coyle (P74123)
ecoyle@plunkettcooney.com
*(to be admitted pro hac vice)*
PLUNKETT COONEY, P.C.
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Telephone:  (810) 342-7007
Facsimile:   (248) 901-4040

*Attorneys for Plaintiff*


Open.26479.80652.20786379-1

13

iManage 12148302v.1

# Exhibit "A"

CONTRACT FOR SALE OF REAL ESTATE

This is a CONTRACT between Ruth Fermino (hereinafter Seller or Sellers) and Wholesale Listings Co Ltd. (hereinafter Buyer or Buyers), dated this 15th day of October 2017.

Be it known to all that in consideration of the mutual covenants and agreements contained in this Contract as written and no other documents, the Seller agrees to sell to Buyer(s) and Buyer(s) agree to purchase from the Seller(s) all the lands and premises situated in Dekalb County, State of Georgia, described in the following section:

1564 Park Rd SE Atlanta, GA 30315

for the sum of $250,500.00 Two Hundred Fifty Thousand Five Hundred 00/100 Dollars, known as the Purchase Price.

Towards that Purchase Price, $3,000.00, Three Thousand 00/100 Dollars has paid on the execution of this Contract and the receipt of which is hereby acknowledged by Sellers, and the remained of the Purchase Price is to be paid to the order of the seller at the times and in the amounts as described in the following section:

Remainder of Purchase Price payable as follows: Cash at Closing

Buyer(s)'s Right to Possession

The Buyer(s) shall be entitled to possession of the lands on October 31, 2017, and may retain such possession so long as Buyer(s) is not in default under the terms of this Contract.

Buyer(s) Duty to prevent waste, prevent encumbrances.

Buyer(s) agree that at all times Buyer(s) will keep the premises and buildings (now or hereafter erected) n good condition and repair and will not permit any waste or strip of the land or premises, that the Buyer will keep the premises free from construction and all other liens and same the Seller(s) harmless from such liens and reimburse Seller(s) all costa and attorneys's fees incurred by Seller(s) in defending against such liens; that Buyer(s) will pay all taxes hereafter levied against the property, as well as all water service rents, public charges and municipal liens which hereafter lawfully may be imposed upon the premises, all promptly before the same or any party thereof become past due and delinquent.

Buyer(s) Duty to provide insurance.

At Buyer(s)'s expense, Buyer(s) will insure and keep insured all buildings now or hereafter erected on the premises against loss or damage by fire in an amount of not less than $_____ in a company or companies satisfactory to the Seller(s), specifically naming seller(s) as an additional insured, with losses payable first to the Seller(s) and then to the Buyer(s) as their respective interest may appear and all policies of insurance shall be delivered to the Seiler(s) as soon as insured.

Seller(s)'s rights to cure defects without waiver of breach of contract.

If the Buyer(s) fail to pay any liens, costs, water rents, taxes or charges, the Seller(s) may do so and any payment so made shall be added to and become part of the debt secured by the Contract and shall bear interest at the above stated rate per annum, without waiver, however, on any right arising to the Seller(s) for Buyer(s)'s breach on contract.

Seller(s)'s Obligation to Provide Marketable Title

The Seller(s) agrees to furnish within 15 days of the date of the Contract, at Seller(s)'s expense a title insurance policies insuring in an amount equal to the purchase price, marketable title in and to the promises in the Seller(s) on or subsequent to the date of this Contract and further, save and except the usual printed exceptions and the building or other restrictions and easements now of record, if any. Seller(s) also agrees that when the purchase price is fully paid and upon request and upon surrender to this Contract, Seller(s) will deliver a good and sufficient deed conveying the premises in fee simple until the Buyer(s), Buyer(s)'s heirs, assigns, free and clear of encumbrances as of the date herein identified and fee and clear of all encumbrances that date placed, permitted or arising by, through or under the Sellers(s), except the easements, restrictions and the taxes, municipal liens, water rents and public charges as assumed by the Buyer(s) and further excepting all liens and encumbrances created by the Buyer(s) or Buyer(s)'s assigns.

Time is of the essence

It is further understood and agreed between the parties that time is of the essence

in this Contact, and should the Buyer(s) fail to make the payments as required, or any of them, punctually within 20 days of the time limited therefor, or failure to keep any of its obligations under this Contract, then the Seller(s) shall have the following rights and options:

(1) to declare the contract cancelled for default and thus null and void and to declare the Buyer(s)'s rights forfeited and the debt extinguished, and to retain sums previously paid under this Contract, subject to the Seller(s) complying with all applicable law pertaining to the exercise of this remedy, including ORS 93.905, et seq., or successor statutes;

(2) to declare the whole unpaid principal balance of the purchase price with the interest thereon at once due and payable; and/or

(3)to foreclose this Contract by suit in equity.

In any of such case, all rights and interest created or then existing in favor of the Buyer(sa) as against the Seller(s) hall utterly cease and the right to possession of the premises described above and all other rights acquired by the Buyer(s) under this Contract revert to an revest in the Seller(s) without an act of re-entry, or any other act of the seller to be performed and without any right of the Buyer(s) to return, reclaim or seek compensation of monies paid on the account of the purchase un the property as absolutely, fully and completely as if this contract and such payment s had never been made, and in case of such default all payment previously made on this contract are to be retained by and belong to the seller as the agreed and reasonable rent of the premises up to the time of such default and the Seller(s) in case od such default, shall have right immediately, or at any time thereafter, to enter upon the land, without process of law, and take immediate possession thereof, together with all the improvements and appurtenances thereto on thereto belonging.

Buyer(s) further agrees that Seller(s)'s failure to at any time require performance by Buyer(s) of

any provision shall in no way affect the Seller(s)'s right to enforce the same, nor shall any waiver by the Seller(s) of any breach of any provision bye a waiver or any succeeding breach of any such provision, or a waiver of the provision itself.

Seller(s), Seller(s)'s agents, and the holder of any existing encumbrance to which the lands and premises are subject may enter upon the lands and premises at reasonable times, upon reasonable prior notice, for the purpose in inspecting the property.

In case suit or action is instituted to foreclose this Contract or t enforce any provision thereof, the losing party in any suit or action shall pay the reasonable attorney's fees to be fixed by the trial court in favor of the prevailing party, and if any appeal is take from the decision of the trial court, such further sum as may be fixed by the appellate court as the prevailing party's reasonable attorney's fees and costs in the appellate court.

In construing this CONTRACT, where the context requires, the singular includes the plural, grammatical changes shall be made so that the deed shall apply equally to corporations and to individuals, and handwritten or typed changes control the printed text.

This Contract shall bind and inure to the benefit of, as the circumstances, may require, not only the immediate parties hereto, but also their respective heirs, assigns, executors, administrators, personal representatives and successors in interest as well

In witness whereof, the Buyer(s) and Seller(s) have executed this instrument in duplicate this 5th day of October, year 2017, and if any of the undersigned ins a corporation, it has caused its name to be signed by an officer or other person duly authorized to do so by action of the board of directors.

Purchaser: ~~Ruth Fermino~~                  Date: _____

Purchaser: _Carita Simpson_                  Date: _____

Seller: _Ruth Fermino_                        Date: _____

Seller: _____               Date: _____

Contingency release clause
If you have not specified a deadline for your contingencies, such as 5 or 10 days for a professional inspection, or 30 days for mortgage approval, you can expect a well-advised home seller to set a time limit on your contingencies. Or, if you make your home purchase contract contingent on the sale of your current residence (which few home sellers will accept), expect the seller to counteroffer, giving you 24 or 48 hours after an acceptable second purchase offer is received from a second buyer to remove your contingency clause for sale of your old home. This is reasonable and fair to both buyer and seller.

### An "As Is" clause

Some home sellers insist on selling their homes "as is." That means the seller and realty agent make no representations or warranties and won't pay for any repairs. However, the seller and realty agents must still disclose any known home defects to the buyer. Avoid agreeing to an "as is" clause if you want the seller to pay for repairs of known serious defects.

When describing the purchase terms, don't specify "All cash to seller" if you require a new mortgage to provide that cash. Be sure your offer contains a clause making your offer contingent on approval of the mortgage. Even if you got preapproved for a mortgage, the lender can avoid making the loan by low-balling the appraisal.

The mortgage you want to obtain should be specified with detail, such as a new 30-year fixed interest rate mortgage of at least $100,000 with interest not exceeding 8 percent, a loan fee of not more than 2 percent, and a monthly payment not exceeding $733.76. If you want the seller to help finance the sale, by carrying back either a first or second mortgage, here is where you specify the terms you want.

### Personal property

If you want any personal property included in the home sale, such as the kitchen appliances, be sure to specifically itemize them in your purchase offer. For example, specify the "General Electric side-by-side refrigerator with electronic monitor now on the premises." This stops the seller from substituting inferior replacement personal property at the last minute.

### Time for acceptance of your purchase offer

Your purchase offer should contain a short time for the seller's acceptance. Twenty-four hours is usually sufficient unless the seller is out of town. Don't make your offer valid for a long time period because then it will be "shopped" by the realty agent to see if a better offer from another buyer can be obtained.

•A professional inspection

The buyer should pay for the professional inspection because it's for the buyer's benefit. Accompany the professional inspector. When a defect discovered is serious, such as a cracked chimney, expect the seller to pay for the repair. If the seller refuses to pay for major necessary repairs, disapprove the report and get your good faith deposit refunded.
•Seller's disclosure of known defects

Many states, led by California and Maine, now require home sellers and their realty agents to disclose in writing any known defects in the residence. If your state requires seller disclosure of defects, your purchase offer should be contingent upon your approval of the seller's disclosure.
•Liquidated damages clause

This clause specifies maximum damages a defaulting buyer must pay to the home seller if the buyer doesn't complete the purchase as agreed. Some state laws set maximum liquidated damages. As a buyer, you may want to agree to liquidated damages so you can't be held liable for more than the specified sum if you default.
•Arbitration of disputes clause

Most printed real estate purchase contracts now contain an optional clause whereby the buyer and seller agree to arbitrate disputes. Misguided real estate agents, blindly following recommendations from their real estate trade groups, often suggest signing the arbitration clause. I strongly disagree. Too many uncontrollable things can go wrong with arbitration of disputes. My recommendation is don't agree to arbitration. If a dispute arises later, at that time you can decide if you prefer to go to arbitration or mediation rather than become involved in a lawsuit.
•An all-inclusive weasel clause
Although the professional inspection contingency clause is sufficient, you might want to also include an all-inclusive weasel clause such as "This purchase offer is contingent upon buyer's attorney satisfactory inspection and approval of the purchase contract within 10 business days." This gives you a "free look" while your attorney, CPA or other trusted business advisor reviews the agreement.

Article 3. Purchaser's Mortgage Contingency

3.01 Application. If an amount is specified at item VIII, Purchaser will (promptly after this Contract is signed) use best efforts to obtain a first mortgage on the Premises in that amount and on the terms specified in section D-3.

3.02 Alternate Financing. If Purchaser is unable to obtain such commitment and gives notice thereof to Seller by the time specified in or determined pursuant to section D-3-j, Seller may within 21 days after the effective date of such notice by Purchaser (a) procure for Purchaser a firm commitment from an institutional lender for a first mortgage loan meeting such terms or (b) accept a Purchase Money Mortgage on such terms. If Seller does so within such additional 21-day time period, item VIII and section D-3 will no longer apply; otherwise this Contract will terminate and section 1 7.03 will apply.

3.03 A lender that makes any such loan is referred to herein as "Purchaser's Lender."

Article 4. Title Insurance and Condition of Title

4.01 Title Commitment. Promptly after the Execution Date Purchaser will apply (directly or through Purchaser's Lender) for issuance by Title Insurer of a commitment for an owner's title insurance policy.

a.The commitment is (i) to be in the amount of the Purchase Price, (ii) to include a zoning endorsement that insures Purchaser that the existing structures on, and the present use of, the

Real Estate do not violate any zoning laws, regulations and ordinances, (iii) to include extended coverage over general exceptions, and (iv) to cover title to the Real Estate on or after the Date of Execution.

b.On receipt of the commitment Purchaser will promptly cause a copy of the commitment to be delivered to Seller's attorney. Seller will use best efforts to cause the commitment to conform to the condition of title specified in Section 4.02 by the earlier of (i) 63 days after Seller receives a copy of the commitment and (ii) the expiration date of any written loan commitment of Purchaser's Lender that was delivered to Purchaser prior to the scheduled date of Closing.

c.Seller will pay for the title insurance commitment and the resulting owner's title policy.

4.02 Condition of Title. Seller will use best efforts to convey, and Purchaser will accept if ten dered, fee simple title to the Real Estate in accordance with the terms of this Contract, subject only to (a) the matters set forth in Schedule B ("Permitted Exceptions"), (b) matters that are insured against pursuant to section 15.04-b, and (c) any other matters as to which both (i) Title Insurer is willing, without additional premium, to insure by endorsement and (ii) Purchaser's Lender, if any, will accept, except that if such acceptance by Purchaser's Lender is unreasonably withheld or delayed, the acce ptance will be deemed to have been given.

Article 5. Inspection, Due Diligence and Termination

5.01 Information Regarding the Premises. Within ten days from the Date of Execution Seller will make available to Purchaser for inspection and copying (a) the documents that fix all the terms of any Leases and of any Tenancies, (b) the documents that are referred to in sections 8.04, 8.06, 8.07 and 8.08, and (c) such building plans and specifications, and such operating statements an d balance sheets for the current fiscal year and for the immediately preceding fiscal year, as are in the possession or control of Seller and relate to the Premises.

5.02 Inspection of the Premises. Within 35 days after the Date of Execution Purchaser may inspect the Premises and obtain soil tests and an environmental audit of the Premises, all subject to the rights of any tenants. Seller will use best efforts to obtain any necessary consents from tenants.

5.03 Purchaser's Electi on to Terminate. Purchaser may elect to terminate this Contract by notice

to Seller at any time prior to five days after expiration of the time period that is provided for by section 5.02 if in Purchaser's absolute discretion, which is not subject to question or review for any reason, (a) the material that is described in section 5.01 has not been made available to Purchaser as called for by that section, (b) Purchaser has not been able to inspect the Premises and obtain soil tests and an environmental audit of the Premises, or (c) Purchaser is dissatisfied with any matters disclosed by such documents, inspection or tests. If Purchaser so elects to terminate this Contract, section 17.03 will apply.

5.04 Acceptance of the Premises. If Purchaser does not elect to terminate this Contract pursuant to section 5.03 and Purchaser is otherwise required to proceed hereunder, Seller will deliver (and Purchaser will accept) the Premises in substantially the same condition at closing as on the Date of Execution, except for ordinary wear and tear, and matters described in Article 11, but Purchaser will have the benefit of any representations and warranties by Seller relating to the Premises.

Purchaser: _Anita Simpson_____   Date:_____

Purchaser:_____   Date:_____

Seller: _Ruth Permino_____   Date:_____

Seller:_____   Date:_____

CONTRACT FOR SALE OF REAL ESTATE

This is a CONTRACT between Wholesale Listings Ltd Co (hereinafter Seller or Sellers) and ESRG Georgia Group I (hereinafter Buyer or Buyers), dated this 18th day of October 2017.

Be it known to all that in consideration of the mutual covenants and agreements contained in this Contract as written and no other documents, the Seller agrees to sell to Buyer(s) and Buyer(s) agree to purchase from the Seller(s) all the lands and premises situated in Dekalb County, State of Georgia, described in the following section:

1564 Park Rd SE Atlanta, GA 30315

for the sum of $300,000.00 Three Hundred Thousand 00/100 Dollars, known as the Purchase Price.

Towards that Purchase Price, $3,000.00, Three Thousand 00/100 Dollars has paid on the execution of this Contract and the receipt of which is hereby acknowledged by Sellers, and the remained of the Purchase Price is to be paid to the order of the seller at the times and in the amounts as described in the following section:

Remainder of Purchase Price payable as follows: Cash at Closing

**Buyer(s)'s Right to Possession**

The Buyer(s) shall be entitled to possession of the lands on October 31, 2017, and may retain such possession so long as Buyer(s) is not in default under the terms of this Contract.

Buyer(s) Duty to prevent waste, prevent encumbrances.

Buyer(s) agree that at all times Buyer(s) will keep the premises and buildings (now or hereafter erected) n good condition and repair and will not permit any waste or strip of the land or premises, that the Buyer will keep the premises free from construction and all other liens and same the Seller(s) harmless from such liens and reimburse Seller(s) all costa and attorneys's fees incurred by Seller(s) in defending against such liens; that Buyer(s) will pay all taxes hereafter levied against the property, as well as all water service rents, public charges and municipal liens which hereafter lawfully may be imposed upon the premises, all promptly before the same or any party thereof become past due and delinquent.

**Buyer(s) Duty to provide insurance.**

At Buyer(s)'s expense, Buyer(s) will insure and keep insured all buildings now or hereafter erected on the premises against loss or damage by fire in an amount of not less than $_____ in a company or companies satisfactory to the Seller(s), specifically naming seller(s) as an additional insured, with losses payable first to the Seller(s) and then to the Buyer(s) as their respective interest may appear and all policies of insurance shall be delivered to the Seiler(s) as soon as insured.

Seller(s)'s rights to cure defects without waiver of breach of contract.

If the Buyer(s) fail to pay any liens, costs, water rents, taxes or charges, the Seller(s) may do so and any payment so made shall be added to and become part of the debt secured by the Contract and shall bear interest at the above stated rate per annum, without waiver, however, on any right arising to the Seller(s) for Buyer(s)'s breach on contract.

**Seller(s)'s Obligation to Provide Marketable Title**

The Seller(s) agrees to furnish within 15 days of the date of the Contract, at Seller(s)'s expense a title insurance policies insuring in an amount equal to the purchase price, marketable title in and to the premises in the Seller(s) on or subsequent to the date of this Contract and further, save and except the usual printed exceptions and the building or other restrictions and easements now of record, if any. Seller(s) also agrees that when the purchase price is fully paid and upon request and upon surrender to this Contract, Seller(s) will deliver a good and sufficient deed conveying the premises in fee simple until the Buyer(s), Buyer(s)'s heirs, assigns, free and clear of encumbrances as of the date herein identified and fee and clear of all encumbrances that date placed, permitted or arising by, through or under the Sellers(s), except the easements, restrictions and the taxes, municipal liens, water rents and public charges as assumed by the Buyer(s) and further excepting all liens and encumbrances created by the Buyer(s) or Buyer(s)'s assigns.

Time is of the essence

It is further understood and agreed between the parties that time is of the essence

in this Contact, and should the Buyer(s) fail to make the payments as required, or any of them, punctually within 20 days of the time limited therefor, or failure to keep any of its obligations under this Contract, then the Seller(s) shall have the following rights and options:

(1) to declare the contract cancelled for default and thus null and void and to declare the Buyer(s)'s rights forfeited and the debt extinguished, and to retain sums previously paid under this Contract, subject to the Seller(s) complying with all applicable law pertaining to the exercise of this remedy, including ORS 93.905, et seq., or successor statutes;

(2) to declare the whole unpaid principal balance of the purchase price with the interest thereon at once due and payable; and/or

(3) to foreclose this Contract by suit in equity.

In any of such case, all rights and interest created or then existing in favor of the Buyer(sa) as against the Seller(s) hall utterly cease and the right to possession of the premises described above and all other rights acquired by the Buyer(s) under this Contract revert to an revest in the Seller(s) without an act of re-entry, or any other act of the seller to be performed and without any right of the Buyer(s) to return, reclaim or seek compensation of monies paid on the account of the purchase un the property as absolutely, fully and completely as if this contract and such payment s had never been made, and in case of such default all payment previously made on this contract are to be retained by and belong to the seller as the agreed and reasonable rent of the premises up to the time of such default and the Seller(s) in case od such default, shall have right immediately, or at any time thereafter, to enter upon the land, without process of law, and take immediate possession thereof, together with all the improvements and appurtenances thereto on thereto belonging.

Buyer(s) further agrees that Seller(s)'s failure to at any time require performance by Buyer(s) of

any provision shall in no way affect the Seller(s)'s right to enforce the same, nor shall any waiver by the Seller(s) of any breach of any provision bye a waiver or any succeeding breach of any such provision, or a waiver of the provision itself.

Seller(s), Seller(s)'s agents, and the holder of any existing encumbrance to which the lands and premises are subject may enter upon the lands and premises at reasonable times, upon reasonable prior notice, for the purpose in inspecting the property.

In case suit or action is instituted to foreclose this Contract or t enforce any provision thereof, the losing party in any suit or action shall pay the reasonable attorney's fees to be fixed by the trial court in favor of the prevailing party, and if any appeal is take from the decision of the trial court, such further sum as may be fixed by the appellate court as the prevailing party's reasonable attorney's fees and costs in the appellate court.

In construing this CONTRACT, where the context requires, the singular includes the plural, grammatical changes shall be made so that the deed shall apply equally to corporations and to individuals, and handwritten or typed changes control the printed text.

This Contract shall bind and inure to the benefit of, as the circumstances, may require, not only the immediate parties hereto, but also their respective heirs, assigns, executors, administrators, personal representatives and successors in interest as well

In witness whereof, the Buyer(s) and Seller(s) have executed this instrument in duplicate this 5th day of October, year 2017, and if any of the undersigned ins a corporation, it has caused its name to be signed by an officer or other person duly authorized to do so by action of the board of directors.

Purchaser: _____   Date: 10-20-17

Purchaser: _____   Date: _____

Seller: Anita Simpson _____   Date: _____

Seller: _____   Date: _____

Contingency release clause

If you have not specified a deadline for your contingencies, such as 5 or 10 days for a professional inspection, or 30 days for mortgage approval, you can expect a well-advised home seller to set a time limit on your contingencies. Or, if you make your home purchase contract contingent on the sale of your current residence (which few home sellers will accept), expect the seller to counteroffer, giving you 24 or 48 hours after an acceptable second purchase offer is received from a second buyer to remove your contingency clause for sale of your old home. This is reasonable and fair to both buyer and seller.

An "As Is" clause

Some home sellers insist on selling their homes "as is." That means the seller and realty agent make no representations or warranties and won't pay for any repairs. However, the seller and realty agents must still disclose any known home defects to the buyer. Avoid agreeing to an "as is" clause if you want the seller to pay for repairs of known serious defects.

When describing the purchase terms, don't specify "All cash to seller" if you require a new mortgage to provide that cash. Be sure your offer contains a clause making your offer contingent on approval of the mortgage. Even if you got preapproved for a mortgage, the lender can avoid making the loan by low-balling the appraisal.

The mortgage you want to obtain should be specified with detail, such as a new 30-year fixed interest rate mortgage of at least $100,000 with interest not exceeding 8 percent, a loan fee of not more than 2 percent, and a monthly payment not exceeding $733.76. If you want the seller to help finance the sale, by carrying back either a first or second mortgage, here is where you specify the terms you want.

Personal property

If you want any personal property included in the home sale, such as the kitchen appliances, be sure to specifically itemize them in your purchase offer. For example, specify the "General Electric side-by-side refrigerator with electronic monitor now on the premises." This stops the seller from substituting inferior replacement personal property at the last minute.

Time for acceptance of your purchase offer

Your purchase offer should contain a short time for the seller's acceptance. Twenty-four hours is usually sufficient unless the seller is out of town. Don't make your offer valid for a long time period because then it will be "shopped" by the realty agent to see if a better offer from another buyer can be obtained.

•A professional inspection

The buyer should pay for the professional inspection because it's for the buyer's benefit. Accompany the professional inspector. When a defect discovered is serious, such as a cracked chimney, expect the seller to pay for the repair. If the seller refuses to pay for major necessary repairs, disapprove the report and get your good faith deposit refunded.

•Seller's disclosure of known defects

Many states, led by California and Maine, now require home sellers and their realty agents to disclose in writing any known defects in the residence. If your state requires seller disclosure of defects, your purchase offer should be contingent upon your approval of the seller's disclosure.

•Liquidated damages clause

This clause specifies maximum damages a defaulting buyer must pay to the home seller if the buyer doesn't complete the purchase as agreed. Some state laws set maximum liquidated damages. As a buyer, you may want to agree to liquidated damages so you can't be held liable for more than the specified sum if you default.

•Arbitration of disputes clause

Most printed real estate purchase contracts now contain an optional clause whereby the buyer and seller agree to arbitrate disputes. Misguided real estate agents, blindly following recommendations from their real estate trade groups, often suggest signing the arbitration clause. I strongly disagree. Too many uncontrollable things can go wrong with arbitration of disputes. My recommendation is don't agree to arbitration. If a dispute arises later, at that time you can decide if you prefer to go to arbitration or mediation rather than become involved in a lawsuit.

•An all-inclusive weasel clause

Although the professional inspection contingency clause is sufficient, you might want to also include an all-inclusive weasel clause such as "This purchase offer is contingent upon buyer's attorney satisfactory inspection and approval of the purchase contract within 10 business days." This gives you a "free look" while your attorney, CPA or other trusted business advisor reviews the agreement.

Article 3. Purchaser's Mortgage Contingency

3.01 Application. If an amount is specified at item VIII, Purchaser will (promptly after this Contract is signed) use best efforts to obtain a first mortgage on the Premises in that amount and on the terms specified in section D-3.

3.02 Alternate Financing. If Purchaser is unable to obtain such commitment and gives notice thereof to Seller by the time specified in or determined pursuant to section D-3-j, Seller may within 21 days after the effective date of such notice by Purchaser (a) procure for Purchaser a firm commitment from an institutional lender for a first mortgage loan meeting such terms or (b) accept a Purchase Money Mortgage on such terms. If Seller does so within such additional 21-day time period, item VIII and section D-3 will no longer apply; otherwise this Contract will terminate and section I 7.03 will apply.

3.03 A lender that makes any such loan is referred to herein as "Purchaser's Lender."

Article 4. Title Insurance and Condition of Title

4.01 Title Commitment. Promptly after the Execution Date Purchaser will apply (directly or through Purchaser's Lender) for issuance by Title Insurer of a commitment for an owner's title insurance policy.

a. The commitment is (i) to be in the amount of the Purchase Price, (ii) to include a zoning endorsement that insures Purchaser that the existing structures on, and the present use of, the

Real Estate do not violate any zoning laws, regulations and ordinances, (iii) to include extended coverage over general exceptions, and (iv) to cover title to the Real Estate on or after the Date of Execution.

b. On receipt of the commitment Purchaser will promptly cause a copy of the commitment to be delivered to Seller's attorney. Seller will use best efforts to cause the commitment to conform to the condition of title specified in Section 4.02 by the earlier of (i) 63 days after Seller receives a copy of the commitment and (ii) the expiration date of any written loan commitment of Purchaser's Lender that was delivered to Purchaser prior to the scheduled date of Closing.

c. Seller will pay for the title insurance commitment and the resulting owner's title policy.

4.02 Condition of Title. Seller will use best efforts to convey, and Purchaser will accept if tendered, fee simple title to the Real Estate in accordance with the terms of this Contract, subject only to (a) the matters set forth in Schedule B ("Permitted Exceptions"), (b) matters that are insured against pursuant to section 15.04-b, and (c) any other matters as to which both (i) Title Insurer is willing, without additional premium, to insure by endorsement and (ii) Purchaser's Lender, if any, will accept, except that if such acceptance by Purchaser's Lender is unreasonably withheld or delayed, the acce ptance will be deemed to have been given.

Article 5. Inspection, Due Diligence and Termination

5.01 Information Regarding the Premises. Within ten days from the Date of Execution Seller will make available to Purchaser for inspection and copying (a) the documents that fix all the terms of any Leases and of any Tenancies, (b) the documents that are referred to in sections 8.04, 8.06, 8.07 and 8.08, and (c) such building plans and specifications, and such operating statements an d balance sheets for the current fiscal year and for the immediately preceding fiscal year, as are in the possession or control of Seller and relate to the Premises.

5.02 Inspection of the Premises. Within 35 days after the Date of Execution Purchaser may inspect the Premises and obtain soil tests and an environmental audit of the Premises, all subject to the rights of any tenants. Seller will use best efforts to obtain any necessary consents from tenants.

5.03 Purchaser's Electi on to Terminate. Purchaser may elect to terminate this Contract by notice

to Seller at any time prior to five days after expiration of the time period that is provided for by section 5.02 if in Purchaser's absolute discretion, which is not subject to question or review for any reason, (a) the material that is described in section 5.01 has not been made available to Purchaser as called for by that section, (b) Purchaser has not been able to inspect the Premises and obtain soil tests and an environmental audit of the Premises, or (c) Purchaser is dissatisfied with any matters disclosed by such documents, inspection or tests. If Purchaser so elects to terminate this Contract, section 17.03 will apply.

5.04 Acceptance of the Premises. If Purchaser does not elect to terminate this Contract pursuant to section 5.03 and Purchaser is otherwise required to proceed hereunder, Seller will deliver (and Purchaser will accept) the Premises in substantially the same condition at closing as on the Date of Execution, except for ordinary wear and tear, and matters described in Article 11, but Purchaser will have the benefit of any representations and warranties by Seller relating to the Premises.

Purchaser: _____ Date: _10-20-17_

Purchaser: _____ Date: _____

Seller: _Caotta Simpson_ Date: _____

Seller: _____ Date: _____

# Exhibit "B"

OMB Approval No. 2502-0265



A. **Settlement Statement (HUD-1)**

| B. Type of Loan | | | | | | |
|---|---|---|---|---|---|---|
| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File No. GA-17-1808 | 7. Loan No. | | 8. Mortgage Insurance Case No. |
| 4. ☐ VA | 5. ☐ Conv Ins. | | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: Wholesale Listings Co 1372 West Peachtree Street Atlanta, GA 30309 | E. Name & Address of Seller: Ruth Fermino 1564 Park Road Southeast Atlanta, GA 30315 | F. Name & Address of Lender: Lima One Capital |
|---|---|---|
| G. Property Location: 1564 Park Road Southeast Atlanta, GA 30315 | H. Settlement Agent: Integrity Settlement Services | I. Settlement Date: 01/04/2018 Funding Date: 01/04/2018 |
| | Place of Settlement: 401 E Jackson St Suite 3300 Tampa FL 33602 | Disbursement Date: 01/04/2018 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | $250,500.00 | 401. Contract sales price | $250,500.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $875.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustment for items paid by seller in advance | | Adjustment for items paid by seller in advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | $251,375.50 | **420. Gross Amount Due to Seller** | $250,500.00 |
| **200. Amount Paid by or in Behalf of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | $625.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of First Mortgage Loan | |
| 205. | | 505. Payoff of Second Mortgage Loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/Town Taxes to 11/08/2017 | $494.92 | 510. City/Town Taxes to 11/08/2017 | $494.92 |
| 211. County Taxes to 11/08/2017 | $161.58 | 511. County Taxes to 11/08/2017 | $161.58 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | $0.00 | **520. Total Reduction Amount Due Seller** | $1,281.50 |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | $251,375.50 | 601. Gross amount due to seller (line 420) | $250,500.00 |
| 302. Less amounts paid by/for borrower (line 220) | $0.00 | 602. Less reductions in amounts due seller (line 520) | $1,281.50 |
| 303. Cash ☒ From ☐ To Borrower | $251,375.50 | 603. Cash ☒ To ☐ From Seller | $249,218.50 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

## L. Settlement Charges

| | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | | |
| Division of commission (line 700) as follows : | | | |
| 701. $ | | | |
| 702. $ | | | |
| 703. Commission paid at settlement | | | |
| 704. | | | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE #A) | | |
| 804. Appraisal fee | (from GFE #3) | | |
| 805. Credit report | (from GFE #3) | | |
| 806. Tax service | (from GFE #3) | | |
| 807. Flood certification | (from GFE #3) | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. Items Required by Lender to be Paid in Advance** | | | |
| 901. Daily interest charges from 11/08/2017 to 12/01/2017 | (from GFE #10) | | |
| 902. Mortgage insurance premium | (from GFE #3) | | |
| 903. Homeowner's insurance | (from GFE #11) | | |
| 904. | | | |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance | | | |
| 1003. Mortgage insurance | | | |
| 1004. Property taxes | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. Aggregate Adjustment $0.00 | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance | (from GFE #4) | $625.00 | |
| 1102. Settlement or closing fee to Integrity Settlement Services 625.00 | | | $625.00 |
| 1103. Owner's title insurance to Old Republic National Title Insurance Company | (from GFE #5) | | |
| 1104. Lender's title insurance to Old Republic National Title Insurance Company | | | |
| 1105. Lender's title policy limit $ | | | |
| 1106. Owner's title policy limit $ | | | |
| 1107. Agent's por on of the total title insurance premium to Integrity Settlement Service | | | |
| 1108. Underwriter's portion of the total title insurance premium to Old Republic National Title Insurance Company | | | |
| 1109. | | | |
| 1110. | | | |
| 1111. | | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges | (from GFE #7) | | |
| 1202. Deed $ Mortgage $ Release $ to Fulton County Recording Office | | | |
| 1203. Transfer taxes | (from GFE #8) | $250.50 | |
| 1204. City/County tax/stamps Deed $ Mortgage $ | | | |
| 1205. State tax/stamps Deed $250.50 Mortgage $ to Fulton County Recording Office | | | |
| 1206. | | | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. | | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1308. | | | |
| 1309. | | | |
| 1310. | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | $875.50 | $625.00 |

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| **Charges That Cannot increase** | HUD-1 Line Number | | |
| Our origination charge | #801 | | |
| Your credit or charge (points) for the specific interest rate chosen | #802 | | |
| Your adjusted origination charges | #803 | $0.00 | |
| Transfer taxes | #1203 | | $250.50 |

| Charges That In Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | 1201 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total** | | | |
| increase between GFE and HUD-1 Charges | | | % |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| initial deposit for your escrow account | 1001 | | |
| Daily interest charges | 901 | | |
| Homeowner's insurance | 903 | | |
| Title services and lenders title insurance | 1101 | | $625.00 |
| | | | |
| | | | |

---

## Loan Terms

| Your initial loan amount is | |
|---|---|
| Your loan term is | |
| Your initial interest rate is | |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | includes<br><br>[X] Principal<br><br>[X] interest<br><br>[ ] Mortgage insurance |
| Can your interest rate rise? | [X] No,  [ ] Yes, it can rise to a maximum of              . The first change will be on<br>and can change again every              months after              . Every change date, your interest rate can<br>increase or decrease by              . Over the life of the loan, your interest rate is guaranteed to never be<br>lower than              or higher than              . |
| Even if you make payments on time, can your loan balance rise? | [X] No,  [ ] Yes, it can rise to a maximum of |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | [X] No,  [ ] Yes, the first increase can be on              and the monthly amount owed can rise to<br>              . The maximum it can ever rise to is |
| Does your loan have a prepayment penalty? | [X] No,  [ ] Yes, your maximum prepayment penalty is |
| Does your loan have a balloon payment? | [X] No,  [ ] Yes, you have a balloon payment of              due in              years on |
| Total monthly amount owed including escrow account payments | [X] You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br><br>[ ] You have an additional monthly escrow payment of  that results in a total initial monthly amount owed of . This includes principal, interest, any mortgage insurance and any items checked below:<br><br>[ ] Property taxes       [ ] Homeowner's insurance<br><br>[ ] Flood insurance       [ ]<br><br>[ ]       [ · ] |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

See signature addendum

**Signature Addendum**

Wholesale Listings Co LLC, a Georgia Limited Liability Company

By: _____     _____
                                                 Ruth Fermino                                                     Date

    Casita Simpson, Manager                        Date

The HUD-1 settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

_____

Settlement Agent                                                                     Date

# Exhibit "C"



OMB Approval No 2502-0265

## A. Settlement Statement (HUD-1)

### B. Type of Loan

| | | | |
|---|---|---|---|
| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File No. **GA-17-1808**    7. Loan No.    B. Mortgage Insurance Case No. |
| 4. ☐ VA | 5. ☐ Conv Ins. | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| ESRG Georgia Group I<br>5317 Peachtree Boulevard<br>Chamblee, GA 30341 | Wholesale Listings Co<br>1372 West Peachtree Street<br>Atlanta, GA 30309 | |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: |
|---|---|---|
| 1564 Park Road Southeast<br>Atlanta, GA 30315 | Integrity Settlement Services | 01/04/2018<br>Funding Date: |
| | Place of Settlement:<br>401 E Jackson St Suite 3300 Tampa FL<br>33602 | 01/04/2018<br>Disbursement Date:<br>01/04/2018 |

### J. Summary of Borrower's Transaction      K. Summary of Seller's Transaction

| 100. Gross Amount Due from Borrower | | 400. Gross Amount Due to Seller | |
|---|---|---|---|
| 101. Contract sales price | $300,000.00 | 401. Contract sales price | $300,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $1,642.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustment for items paid by seller in advance | | Adjustment for items paid by seller in advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due from Borrower | $301,642.00 | 420. Gross Amount Due to Seller | $300,000.00 |
| 200. Amount Paid by or In Behalf of Borrower | | 500. Reductions In Amount Due to Seller | |
| 201. Deposit | $3,000.00 | 501. Excess deposit (see instruction) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | $625.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of First Mortgage Loan | $255,774.57 |
| 205. | | 505. Payoff of Second Mortgage Loan | |
| 206. | | 506. Broker Fee | $1250.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/Town Taxes to 12/27/2017 | $494.92 | 510. City/Town Taxes to 12/27/2017 | $494.92 |
| 211. County Taxes to 12/27/2017 | $161.58 | 511. County Taxes to 12/27/2017 | $161.58 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid by/for Borrower | $3,656.50 | 520. Total Reduction Amount Due Seller | $258,306.07 |
| 300. Cash at Settlement from/to Borrower | | 600. Cash at Settlement to/from Seller | |
| 301. Gross amount due from borrower (line 120) | $301,642.00 | 601. Gross amount due to seller (line 420) | $300,000.00 |
| 302. Less amount's paid by/for borrower (line 220) | $3,656.50 | 602. Less reductions in amounts due seller(line 520) | $258,306.07 |
| 303. Cash ☒ From ☐ To Borrower | $297,985.50 | 603. Cash ☒ To ☐ From Seller | $41,693.93 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

## L. Settlement Charges

| | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | | |
| Division of commission (line 700) as follows : | | | |
| 701. $ | | | |
| 702. $ | | | |
| 703. Commission paid at settlement | | | |
| 704. | | | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE #A) | | |
| 804. Appraisal fee | (from GFE #3) | | |
| 805. Credit report | (from GFE #3) | | |
| 806. Tax service | (from GFE #3) | | |
| 807. Flood certification | (from GFE #3) | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. Items Required by Lender to be Paid in Advance** | | | |
| 901. Daily interest charges from 12/27/2017 to 01/01/2018 | (from GFE #10) | | |
| 902. Mortgage insurance premium | (from GFE #3) | | |
| 903. Homeowner's insurance | (from GFE #11) | | |
| 904. | | | |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance | | | |
| 1003. Mortgage insurance | | | |
| 1004. Property taxes | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. Aggregate Adjustment $0.00 | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance | (from GFE #4) | $625.00 | |
| 1102. Settlement or closing fee to Integrity Settlement Services $625.00 | | | $625.00 |
| 1103. Owner's title insurance to Old Republic National Title Insurance Company | (from GFE #5) | $717.00 | |
| 1104. Lender's title insurance to Old Republic National Title Insurance Company | | | |
| 1105. Lender's title policy limit $ | | | |
| 1106. Owner's title policy limit $300,000.00 | | | |
| 1107. Agent's por on o f the total tle insurance premium to Integrity Settlement Services | | | |
| 1108. Underwriter's portion of the total title insurance premium to Old Republic National Title Insurance Company $717.00 | | | |
| 1109. | | | |
| 1110. | | | |
| 1111. | | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges | (from GFE #7) | | |
| 1202. Deed $ Mortgage $ Release $ to Fulton County Recording Office | | | |
| 1203. Transfer taxes | (from GFE #8) | $300.00 | |
| 1204. City/County tax/stamps Deed $ Mortgage $ | | | |
| 1205. State tax/stamps Deed $300.00 Mortgage $ to Fulton County Recording Office | | | |
| 1206. | | | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. | | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1308. | | | |
| 1309. | | | |
| 1310. | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | $1,642.00 | $625.00 |

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Charges That Cannot Increase | HUD-1 Line Number | | |
| Our origination charge | #801 | | |
| Your credit or charge (points) for the specific interest rate chosen | #802 | | |
| Your adjusted origination charges | #803 | $0.00 | |
| Transfer taxes | #1203 | | $300.00 |

| Charges That In Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | 1201 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total | | | |
| Increase between GFE and HUD-1 Charges | | | % |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow account | 1001 | | |
| Daily interest charges | 901 | | |
| Homeowner's insurance | 903 | | |
| Title services and lender's title insurance | 1101 | | $625.00 |
| Owner's title insurance | 1103 | | $717.00 |
| | | | |

## Loan Terms

| | |
|---|---|
| Your initial loan amount is | |
| Your loan term is | |
| Your initial interest rate is | |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | includes<br><br>[X] Principal<br><br>[X] Interest<br><br>[ ] Mortgage Insurance |
| Can your interest rate rise? | [X] No, [ ] Yes, it can rise to a maximum of _____ . The first change will be on _____ and can change again every _____ months after _____ . Every change date, your interest rate can increase or decrease by _____ . Over the life of the loan, your interest rate is guaranteed to never be lower than _____ or higher than _____ . |
| Even if you make payments on time, can your loan balance rise? | [X] No, [ ] Yes, it can rise to a maximum of _____ |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | [X] No, [ ] Yes, the first increase can be on _____ and the monthly amount owed can rise to _____ . The maximum it can ever rise to is _____ |
| Does your loan have a prepayment penalty? | [X] No, [ ] Yes, your maximum prepayment penalty is _____ |
| Does your loan have a balloon payment? | [X] No, [ ] Yes, you have a balloon payment of _____ due in _____ years on _____ |
| Total monthly amount owed including escrow account payments | [X] You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br><br>[ ] You have an additional monthly escrow payment of _____ that results in a total initial monthly amount owed of _____ . This includes principal, interest, any mortgage insurance and any items checked below:<br><br>[ ] Property taxes     [ ] Homeowner's insurance<br><br>[ ] Flood Insurance     [ ]<br><br>[ ]     [ ] |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

See signature addendum

**Signature Addendum**

ESRG Georgia Group I LLC, a Georgia Limited Liability Company        Wholesale Listings Co LLC, a Georgia Limited Liability Company

By:                                                                 By:

_____        Date               _____        Date
Susan Tanoe, Manager                                               Casita Simpson, Manager


The HUD-1 settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

_____        Date
Settlement Agent

# Exhibit "D"

## ASSIGNMENT OF CLAIM

This document is an assignment by Lima One Capital, LLC, a Georgia limited liability company (hereinafter identified as the CLAIMANT).

CLAIMANT assigns to the following person or entity hereinafter identified here as ASSIGNEE:

| | |
|---|---|
| Name: | Lima One Capital Special Servicing, Inc., a Delaware corporation |
| Address: | 201 E. McBee Ave, Suite 300 Greenville, SC 29601 |

CLAIMANT has designated and appointed ASSIGNEE to act as CLAIMANT'S agent and representative for CLAIMANT'S sole benefit pursuant to that certain agency agreement (the "Agency Agreement") between CLAIMANT and ASSIGNEE with respect to those certain legal claims CLAIMANT has arising out of the purported sale of 1564 Park Road SE, Atlanta, GA 30315 and related financing provided by CLAIMANT.

CLAIMANT hereby assigns, pursuant to the terms of the Agency Agreement, only those claims that are against the following persons or entities:

| | | | |
|---|---|---|---|
| Name: | E.S. Real Estate Consortium, Inc. | Name: | Consortium Title, LLC |
| Address: | 5317 Chamblee Blvd Suite 316 Chamblee, GA 30341 | Address: | 1775 Tysons Blvd Tysons, VA 22182 |
| Name: | Integrity Settlement Services, LLC | Name: | Aneaka English |
| Address: | 401 E. Jackson Street Suite 3300 Tampa, FL 33602 | Address: | 3491 Cragstone Rd Lithonia, GA 30038 |
| Name: | Coleen Thomas | Name: | Casita Simpson |
| Address: | 1775 Tysons Blvd Tysons, VA 22182 | Address: | 5902 Bahama Court West Palm Beach, FL 33407 |

CLAIMANT has duly executed this assignment to be effective this ____ day of August, 2018.

CLAIMANT:

_8/21/18_
Date Executed

By:  Lima One Management, LLC, a South
Carolina limited liability company
Its:    Manager

By:  _____
        John S. Warren, Jr.
Its:    Manager

Open.26479.80

EXHIBIT E

**From:** Matthew Poole
**Sent:** Tuesday, January 16, 2018 9:32:59 AM
**To:** services@integritysettlementservices.net
**Cc:** Dustin Simmons; Ross Coll
**Subject:** Re: [External] Re: Transactional Funding - 1564 Park Rd SE
**Sensitivity:** Normal

---

Any legitimate lending institution would be chasing $255k if it wasn't received in the proper time frame that was agreed upon. You said you would send the tracking number. I will be happy to forward you the email where you said that. So please send that tracking number ASAP.

Matthew Poole

---

**From:** services@integritysettlementservices.net <services@integritysettlementservices.net>
**Sent:** Tuesday, January 16, 2018 9:27:49 AM
**To:** Matthew Poole
**Cc:** Dustin Simmons; Ross Coll
**Subject:** Re: [External] Re: Transactional Funding - 1564 Park Rd SE

Good Morning,

You guys are legitimate lending institution.  I am not sure why you are
conducting yourselves like you just spent your last 5.00.  We leave
early on Fridays therefore no one was here to take your call or return
your email over the loan holiday weekend.  Further not send you the
fedex tracking doesn't mean the FedEx wasn't sent.   You can let whoever
you like contact me or my office directly.  The package is on the way to
Lima One Capital.


On 2018-01-12 15:59, Matthew Poole wrote:
> We are past 3:30. No fed ex tracking. We are going to be reaching out
> to legal counsel at this point.
>
>
> Matthew Poole
> Deputy Director of Short Term Finance
> NMLS # 1423193
>
> P: 800-390-4212   Ext: 348
> F: 864-236-4872
> E-mail: mpoole@limaonecapital.com
> www.limaonecapital.com
>
> -----Original Message-----
> From: Client Services [mailto:services@integritysettlementservices.net]
> Sent: Friday, January 12, 2018 9:33 AM
> To: Matthew Poole <mpoole@limaonecapital.com>
> Cc: Client Services <services@integritysettlementservices.net>; Dustin
> Simmons <dustin@limaonecapital.com>; Ross Coll
> <rcoll@limaonecapital.com>
> Subject: RE: [External] Re: Transactional Funding - 1564 Park Rd SE
> Importance: High
>
> It was sent. However I am going to send the check as discuss so that I
> can
> close this file out.  You requested I send the wire again. That is what
> was done.  I know how important it is to disburse and receive funds
> timely.
>
>
> On Fri, January 12, 2018 9:23 am, Matthew Poole wrote:
>> We need the federal reference number for this wire to track it. We

Exhibit C - 1

>> have
>> been asking for over a day. If we don't have this by 10:30am EST, we
>> will
>> be contacting our legal counsel.
>>
>>
>> Matthew Poole
>> Deputy Director of Short Term Finance
>> NMLS # 1423193
>>
>>
>> P: 800-390-4212   Ext: 348
>> F: 864-236-4872
>> E-mail: mpoole@limaonecapital.com
>> www.limaonecapital.com
>>
>> -----Original Message-----
>> From: Client Services
>> [mailto:services@integritysettlementservices.net]
>> Sent: Friday, January 12, 2018 8:08 AM
>> To: Dustin Simmons <dustin@limaonecapital.com>
>> Cc: Matthew Poole <mpoole@limaonecapital.com>; Client Services
>> <services@integritysettlementservices.net>; Ross Coll
>> <rcoll@limaonecapital.com>
>> Subject: RE: [External] Re: Transactional Funding - 1564 Park Rd SE
>>
>>
>> Good Morning,
>>
>>
>> I spoke with the Private Banking Manger at Chase regarding the wire as
>> I
>> found out we have wired to Lima One 8 times before.  Issue being that
>> the
>> number for your banks routing is also their ACH number and it can take
>> 2-3
>> business days to arrive depending on how the wire room processes the
>> transaction.  But it is however there and being processed.
>>
>> What I will do though is not cancel the wire but still send the check
>> this way if the wire hits first I can just stop payment on the check.
>> I
>> know with the transactional funding it has to move quickly so I don't
>> want
>> any continued delays.
>>
>> I will send the tracking for the FedEx shortly.
>>
>>
>> We have been in CE so email is best and I will call at my next break
>> to
>> follow up.
>>
>> --
>> Amy Rice
>> Client Services
>> File Management Department
>> Office: 813-606-5058
>> Fax: 877-471-2805
>> Integrity Settlement Services
>> Services@integirtysettlementservices.net
>>
>>
>> CONFIDENTIALITY NOTICE:
>> The contents of this email message and any attachments are intended
>> solely
>> for the addressee(s) and may contain confidential and/or privileged

Exhibit C - 2

>> information and may be legally protected from disclosure. If you are
>> not
>> the intended recipient of this message or their agent, or if this
>> message
>> has been addressed to you in error, please immediately alert the
>> sender
>> by reply email and then delete this message and any attachments. If
>> you
>> are not the intended recipient, you are hereby notified that any use,
>> dissemination, copying, or storage of this message or its attachments
>> is
>> strictly prohibited.
>>
>>
>> On Thu, January 11, 2018 4:30 pm, Dustin Simmons wrote:
>>
>>> Amy,
>>>
>>>
>>>
>>> We have tried to call several times with no answer. Please provide
>>> the
>>> Fed Ref Number for the wire. We have checked Multiple times today
>>> with
>>> State Bank and the Funds have not been received.
>>>
>>>
>>>
>>> Please note that Lima One Capital will be closed on Monday January
>>> 15,
>>> 2018.
>>>
>>>
>>>
>>> Dustin Simmons
>>> Senior Operations Analyst
>>> NMLS ID: 1337256
>>>
>>> P: 864-546-4345 Ext 073
>>> F: 864-236-4875
>>> E-mail: dustin@limaonecapital.com
>>> www.limaonecapital.com
>>>
>>> -----Original Message-----
>>> From: Matthew Poole
>>> Sent: Thursday, January 11, 2018 3:15 PM
>>> To: Client Services <services@integritysettlementservices.net>
>>> Cc: Dustin Simmons <dustin@limaonecapital.com>; Ross Coll
>>> <rcoll@limaonecapital.com>
>>> Subject: RE: [External] Re: Transactional Funding - 1564 Park Rd SE
>>>
>>>
>>>
>>> We just checked and it has not hit our account. Fed Ref number?
>>>
>>>
>>>
>>>
>>> Matthew Poole
>>> Deputy Director of Short Term Finance
>>> NMLS # 1423193
>>>
>>>
>>>
>>> P: 800-390-4212   Ext: 348
>>> F: 864-236-4872
>>> E-mail: mpoole@limaonecapital.com

Exhibit C - 3

>>> www.limaonecapital.com
>>>
>>> -----Original Message-----
>>> From: Client Services
>>> [mailto:services@integritysettlementservices.net]
>>> Sent: Thursday, January 11, 2018 2:38 PM
>>> To: Matthew Poole <mpoole@limaonecapital.com>
>>> Cc: Client Services <services@integritysettlementservices.net>;
>>> Dustin
>>> Simmons <dustin@limaonecapital.com>; Ross Coll
>>> <rcoll@limaonecapital.com>
>>> Subject: RE: [External] Re: Transactional Funding - 1564 Park Rd SE
>>>
>>>
>>>
>>> I just check and funds are with State Bank.  Please check your
>>> account
>>> by end of day for the credit.  Please let the wire department know
>>> not
>>> to reject the funds.
>>>
>>> Amy Rice
>>> Client Services
>>> File Management Department
>>> Office: 813-606-5058
>>> Fax: 877-471-2805
>>> Integrity Settlement Services
>>> Services@integirtysettlementservices.net
>>>
>>>
>>>
>>> CONFIDENTIALITY NOTICE:
>>> The contents of this email message and any attachments are intended
>>> solely for the addressee(s) and may contain confidential and/or
>>> privileged information and may be legally protected from disclosure.
>>> If
>>> you are not the intended recipient of this message or their agent, or
>>> if
>>> this message has been addressed to you in error, please immediately
>>> alert the sender by reply email and then delete this message and any
>>> attachments. If you are not the intended recipient, you are hereby
>>> notified that any use, dissemination, copying, or storage of this
>>> message or its attachments is strictly prohibited.
>>>
>>>
>>> On Thu, January 11, 2018 9:45 am, Matthew Poole wrote:
>>>
>>>
>>>> Just so you are aware, the wire has not hit our account yet.
>>>>
>>>>
>>>>
>>>>
>>>>
>>>> Matthew Poole
>>>> Deputy Director of Short Term Finance
>>>> NMLS # 1423193
>>>>
>>>>
>>>>
>>>>
>>>> P: 800-390-4212   Ext: 348
>>>> F: 864-236-4872
>>>> E-mail: mpoole@limaonecapital.com
>>>> www.limaonecapital.com
>>>>
>>>> -----Original Message-----

Exhibit C - 4

>>>> From: Client Services
>>>> [mailto:services@integritysettlementservices.net]
>>>> Sent: Thursday, January 11, 2018 9:23 AM
>>>> To: Matthew Poole <mpoole@limaonecapital.com>
>>>> Cc: Client Services <services@integritysettlementservices.net>;
>>>> Dustin
>>>> Simmons <dustin@limaonecapital.com>; Ross Coll
>>>> <rcoll@limaonecapital.com>
>>>> Subject: RE: [External] Re: Transactional Funding - 1564 Park Rd SE
>>>>
>>>>
>>>>
>>>>
>>>> The one on the instructions say:
>>>>
>>>>
>>>>
>>>>
>>>> 201 East McBee Ave Suite 300 Greenville, SC 29601.  The bank address
>>>> I
>>>> know is correct.
>>>>
>>>> On Thu, January 11, 2018 9:14 am, Matthew Poole wrote:
>>>>
>>>>
>>>>
>>>>> Which address did you use?
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>> Matthew Poole
>>>>> Deputy Director of Short Term Finance
>>>>> NMLS # 1423193
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>> P: 800-390-4212   Ext: 348
>>>>> F: 864-236-4872
>>>>> E-mail: mpoole@limaonecapital.com
>>>>> www.limaonecapital.com
>>>>>
>>>>> -----Original Message-----
>>>>> From: Client Services
>>>>> [mailto:services@integritysettlementservices.net]
>>>>> Sent: Thursday, January 11, 2018 8:18 AM
>>>>> To: Matthew Poole <mpoole@limaonecapital.com>
>>>>> Cc: Client Services <services@integritysettlementservices.net>;
>>>>> Dustin
>>>>> Simmons <dustin@limaonecapital.com>; Ross Coll
>>>>> <rcoll@limaonecapital.com>
>>>>> Subject: RE: [External] Re: Transactional Funding - 1564 Park Rd SE
>>>>> Importance: High
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>> Yes this was completed at 4:30 yesterday.  I will provided the new
>>>>> Fed
>>>>> Number shortly. and You should keep an eye out for it today.
>>>>>
>>>>>

Exhibit C - 5

>>>>>
>>>>>
>>>>>
>>>>> Is the address on the instructions the same as the address on that
>>>>> account?  I want to make sure I am using all the correct
>>>>> information
>>>>>  that matches that account.  For the first time sending a large
>>>>> wire from a trust account all things must match until we have a
>>>>> history of wiring to a particular private lender.
>>>>>
>>>>> Wire Fraud is huge with Settlement and Escrow firms so we just
>>>>> always need to make sure everything is correct.  Nonetheless the
>>>>> wire has left our account for 255,774.57.
>>>>>
>>>>> --
>>>>> Amy Rice
>>>>> Client Services
>>>>> File Management Department
>>>>> Office: 813-606-5058
>>>>> Fax: 877-471-2805
>>>>> Integrity Settlement Services
>>>>> Services@integirtysettlementservices.net
>>>>>
>>>>>
>>>>>
>>>>>
>>>>> CONFIDENTIALITY NOTICE:
>>>>> The contents of this email message and any attachments are intended
>>>>> solely for the addressee(s) and may contain confidential and/or
>>>>> privileged information and may be legally protected from
>>>>> disclosure. If
>>>>> you are not the intended recipient of this message or their agent,
>>>>> or if this message has been addressed to you in error, please
>>>>> immediately alert the sender by reply email and then delete this
>>>>> message and any attachments. If you are not the intended recipient,
>>>>> you are hereby notified that any use, dissemination, copying, or
>>>>> storage of this message or its attachments is strictly prohibited.
>>>>>
>>>>> On Wed, January 10, 2018 5:08 pm, Matthew Poole wrote:
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>> Amy,
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> Per our conversation earlier, you said you were going to the bank
>>>>>>  to initiate the wire to us for a second attempt. Can you confirm
>>>>>> if this has been done?
>>>>>>
>>>>>>
>>>>>> Matthew Poole
>>>>>> Deputy Director of Short Term Finance
>>>>>> NMLS # 1423193
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> P: 800-390-4212   Ext: 348
>>>>>> F: 864-236-4872

Exhibit C - 6

>>>>>> E-mail: mpoole@limaonecapital.com
>>>>>> www.limaonecapital.com
>>>>>>
>>>>>> -----Original Message-----
>>>>>> From: Client Services
>>>>>> [mailto:services@integritysettlementservices.net]
>>>>>> Sent: Wednesday, January 10, 2018 8:53 AM
>>>>>> To: Dustin Simmons <dustin@limaonecapital.com>
>>>>>> Cc: Client Services <services@integritysettlementservices.net>;
>>>>>> Matthew
>>>>>> Poole <mpoole@limaonecapital.com>; Ross Coll
>>>>>> <rcoll@limaonecapital.com>
>>>>>> Subject: RE: [External] Re: Transactional Funding - 1564 Park Rd
>>>>>> SE
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> When I inquired about your wire this is the message we got back.
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> We've sent an important communication to your Secure Message
>>>>>> Center,
>>>>>> available on Chase Online or on the Chase Mobile app.
>>>>>>
>>>>>> The subject is: Wire Payment Rejected
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> You can sign in to review this communication in your Secure
>>>>>> Message
>>>>>> Center
>>>>>> until 04/09/2018.
>>>>>>
>>>>>> Thank you for being a valued Chase customer.
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> Apparently your side did not accept our wire.  I am not sure why
>>>>>> as we followed all instructions.    I am going to send in my next
>>>>>> email the detail that use use in the body of the email.
>>>>>>
>>>>>> Please advise as to how to proceed because you are waiting on a
>>>>>> wire that your company rejected.  The funds are not back to us yet
>>>>>> but I am told that since the wire was rejected the funds will be
>>>>>> back within 24 hours.
>>>>>>
>>>>>> Amy Rice
>>>>>> Client Services
>>>>>> File Management Department
>>>>>> Office: 813-606-5058
>>>>>> Fax: 877-471-2805
>>>>>> Integrity Settlement Services
>>>>>> Services@integirtysettlementservices.net
>>>>>>

Exhibit C - 7

>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> CONFIDENTIALITY NOTICE:
>>>>>> The contents of this email message and any attachments are
>>>>>> intended solely for the addressee(s) and may contain confidential
>>>>>> and/or privileged information and may be legally protected from
>>>>>> disclosure. If you are not the intended recipient of this message
>>>>>> or their agent, or if this message has been addressed to you in
>>>>>> error, please immediately alert the sender by reply email and then
>>>>>> delete this message and any attachments. If you are not the
>>>>>> intended recipient, you are hereby notified that any use,
>>>>>> dissemination, copying, or storage of this message or its
>>>>>> attachments is strictly prohibited.
>>>>>>
>>>>>> On Wed, January 10, 2018 8:45 am, Dustin Simmons wrote:
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>> Amy,
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> At this time, we have confirmed with our bank they have not
>>>>>>> received your wire. Attached are the wiring instructions the
>>>>>>> funds need to be sent to.
>>>>>>>
>>>>>>> As you stated on the phone and in email yesterday afternoon you
>>>>>>>  were requesting the bank information. Please send that over
>>>>>>> for us to review as well.
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> Please note that Lima One Capital will be closed on Monday
>>>>>>> January
>>>>>>> 15,
>>>>>>> 2018.
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> Dustin Simmons
>>>>>>> Senior Operations Analyst
>>>>>>> NMLS ID: 1337256
>>>>>>>
>>>>>>> P: 864-546-4345 Ext 073
>>>>>>> F: 864-236-4875
>>>>>>> E-mail: dustin@limaonecapital.com
>>>>>>> www.limaonecapital.com
>>>>>>>
>>>>>>> -----Original Message-----
>>>>>>> From: Client Services
>>>>>>> [mailto:services@integritysettlementservices.net]
>>>>>>> Sent: Tuesday, January 9, 2018 4:52 PM
>>>>>>> To: Dustin Simmons <dustin@limaonecapital.com>

Exhibit C - 8

>>>>>>> Cc: Client Services <services@integritysettlementservices.net>;
>>>>>>> Matthew
>>>>>>> Poole <mpoole@limaonecapital.com>; Ross Coll
>>>>>>> <rcoll@limaonecapital.com>
>>>>>>> Subject: RE: [External] Re: Transactional Funding - 1564 Park Rd
>>>>>>>  SE
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> I have requested the bank information on the wire that shows
>>>>>>> exactly where it went,  what time it went out, the amount, IMAD
>>>>>>> and TRNS numbers. I usually get that within an hour of
>>>>>>> requesting it from the bank.  It will be a secured email I will
>>>>>>> download and forward to everyone.
>>>>>>>
>>>>>>> I used the SC address as the address for the receipt on the
>>>>>>> wire. Is
>>>>>>> this the address that is on that account?
>>>>>>>
>>>>>>>
>>>>>>> --
>>>>>>> Amy Rice
>>>>>>> Client Services
>>>>>>> File Management Department
>>>>>>> Office: 813-606-5058
>>>>>>> Fax: 877-471-2805
>>>>>>> Integrity Settlement Services
>>>>>>> Services@integirtysettlementservices.net
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>> The contents of this email message and any attachments are
>>>>>>> intended solely for the addressee(s) and may contain
>>>>>>> confidential and/or privileged information and may be legally
>>>>>>> protected from disclosure. If you are not the intended recipient
>>>>>>> of this message or their agent, or if this message has been
>>>>>>> addressed to you in error, please immediately alert the sender
>>>>>>> by reply email and then delete this message and any attachments.
>>>>>>> If you are not the
>>>>>>> intended recipient, you are hereby notified that any use,
>>>>>>> dissemination, copying, or storage of this message or its
>>>>>>> attachments is strictly prohibited.
>>>>>>>
>>>>>>> On Tue, January 9, 2018 4:45 pm, Dustin Simmons wrote:
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>> Amy,
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>

Exhibit C - 9

>>>>>>>
>>>>>>>> Following up on our conversation just now on the phone.
>>>>>>>> Please
>>>>>>>> provide confirmation docs from where the wire has been sent.
>>>>>>>> At
>>>>>>>> this point we still have not received the funds back of
>>>>>>>> $255,774.57.
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> Please note that Lima One Capital will be closed on Monday
>>>>>>>> January
>>>>>>>> 15,
>>>>>>>> 2018.
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> Dustin Simmons
>>>>>>>> Senior Operations Analyst
>>>>>>>> NMLS ID: 1337256
>>>>>>>>
>>>>>>>> P: 864-546-4345 Ext 073
>>>>>>>> F: 864-236-4875
>>>>>>>> E-mail: dustin@limaonecapital.com
>>>>>>>> www.limaonecapital.com
>>>>>>>>
>>>>>>>> -----Original Message-----
>>>>>>>> From: Client Services
>>>>>>>> [mailto:services@integritysettlementservices.net]
>>>>>>>> Sent: Tuesday, January 9, 2018 4:27 PM
>>>>>>>> To: Matthew Poole <mpoole@limaonecapital.com>
>>>>>>>> Cc: Ross Coll <rcoll@limaonecapital.com>; Client Services
>>>>>>>> <services@integritysettlementservices.net>; Dustin Simmons
>>>>>>>> <dustin@limaonecapital.com>
>>>>>>>> Subject: RE: [External] Re: Transactional Funding - 1564 Park
>>>>>>>> Rd
>>>>>>>> SE
>>>>>>>> Importance: High
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> All,
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> Please confirm by end of the day that you have received your
>>>>>>>> wire. It is our policy that if a wire is not received within
>>>>>>>> 48
>>>>>>>> hours the wire must be recalled and a check must be FedEx.
>>>>>>>>
>>>>>>>> We maintain excellent disbursement practices and want to

Exhibit C - 10

>>>>>>>> ensure all parties receive their funds timely.
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> On Tue, January 9, 2018 10:07 am, Matthew Poole wrote:
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>> Amy,
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> I need a Federal Reference number asap. Otherwise, we will
>>>>>>>>> require our wire to be returned.
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Matthew Poole
>>>>>>>>> Deputy Director of Short Term Finance
>>>>>>>>> NMLS # 1423193
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> P: 800-390-4212   Ext: 348
>>>>>>>>> F: 864-236-4872
>>>>>>>>> E-mail: mpoole@limaonecapital.com
>>>>>>>>> www.limaonecapital.com
>>>>>>>>>
>>>>>>>>> -----Original Message-----
>>>>>>>>> From: Ross Coll
>>>>>>>>> Sent: Tuesday, January 09, 2018 10:02 AM
>>>>>>>>> To: Client Services
>>>>>>>>> <services@integritysettlementservices.net>
>>>>>>>>> Cc: Dustin Simmons <dustin@limaonecapital.com>; Matthew
>>>>>>>>> Poole
>>>>>>>>> <mpoole@limaonecapital.com>
>>>>>>>>> Subject: RE: [External] Re: Transactional Funding - 1564
>>>>>>>>> Park
>>>>>>>>> Rd
>>>>>>>>> SE
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Amy,
>>>>>>>>>
>>>>>>>>>

Exhibit C - 11

>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> At this point in time we do not have the wire nor the
>>>>>>>>> disbursement form with tracking info. Please send the
>>>>>>>>> Federal
>>>>>>>>> tracking number for the wire.
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Please note that Lima One Capital will be closed on Monday
>>>>>>>>> January
>>>>>>>>> 15,
>>>>>>>>> 2018.
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Best,
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Ross Coll
>>>>>>>>> Operations Analyst
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> P: 864-672-9069
>>>>>>>>> F: 864-289-7520
>>>>>>>>> E-mail: rcoll@limaonecapital.com
>>>>>>>>> www.LimaOneCapital.com
>>>>>>>>>
>>>>>>>>> -----Original Message-----
>>>>>>>>> From: Client Services
>>>>>>>>> [mailto:services@integritysettlementservices.net]
>>>>>>>>> Sent: Tuesday, January 9, 2018 9:03 AM
>>>>>>>>> To: Ross Coll <rcoll@limaonecapital.com>
>>>>>>>>> Cc: Client Services
>>>>>>>>> <services@integritysettlementservices.net>;
>>>>>>>>> Dustin
>>>>>>>>> Simmons <dustin@limaonecapital.com>; Matthew Poole
>>>>>>>>> <mpoole@limaonecapital.com>
>>>>>>>>> Subject: RE: [External] Re: Transactional Funding - 1564
>>>>>>>>> Park
>>>>>>>>> Rd
>>>>>>>>> SE
>>>>>>>>>

Exhibit C - 12

```
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Please confirm receipt of the disbursement form set
>>>>>>>>> yesterday with tracking information.  As well as receipt of
>>>>>>>>> the wire sent yesterday. I will be out of the office for the
>>>>>>>>> next 3 hours and will return around 12-1 pm.  Should you
>>>>>>>>> need anything additional.
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> --
>>>>>>>>> Amy Rice
>>>>>>>>> Client Services
>>>>>>>>> File Management Department
>>>>>>>>> Office: 813-606-5058
>>>>>>>>> Fax: 877-471-2805
>>>>>>>>> Integrity Settlement Services
>>>>>>>>> Services@integirtysettlementservices.net
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>>>> The contents of this email message and any attachments are
>>>>>>>>> intended solely for the addressee(s) and may contain
>>>>>>>>> confidential and/or privileged information and may be
>>>>>>>>> legally protected from disclosure. If you are not the
>>>>>>>>> intended recipient of this message or their agent, or if
>>>>>>>>> this message has been addressed to you in error, please
>>>>>>>>> immediately alert the sender by reply email and then delete
>>>>>>>>> this message and any attachments. If you are not the intended
>>>>>>>>> recipient, you are hereby notified that any use,
>>>>>>>>> dissemination, copying, or storage of this message or its
>>>>>>>>> attachments is strictly prohibited.
>>>>>>>>>
>>>>>>>>> On Mon, January 8, 2018 5:07 pm, Ross Coll wrote:
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>> Amy,
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Please provide the Federal Reference number for the wire.
>>>>>>>>>>
```

Exhibit C - 13

>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>> Please note that Lima One Capital will be closed on
>>>>>>>>>> Monday
>>>>>>>>>> January
>>>>>>>>>> 15,
>>>>>>>>>> 2018.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Best,
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Ross Coll
>>>>>>>>>> Operations Analyst
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> P: 864-672-9069
>>>>>>>>>> F: 864-289-7520
>>>>>>>>>> E-mail: rcoll@limaonecapital.com
>>>>>>>>>> www.LimaOneCapital.com
>>>>>>>>>>
>>>>>>>>>> -----Original Message-----
>>>>>>>>>> From: Ross Coll
>>>>>>>>>> Sent: Monday, January 8, 2018 5:07 PM
>>>>>>>>>> To: 'Client Services'
>>>>>>>>>> <services@integritysettlementservices.net>
>>>>>>>>>> Cc: Dustin Simmons <dustin@limaonecapital.com>
>>>>>>>>>> Subject: RE: [External] Re: Transactional Funding - 1564
>>>>>>>>>> Park
>>>>>>>>>> Rd
>>>>>>>>>> SE
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>

Exhibit C - 14

>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Amy,
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Please provide the Federal Reference number for the wire.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Please note that Lima One Capital will be closed on
>>>>>>>>>> Monday
>>>>>>>>>> January
>>>>>>>>>> 15,
>>>>>>>>>> 2018.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Best,
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Ross Coll
>>>>>>>>>> Operations Analyst
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> P: 864-672-9069
>>>>>>>>>> F: 864-289-7520

Exhibit C - 15

>>>>>>>>>> E-mail: rcoll@limaonecapital.com
>>>>>>>>>> www.LimaOneCapital.com
>>>>>>>>>>
>>>>>>>>>> -----Original Message-----
>>>>>>>>>> From: Ross Coll
>>>>>>>>>> Sent: Monday, January 8, 2018 4:34 PM
>>>>>>>>>> To: 'Client Services'
>>>>>>>>>> <services@integritysettlementservices.net>
>>>>>>>>>> Subject: RE: [External] Re: Transactional Funding - 1564
>>>>>>>>>> Park
>>>>>>>>>> Rd
>>>>>>>>>> SE
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Please provide the Federal Reference number for the wire.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Please note that Lima One Capital will be closed on
>>>>>>>>>> Monday
>>>>>>>>>> January
>>>>>>>>>> 15,
>>>>>>>>>> 2018.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Best,
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Ross Coll
>>>>>>>>>> Operations Analyst
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>

Exhibit C - 16

>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> P: 864-672-9069
>>>>>>>>>> F: 864-289-7520
>>>>>>>>>> E-mail: rcoll@limaonecapital.com
>>>>>>>>>> www.LimaOneCapital.com
>>>>>>>>>>
>>>>>>>>>> -----Original Message-----
>>>>>>>>>> From: Client Services
>>>>>>>>>> [mailto:services@integritysettlementservices.net]
>>>>>>>>>> Sent: Monday, January 8, 2018 4:06 PM
>>>>>>>>>> To: Ross Coll <rcoll@limaonecapital.com>
>>>>>>>>>> Subject: RE: [External] Re: Transactional Funding - 1564
>>>>>>>>>> Park
>>>>>>>>>> Rd
>>>>>>>>>> SE
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> I received the funds and I am sending them back now.
>>>>>>>>>> Please
>>>>>>>>>> allow a few hours to receive them since it is after 4pm.
>>>>>>>>>>
>>>>>>>>>> --
>>>>>>>>>> Amy Rice
>>>>>>>>>> Client Services
>>>>>>>>>> File Management Department
>>>>>>>>>> Office: 813-606-5058
>>>>>>>>>> Fax: 877-471-2805
>>>>>>>>>> Integrity Settlement Services
>>>>>>>>>> Services@integirtysettlementservices.net
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>>>>> The contents of this email message and any attachments are
>>>>>>>>>>  intended solely for the addressee(s) and may contain
>>>>>>>>>> confidential and/or privileged information and may be
>>>>>>>>>> legally protected from disclosure. If you are not the
>>>>>>>>>> intended recipient of this message or their agent, or if
>>>>>>>>>> this message has been addressed to you in error, please
>>>>>>>>>> immediately alert the sender by reply email and then
>>>>>>>>>> delete this message and any attachments. If you are not
>>>>>>>>>> the intended recipient, you are hereby notified that any
>>>>>>>>>> use, dissemination, copying, or storage of this message or
>>>>>>>>>> its attachments is strictly prohibited.
>>>>>>>>>>
>>>>>>>>>> On Mon, January 8, 2018 3:44 pm, Ross Coll wrote:
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>

Exhibit C - 17

>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>> Amy,
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Have you received our wire and if so, sent the return?
>>>>>>>>>> Please
>>>>>>>>>> advise
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Please note that Lima One Capital will be closed on
>>>>>>>>>> Monday
>>>>>>>>>> January
>>>>>>>>>> 15,
>>>>>>>>>> 2018.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Best,
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Ross Coll
>>>>>>>>>> Operations Analyst
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> P: 864-672-9069

Exhibit C - 18

>>>>>>>>>> F: 864-289-7520
>>>>>>>>>> E-mail: rcoll@limaonecapital.com
>>>>>>>>>> www.LimaOneCapital.com
>>>>>>>>>>
>>>>>>>>>> -----Original Message-----
>>>>>>>>>> From: Client Services
>>>>>>>>>> [mailto:services@integritysettlementservices.net]
>>>>>>>>>> Sent: Monday, January 8, 2018 1:54 PM
>>>>>>>>>> To: Dustin Simmons <dustin@limaonecapital.com>
>>>>>>>>>> Cc: Ross Coll <rcoll@limaonecapital.com>; Client
>>>>>>>>>> Services
>>>>>>>>>> <services@integritysettlementservices.net>
>>>>>>>>>> Subject: RE: [External] Re: Transactional Funding - 1564
>>>>>>>>>>  Park
>>>>>>>>>> Rd
>>>>>>>>>> SE
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> I am waiting on your wire to arrive and that is the
>>>>>>>>>> amount I will be sending back to the instructions
>>>>>>>>>> provided.
>>>>>>>>>>
>>>>>>>>>> --
>>>>>>>>>> Amy Rice
>>>>>>>>>> Client Services
>>>>>>>>>> File Management Department
>>>>>>>>>> Office: 813-606-5058
>>>>>>>>>> Fax: 877-471-2805
>>>>>>>>>> Integrity Settlement Services
>>>>>>>>>> Services@integirtysettlementservices.net
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>>>>> The contents of this email message and any attachments
>>>>>>>>>> are intended solely for the addressee(s) and may contain
>>>>>>>>>>  confidential and/or privileged information and may be
>>>>>>>>>> legally protected from disclosure. If you are not the
>>>>>>>>>> intended recipient of this message or their agent, or
>>>>>>>>>> if this message has been addressed to you in error,
>>>>>>>>>> please immediately alert the sender by reply email and
>>>>>>>>>> then delete this message and any attachments. If you are
>>>>>>>>>> not the intended recipient, you are hereby notified that
>>>>>>>>>> any use, dissemination, copying, or storage of this
>>>>>>>>>> message or its attachments is strictly prohibited.
>>>>>>>>>>
>>>>>>>>>> On Mon, January 8, 2018 1:28 pm, Dustin Simmons wrote:
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>

Exhibit C - 19

>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>> We are following up on the return wire for this file.
>>>>>>>>>>>  It
>>>>>>>>>>> should be in the amount of $255,774.57.
>>>>>>>>>>>
>>>>>>>>>>> Please confirm that this wire has been sent back.
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>> Please note that Lima One Capital will be closed on
>>>>>>>>>>> Monday
>>>>>>>>>>> January
>>>>>>>>>>> 15, 2018.
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>> Dustin Simmons
>>>>>>>>>>> Senior Operations Analyst
>>>>>>>>>>> NMLS ID: 1337256
>>>>>>>>>>>
>>>>>>>>>>> P: 864-546-4345 Ext 073
>>>>>>>>>>> F: 864-236-4875
>>>>>>>>>>> E-mail: dustin@limaonecapital.com
>>>>>>>>>>> www.limaonecapital.com
>>>>>>>>>>>
>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>> From: Ross Coll
>>>>>>>>>>> Sent: Monday, January 8, 2018 11:10 AM
>>>>>>>>>>> To: Client Services
>>>>>>>>>>> <services@integritysettlementservices.net>;
>>>>>>>>>>> Dustin Simmons <dustin@limaonecapital.com>
>>>>>>>>>>> Subject: RE: [External] Re: Transactional Funding -
>>>>>>>>>>> 1564
>>>>>>>>>>> Park
>>>>>>>>>>> Rd
>>>>>>>>>>> SE
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>

Exhibit C - 20

```
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>> Amy,
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>> Attached are our closing instructions. The wire has
>>>>>>>>>>> been requested. You should be receiving them shortly.
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>> Please note that Lima One Capital will be closed on
>>>>>>>>>>> Monday
>>>>>>>>>>> January
>>>>>>>>>>> 15, 2018.
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>> Best,
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>> Ross Coll
>>>>>>>>>>> Operations Analyst
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
```

Exhibit C - 21

>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>> P: 864-672-9069
>>>>>>>>>>>> F: 864-289-7520
>>>>>>>>>>>> E-mail: rcoll@limaonecapital.com
>>>>>>>>>>>> www.LimaOneCapital.com
>>>>>>>>>>>>
>>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>>> From: Client Services
>>>>>>>>>>>> [mailto:services@integritysettlementservices.net]
>>>>>>>>>>>> Sent: Monday, January 8, 2018 11:03 AM
>>>>>>>>>>>> To: Dustin Simmons <dustin@limaonecapital.com>
>>>>>>>>>>>> Cc: Client Services
>>>>>>>>>>>> <services@integritysettlementservices.net>;
>>>>>>>>>>>> Ross
>>>>>>>>>>>> Coll <rcoll@limaonecapital.com>
>>>>>>>>>>>> Subject: RE: [External] Re: Transactional Funding -
>>>>>>>>>>>> 1564
>>>>>>>>>>>> Park
>>>>>>>>>>>> Rd
>>>>>>>>>>>> SE
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>> Can you confirm that the funds have been sent for
>>>>>>>>>>>> this transaction or where we stand?
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>> --
>>>>>>>>>>>> Amy Rice
>>>>>>>>>>>> Client Services
>>>>>>>>>>>> File Management Department
>>>>>>>>>>>> Office: 813-606-5058
>>>>>>>>>>>> Fax: 877-471-2805
>>>>>>>>>>>> Integrity Settlement Services
>>>>>>>>>>>> Services@integirtysettlementservices.net
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>>>>>>> The contents of this email message and any attachments
>>>>>>>>>>>>  are intended solely for the addressee(s) and may
>>>>>>>>>>>> contain confidential and/or privileged information and
>>>>>>>>>>>> may be legally protected from disclosure. If you are
>>>>>>>>>>>> not the intended recipient of this message or their
>>>>>>>>>>>> agent, or if this message has been addressed to you in
>>>>>>>>>>>> error, please immediately alert the sender by reply
>>>>>>>>>>>> email and then delete this message and any

Exhibit C - 22

>>>>>>>>>>> attachments. If you are not the intended recipient,
>>>>>>>>>>> you are hereby notified that any use, dissemination,
>>>>>>>>>>> copying, or storage of this message or its attachments
>>>>>>>>>>> is strictly prohibited.
>>>>>>>>>>>
>>>>>>>>>>> On Mon, January 8, 2018 10:17 am, Dustin Simmons
>>>>>>>>>>> wrote:
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>> Amy,
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>> Can you input 251.375.50 into line 303?
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>> Please note that Lima One Capital will be closed on
>>>>>>>>>>>> Monday
>>>>>>>>>>>> January
>>>>>>>>>>>> 15, 2018.
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>> Dustin Simmons
>>>>>>>>>>>> Senior Operations Analyst
>>>>>>>>>>>> NMLS ID: 1337256
>>>>>>>>>>>>

Exhibit C - 23

>>>>>>>>>>>>> P: 864-546-4345 Ext 073
>>>>>>>>>>>>> F: 864-236-4875
>>>>>>>>>>>>> E-mail: dustin@limaonecapital.com
>>>>>>>>>>>>> www.limaonecapital.com
>>>>>>>>>>>>>
>>>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>>>> From: Client Services
>>>>>>>>>>>>> [mailto:services@integritysettlementservices.net]
>>>>>>>>>>>>> Sent: Monday, January 8, 2018 10:12 AM
>>>>>>>>>>>>> To: Dustin Simmons <dustin@limaonecapital.com>
>>>>>>>>>>>>> Subject: RE: [External] Re: Transactional Funding -
>>>>>>>>>>>>> 1564
>>>>>>>>>>>>> Park
>>>>>>>>>>>>> Rd
>>>>>>>>>>>>> SE
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>> Please see attached.
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>> --
>>>>>>>>>>>>> Amy Rice
>>>>>>>>>>>>> Client Services
>>>>>>>>>>>>> File Management Department
>>>>>>>>>>>>> Office: 813-606-5058
>>>>>>>>>>>>> Fax: 877-471-2805
>>>>>>>>>>>>> Integrity Settlement Services
>>>>>>>>>>>>> Services@integirtysettlementservices.net
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>>>>>>>> The contents of this email message and any
>>>>>>>>>>>>> attachments are intended solely for the addressee(s)
>>>>>>>>>>>>> and may contain confidential and/or privileged

Exhibit C - 24

>>>>>>>>>>>>> information and may be legally protected from
>>>>>>>>>>>>> disclosure. If you are not the intended recipient of
>>>>>>>>>>>>> this message or their agent,  or if this message has
>>>>>>>>>>>>> been addressed to you in error, please immediately
>>>>>>>>>>>>> alert the sender by reply email and then delete this
>>>>>>>>>>>>> message and any attachments. If you are not the
>>>>>>>>>>>>> intended recipient, you are hereby notified that any
>>>>>>>>>>>>> use, dissemination, copying, or storage of this
>>>>>>>>>>>>> message or its attachments is strictly prohibited.
>>>>>>>>>>>>>
>>>>>>>>>>>>> On Mon, January 8, 2018 9:58 am, Dustin Simmons
>>>>>>>>>>>>> wrote:
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>> Amy,
>>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>> Thank you for speaking with me on the phone and
>>>>>>>>>>>>> sending these changes  over. I am sorry for the
>>>>>>>>>>>>> back and forth on this but I have been advised
>>>>>>>>>>>>> that we need line 202 deleted off the HUD. We will
>>>>>>>>>>>>> wire the amount listed in Line 303 which should
>>>>>>>>>>>>> total 251,375.50 at
>>>>>>>>>>>>> that point.
>>>>>>>>>>>>>
>>>>>>>>>>>>> We have just changed our process on these so I
>>>>>>>>>>>>> really do appreciate your patience!
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>> Please note that Lima One Capital will be closed
>>>>>>>>>>>>> on Monday
>>>>>>>>>>>>> January
>>>>>>>>>>>>> 15, 2018.
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>

Exhibit C - 25

>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> Dustin Simmons
>>>>>>>>>>>>>> Senior Operations Analyst
>>>>>>>>>>>>>> NMLS ID: 1337256
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> P: 864-546-4345 Ext 073
>>>>>>>>>>>>>> F: 864-236-4875
>>>>>>>>>>>>>> E-mail: dustin@limaonecapital.com
>>>>>>>>>>>>>> www.limaonecapital.com
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>>>>> From: Client Services
>>>>>>>>>>>>>> [mailto:services@integritysettlementservices.net]
>>>>>>>>>>>>>> Sent: Monday, January 8, 2018 9:42 AM
>>>>>>>>>>>>>> To: Ross Coll <rcoll@limaonecapital.com>
>>>>>>>>>>>>>> Subject: RE: [External] Re: Transactional Funding
>>>>>>>>>>>>>> -
>>>>>>>>>>>>>> 1564
>>>>>>>>>>>>>> Park
>>>>>>>>>>>>>> Rd
>>>>>>>>>>>>>> SE
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> Please find the attached correction.  I am
>>>>>>>>>>>>>> assuming you are either in  the office or the
>>>>>>>>>>>>>> gentlemen I just spoke with has access to your
>>>>>>>>>>>>>> email. Please see the attache HUD correction. I am
>>>>>>>>>>>>>> awaiting further instructions regarding the wire
>>>>>>>>>>>>>> and return wiring instructions.
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> --
>>>>>>>>>>>>>> Amy Rice
>>>>>>>>>>>>>> Client Services
>>>>>>>>>>>>>> File Management Department
>>>>>>>>>>>>>> Office: 813-606-5058
>>>>>>>>>>>>>> Fax: 877-471-2805
>>>>>>>>>>>>>> Integrity Settlement Services
>>>>>>>>>>>>>> Services@integirtysettlementservices.net
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>

Exhibit C - 26

>>>>>>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>>>>>>> The contents of this email message and any
>>>>>>>>>>>> attachments are intended solely for the
>>>>>>>>>>>> addressee(s) and may contain confidential and/or
>>>>>>>>>>>> privileged information and may be legally
>>>>>>>>>>>> protected from disclosure. If you are not the
>>>>>>>>>>>> intended recipient of this message or their agent,
>>>>>>>>>>>> or if this message has been addressed to you in
>>>>>>>>>>>> error, please immediately alert the sender by
>>>>>>>>>>>> reply email and then delete this message and any
>>>>>>>>>>>> attachments. If you are not the intended
>>>>>>>>>>>> recipient, you are hereby notified that any use,
>>>>>>>>>>>> dissemination, copying, or storage of this message
>>>>>>>>>>>> or its attachments is strictly prohibited.
>>>>>>>>>>>>
>>>>>>>>>>>> On Fri, January 5, 2018 5:51 pm, Ross Coll wrote:
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>> Amy,
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>> I just tried calling. I hope this reaches you
>>>>>>>>>>>> before you leave the office. The A-B HUD, if you
>>>>>>>>>>>>  could, either delete line item 202. OR have
>>>>>>>>>>>> line 202
>>>>>>>>>>>> state $251,375.50. As we will be paying the
>>>>>>>>>>>> total price which will allow the buyer to regain
>>>>>>>>>>>> their deposit.
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>> Thank you, please let me know if you have any
>>>>>>>>>>>> questions.
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>

Exhibit C - 27

>>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> Ross Coll
>>>>>>>>>>>>>> Operations Analyst
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> P: 864-672-9069
>>>>>>>>>>>>>> F: 864-289-7520
>>>>>>>>>>>>>> E-mail: rcoll@limaonecapital.com
>>>>>>>>>>>>>> www.LimaOneCapital.com
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>>>>> From: Client Services
>>>>>>>>>>>>>> [mailto:services@integritysettlementservices.net
>>>>>>>>>>>>>> ]
>>>>>>>>>>>>>> Sent: Friday, January 5, 2018 12:09 PM
>>>>>>>>>>>>>> To: Ross Coll <rcoll@limaonecapital.com>
>>>>>>>>>>>>>> Subject: RE: [External] Re: Transactional
>>>>>>>>>>>>>> Funding
>>>>>>>>>>>>>> -
>>>>>>>>>>>>>> 1564
>>>>>>>>>>>>>> Park
>>>>>>>>>>>>>> Rd
>>>>>>>>>>>>>> SE
>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> Perfect.  Everything is scheduled now for

Exhibit C - 28

>>>>>>>>>>>>>>> Monday
>>>>>>>>>>>>>>> and I will let you know once the wire is
>>>>>>>>>>>>>>> received.
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>> Amy Rice
>>>>>>>>>>>>>>> Client Services
>>>>>>>>>>>>>>> File Management Department
>>>>>>>>>>>>>>> Office: 813-606-5058
>>>>>>>>>>>>>>> Fax: 877-471-2805
>>>>>>>>>>>>>>> Integrity Settlement Services
>>>>>>>>>>>>>>> Services@integirtysettlementservices.net
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>>>>>>>>>> The contents of this email message and any
>>>>>>>>>>>>>>> attachments are intended solely for the
>>>>>>>>>>>>>>> addressee(s) and may contain confidential
>>>>>>>>>>>>>>> and/or privileged information and may be legally
>>>>>>>>>>>>>>> protected from disclosure. If you are not the
>>>>>>>>>>>>>>> intended recipient of this message or their
>>>>>>>>>>>>>>> agent, or if this message has been addressed to
>>>>>>>>>>>>>>> you in error, please immediately alert the
>>>>>>>>>>>>>>> sender by reply email and then delete this
>>>>>>>>>>>>>>> message and any attachments. If you are not the
>>>>>>>>>>>>>>> intended recipient, you are hereby notified that
>>>>>>>>>>>>>>> any use, dissemination, copying, or storage of
>>>>>>>>>>>>>>> this message or its attachments is strictly
>>>>>>>>>>>>>>> prohibited.
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> On Fri, January 5, 2018 12:02 pm, Ross Coll
>>>>>>>>>>>>>>> wrote:
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Amy,
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>

Exhibit C - 29

>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> I received word that funding cannot take
>>>>>>>>>>>>>>>>> place today, but will occur on Monday 01/08.
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Ross Coll
>>>>>>>>>>>>>>>>> Operations Analyst
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> P: 864-672-9069
>>>>>>>>>>>>>>>>> F: 864-289-7520
>>>>>>>>>>>>>>>>> E-mail: rcoll@limaonecapital.com
>>>>>>>>>>>>>>>>> www.LimaOneCapital.com
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>>>>>>>> From: Ross Coll
>>>>>>>>>>>>>>>>> Sent: Friday, January 5, 2018 11:20 AM
>>>>>>>>>>>>>>>>> To: Client Services
>>>>>>>>>>>>>>>>> <services@integritysettlementservices.net>
>>>>>>>>>>>>>>>>> Subject: RE: [External] Re: Transactional
>>>>>>>>>>>>>>>>> Funding
>>>>>>>>>>>>>>>>> -
>>>>>>>>>>>>>>>>> 1564
>>>>>>>>>>>>>>>>> Park Rd
>>>>>>>>>>>>>>>>> SE
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>

Exhibit C - 30

```
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Amy,
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> It is currently under review I will provide
>>>>>>>>>>>>>>>> you with an update as soon as I receive word.
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Ross Coll
>>>>>>>>>>>>>>>> Operations Analyst
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
```

Exhibit C - 31

>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> P: 864-672-9069
>>>>>>>>>>>>>>>> F: 864-289-7520
>>>>>>>>>>>>>>>> E-mail: rcoll@limaonecapital.com
>>>>>>>>>>>>>>>> www.LimaOneCapital.com
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>>>>>>> From: Client Services
>>>>>>>>>>>>>>>> [mailto:services@integritysettlementservices.n
>>>>>>>>>>>>>>>> et ]
>>>>>>>>>>>>>>>> Sent: Friday, January 5, 2018 11:14 AM
>>>>>>>>>>>>>>>> To: Ross Coll <rcoll@limaonecapital.com>
>>>>>>>>>>>>>>>> Subject: RE: [External] Re: Transactional
>>>>>>>>>>>>>>>> Funding
>>>>>>>>>>>>>>>> -
>>>>>>>>>>>>>>>> 1564
>>>>>>>>>>>>>>>> Park
>>>>>>>>>>>>>>>> Rd
>>>>>>>>>>>>>>>> SE
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Sorry to bother.  Since closing was scheduled
>>>>>>>>>>>>>>>> for this morning I have everyone waiting to
>>>>>>>>>>>>>>>> now if this is approved. Please let me know
>>>>>>>>>>>>>>>> that all is good and we can move forward.
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Amy Rice
>>>>>>>>>>>>>>>> Client Services
>>>>>>>>>>>>>>>> File Management Department
>>>>>>>>>>>>>>>> Office: 813-606-5058
>>>>>>>>>>>>>>>> Fax: 877-471-2805
>>>>>>>>>>>>>>>> Integrity Settlement Services
>>>>>>>>>>>>>>>> Services@integirtysettlementservices.net
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> CONFIDENTIALITY NOTICE:

Exhibit C - 32

>>>>>>>>>>>>>>> The contents of this email message and any
>>>>>>>>>>>>>>> attachments are intended solely for the
>>>>>>>>>>>>>>> addressee(s) and may contain confidential
>>>>>>>>>>>>>>> and/or privileged information and may be
>>>>>>>>>>>>>>> legally protected from disclosure. If you are
>>>>>>>>>>>>>>> not the intended recipient of this message or
>>>>>>>>>>>>>>> their agent, or if this message has been
>>>>>>>>>>>>>>> addressed to you in error, please immediately
>>>>>>>>>>>>>>> alert the sender by reply email and then
>>>>>>>>>>>>>>> delete this message and any attachments. If
>>>>>>>>>>>>>>> you are not the intended recipient, you are
>>>>>>>>>>>>>>> hereby notified that any use, dissemination,
>>>>>>>>>>>>>>> copying, or storage of this message or its
>>>>>>>>>>>>>>> attachments is strictly prohibited.
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> On Fri, January 5, 2018 9:12 am, Ross Coll
>>>>>>>>>>>>>>> wrote:
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> We are having a difficult time approving
>>>>>>>>>>>>>>> the file right now. Without the EO/Wire
>>>>>>>>>>>>>>> instructions matching your office we will
>>>>>>>>>>>>>>> need further verification that it is in fact
>>>>>>>>>>>>>>> you who is receiving/sending the wire.
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Ross Coll
>>>>>>>>>>>>>>> Operations Analyst
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>

Exhibit C - 33

>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> P: 864-672-9069
>>>>>>>>>>>>>>>> F: 864-289-7520
>>>>>>>>>>>>>>>> E-mail: rcoll@limaonecapital.com
>>>>>>>>>>>>>>>> www.LimaOneCapital.com
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>>>>>>> From: Ross Coll
>>>>>>>>>>>>>>>> Sent: Friday, January 5, 2018 9:01 AM
>>>>>>>>>>>>>>>> To: Client Services
>>>>>>>>>>>>>>>> <services@integritysettlementservices.net>
>>>>>>>>>>>>>>>> Subject: RE: [External] Re: Transactional
>>>>>>>>>>>>>>>> Funding
>>>>>>>>>>>>>>>> -
>>>>>>>>>>>>>>>> 1564
>>>>>>>>>>>>>>>> Park
>>>>>>>>>>>>>>>> Rd SE
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Amy,
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> We understand, but it appears that your
>>>>>>>>>>>>>>>> office is located in Tampa.

Exhibit C - 34

>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Ross Coll
>>>>>>>>>>>>>>>> Operations Analyst
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> P: 864-672-9069
>>>>>>>>>>>>>>>> F: 864-289-7520
>>>>>>>>>>>>>>>> E-mail: rcoll@limaonecapital.com
>>>>>>>>>>>>>>>> www.LimaOneCapital.com
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>>>>>>> From: Client Services
>>>>>>>>>>>>>>>> [mailto:services@integritysettlementservices
>>>>>>>>>>>>>>>> .n
>>>>>>>>>>>>>>>> et ] Sent: Friday, January 5, 2018 8:04 AM
>>>>>>>>>>>>>>>> To: Ross Coll <rcoll@limaonecapital.com>
>>>>>>>>>>>>>>>> Subject: RE: [External] Re: Transactional
>>>>>>>>>>>>>>>> Funding
>>>>>>>>>>>>>>>> -
>>>>>>>>>>>>>>>> 1564
>>>>>>>>>>>>>>>> Park Rd
>>>>>>>>>>>>>>>> SE

Exhibit C - 35

>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Good Morning,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Georgia is an attorney state so this is our
>>>>>>>>>>>>>>>>>  Attorney's
>>>>>>>>>>>>>>>>> account. It is  still us.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Amy Rice
>>>>>>>>>>>>>>>>> Client Services
>>>>>>>>>>>>>>>>> File Management Department
>>>>>>>>>>>>>>>>> Office: 813-606-5058
>>>>>>>>>>>>>>>>> Fax: 877-471-2805
>>>>>>>>>>>>>>>>> Integrity Settlement Services
>>>>>>>>>>>>>>>>> Services@integirtysettlementservices.net
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>>>>>>>>>>>> The contents of this email message and any
>>>>>>>>>>>>>>>>> attachments are intended solely for the

Exhibit C - 36

>>>>>>>>>>>>>>>>> addressee(s) and may contain confidential
>>>>>>>>>>>>>>>>> and/or privileged information and may be
>>>>>>>>>>>>>>>>> legally protected from disclosure. If you
>>>>>>>>>>>>>>>>> are not the intended recipient of this
>>>>>>>>>>>>>>>>> message or their agent, or if this message
>>>>>>>>>>>>>>>>> has been addressed to you in error, please
>>>>>>>>>>>>>>>>> immediately alert the sender by reply email
>>>>>>>>>>>>>>>>> and then delete this message and any
>>>>>>>>>>>>>>>>> attachments. If you are not the intended
>>>>>>>>>>>>>>>>> recipient, you are hereby notified that any
>>>>>>>>>>>>>>>>> use, dissemination, copying, or storage of
>>>>>>>>>>>>>>>>> this message or its attachments is strictly
>>>>>>>>>>>>>>>>> prohibited.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> On Thu, January 4, 2018 5:33 pm, Ross Coll
>>>>>>>>>>>>>>>>> wrote:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Amy,
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> The EO policy and Wiring instructions you
>>>>>>>>>>>>>>>>> had sent is for PC Law Associates. It
>>>>>>>>>>>>>>>>> does not match Integrity Settlement
>>>>>>>>>>>>>>>>> Services.
>>>>>>>>>>>>>>>>> Please
>>>>>>>>>>>>>>>>> advise.
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>

Exhibit C - 37

>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Ross Coll
>>>>>>>>>>>>>>>>>> Operations Analyst
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> P: 864-672-9069
>>>>>>>>>>>>>>>>>> F: 864-289-7520
>>>>>>>>>>>>>>>>>> E-mail: rcoll@limaonecapital.com
>>>>>>>>>>>>>>>>>> www.LimaOneCapital.com
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>>>>>>>>> From: Ross Coll
>>>>>>>>>>>>>>>>>> Sent: Thursday, January 4, 2018 2:44 PM
>>>>>>>>>>>>>>>>>> To: Client Services
>>>>>>>>>>>>>>>>>> <services@integritysettlementservices.net>
>>>>>>>>>>>>>>>>>> Subject: RE: [External] Re:
>>>>>>>>>>>>>>>>>> Transactional
>>>>>>>>>>>>>>>>>> Funding
>>>>>>>>>>>>>>>>>> -
>>>>>>>>>>>>>>>>>> 1564
>>>>>>>>>>>>>>>>>> Park
>>>>>>>>>>>>>>>>>> Rd SE
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>

Exhibit C - 38

```
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Will do Amy.
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Ross Coll
>>>>>>>>>>>>>>>>>> Operations Analyst
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> P: 864-672-9069
>>>>>>>>>>>>>>>>>> F: 864-289-7520
>>>>>>>>>>>>>>>>>> E-mail: rcoll@limaonecapital.com
>>>>>>>>>>>>>>>>>> www.LimaOneCapital.com
```

Exhibit C - 39

>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>>>>>>>> From: Client Services
>>>>>>>>>>>>>>>>> [mailto:services@integritysettlementservic
>>>>>>>>>>>>>>>>> es .n
>>>>>>>>>>>>>>>>> et ] Sent: Thursday, January 4, 2018 2:40
>>>>>>>>>>>>>>>>> PM
>>>>>>>>>>>>>>>>> To: Ross Coll <rcoll@limaonecapital.com>
>>>>>>>>>>>>>>>>> Subject: RE: [External] Re: Transactional
>>>>>>>>>>>>>>>>> Funding
>>>>>>>>>>>>>>>>> -
>>>>>>>>>>>>>>>>> 1564
>>>>>>>>>>>>>>>>> Park
>>>>>>>>>>>>>>>>> Rd SE
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Ross,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Funds have been received for this file.
>>>>>>>>>>>>>>>>> Please
>>>>>>>>>>>>>>>>> send me confirmation once your wire goes
>>>>>>>>>>>>>>>>> out.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Amy Rice
>>>>>>>>>>>>>>>>> Client Services
>>>>>>>>>>>>>>>>> File Management Department
>>>>>>>>>>>>>>>>> Office: 813-606-5058
>>>>>>>>>>>>>>>>> Fax: 877-471-2805
>>>>>>>>>>>>>>>>> Integrity Settlement Services
>>>>>>>>>>>>>>>>> Services@integirtysettlementservices.net
>>>>>>>>>>>>>>>>>

Exhibit C - 40

```
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>>>>>>>>>>> The contents of this email message and any
>>>>>>>>>>>>>>>>  attachments are intended solely for the
>>>>>>>>>>>>>>>>  addressee(s) and may contain confidential
>>>>>>>>>>>>>>>>  and/or privileged information and may be
>>>>>>>>>>>>>>>>  legally protected from disclosure. If
>>>>>>>>>>>>>>>> you are not the intended recipient of this
>>>>>>>>>>>>>>>>  message or their agent, or if this
>>>>>>>>>>>>>>>> message has been addressed to you in
>>>>>>>>>>>>>>>> error, please immediately alert the sender
>>>>>>>>>>>>>>>> by reply email and then delete this
>>>>>>>>>>>>>>>> message and any attachments. If you are
>>>>>>>>>>>>>>>> not the intended recipient, you are hereby
>>>>>>>>>>>>>>>> notified that any use, dissemination,
>>>>>>>>>>>>>>>> copying, or storage of this message or its
>>>>>>>>>>>>>>>> attachments is strictly prohibited.
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> On Thu, January 4, 2018 2:06 pm, Ross
>>>>>>>>>>>>>>>> Coll
>>>>>>>>>>>>>>>> wrote:
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Thank you Amy.
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
```

Exhibit C - 41

>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Ross Coll
>>>>>>>>>>>>>>>>>> Operations Analyst
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> P: 864-672-9069
>>>>>>>>>>>>>>>>>> F: 864-289-7520
>>>>>>>>>>>>>>>>>> E-mail: rcoll@limaonecapital.com
>>>>>>>>>>>>>>>>>> www.LimaOneCapital.com
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>>>>>>>>> From: Client Services
>>>>>>>>>>>>>>>>>> [mailto:services@integritysettlementserv
>>>>>>>>>>>>>>>>>> ic es .n et ] Sent: Thursday, January 4,
>>>>>>>>>>>>>>>>>> 2018 1:42
>>>>>>>>>>>>>>>>>> PM
>>>>>>>>>>>>>>>>>> To: Ross Coll <rcoll@limaonecapital.com>
>>>>>>>>>>>>>>>>>> Subject: RE: [External] Re:
>>>>>>>>>>>>>>>>>> Transactional
>>>>>>>>>>>>>>>>>> Funding

Exhibit C - 42

```
>>>>>>>>>>>>>>>>>>>> -
>>>>>>>>>>>>>>>>>>>> 1564
>>>>>>>>>>>>>>>>>>>> Park
>>>>>>>>>>>>>>>>>>>> Rd SE
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> Their funds are being wired into to
>>>>>>>>>>>>>>>>>>>> escrow today. I will let you know when
>>>>>>>>>>>>>>>>>>>> we receive them which should be within
>>>>>>>>>>>>>>>>>>>> the hour. Please see the HUD with the
>>>>>>>>>>>>>>>>>>>> attached corrections.
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> Amy Rice
>>>>>>>>>>>>>>>>>>>> Client Services
>>>>>>>>>>>>>>>>>>>> File Management Department
>>>>>>>>>>>>>>>>>>>> Office: 813-606-5058
>>>>>>>>>>>>>>>>>>>> Fax: 877-471-2805
>>>>>>>>>>>>>>>>>>>> Integrity Settlement Services
>>>>>>>>>>>>>>>>>>>> Services@integirtysettlementservices.net
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>>>>>>>>>>>>>>> The contents of this email message and
>>>>>>>>>>>>>>>>>>>> any attachments are intended solely for
>>>>>>>>>>>>>>>>>>>> the addressee(s) and may contain
>>>>>>>>>>>>>>>>>>>> confidential and/or privileged
>>>>>>>>>>>>>>>>>>>> information and may be legally protected
>>>>>>>>>>>>>>>>>>>> from disclosure. If you are not the
>>>>>>>>>>>>>>>>>>>> intended recipient of this message or
>>>>>>>>>>>>>>>>>>>> their agent, or if this message has been
>>>>>>>>>>>>>>>>>>>> addressed to you in error, please
>>>>>>>>>>>>>>>>>>>> immediately alert the sender by reply
```

Exhibit C - 43

>>>>>>>>>>>>>>>>>>> email and then delete this message and
>>>>>>>>>>>>>>>>>>> any attachments. If you are not the
>>>>>>>>>>>>>>>>>>> intended recipient, you are hereby
>>>>>>>>>>>>>>>>>>> notified that any use, dissemination,
>>>>>>>>>>>>>>>>>>> copying, or storage of this message or
>>>>>>>>>>>>>>>>>>> its attachments is strictly prohibited.
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> On Thu, January 4, 2018 12:56 pm, Ross
>>>>>>>>>>>>>>>>>>> Coll
>>>>>>>>>>>>>>>>>>> wrote:
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Amy,
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Thank you. On the B-C HUD the pay-off
>>>>>>>>>>>>>>>>>>> to Lima One
>>>>>>>>>>>>>>>>>>> Capital
>>>>>>>>>>>>>>>>>>> should be in the amount of
>>>>>>>>>>>>>>>>>>> $255,774.57.
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> At this time have you received the
>>>>>>>>>>>>>>>>>>> end buyers funds?
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>

Exhibit C - 44

>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> As a reminder, we will not fund
>>>>>>>>>>>>>>>>>>>>> unless we have verification that you
>>>>>>>>>>>>>>>>>>>>> have received the end buyers funds. We
>>>>>>>>>>>>>>>>>>>>> also require that we receive our wire
>>>>>>>>>>>>>>>>>>>>> back the same business day. Please
>>>>>>>>>>>>>>>>>>>>> confirm.
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> I will be forwarding over our wire
>>>>>>>>>>>>>>>>>>>>> instructions once we have
>>>>>>>>>>>>>>>>>>>>> confirmation.
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Ross Coll
>>>>>>>>>>>>>>>>>>>>> Operations Analyst
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> P: 864-672-9069
>>>>>>>>>>>>>>>>>>>>> F: 864-289-7520
>>>>>>>>>>>>>>>>>>>>> E-mail: rcoll@limaonecapital.com
>>>>>>>>>>>>>>>>>>>>> www.LimaOneCapital.com
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>>>>>>>>>>>> From: Client Services

Exhibit C - 45

>>>>>>>>>>>>>>>>>>>> [mailto:services@integritysettlementse
>>>>>>>>>>>>>>>>>>>> rv ic es .n et ] Sent: Thursday,
>>>>>>>>>>>>>>>>>>>> January 4,
>>>>>>>>>>>>>>>>>>>> 2018 10:25
>>>>>>>>>>>>>>>>>>>> AM
>>>>>>>>>>>>>>>>>>>> To: Ross Coll
>>>>>>>>>>>>>>>>>>>> <rcoll@limaonecapital.com>
>>>>>>>>>>>>>>>>>>>> Subject: RE: [External] Re:
>>>>>>>>>>>>>>>>>>>> Transactional
>>>>>>>>>>>>>>>>>>>> Funding
>>>>>>>>>>>>>>>>>>>> -
>>>>>>>>>>>>>>>>>>>> 1564 Park
>>>>>>>>>>>>>>>>>>>> Rd SE
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> Ross,
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> Here is our attorney wiring
>>>>>>>>>>>>>>>>>>>> instructions. Please let me know that
>>>>>>>>>>>>>>>>>>>> you now have everything you need and
>>>>>>>>>>>>>>>>>>>> that the file has been approved to
>>>>>>>>>>>>>>>>>>>> fund.
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>> Amy Rice
>>>>>>>>>>>>>>>>>>>> Client Services
>>>>>>>>>>>>>>>>>>>> File Management Department
>>>>>>>>>>>>>>>>>>>> Office: 813-606-5058

Exhibit C - 46

>>>>>>>>>>>>>>>>>>>> Fax: 877-471-2805
>>>>>>>>>>>>>>>>>>>> Integrity Settlement Services
>>>>>>>>>>>>>>>>>>>> Services@integirtysettlementservices.n
>>>>>>>>>>>>>>>>>>>> et
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>>>>>>>>>>>>>>> The contents of this email message and
>>>>>>>>>>>>>>>>>>>>  any attachments are intended solely
>>>>>>>>>>>>>>>>>>>> for the addressee(s) and may contain
>>>>>>>>>>>>>>>>>>>> confidential and/or privileged
>>>>>>>>>>>>>>>>>>>> information and may be legally
>>>>>>>>>>>>>>>>>>>> protected from disclosure. If you are
>>>>>>>>>>>>>>>>>>>> not the intended recipient of this
>>>>>>>>>>>>>>>>>>>> message or their agent, or if this
>>>>>>>>>>>>>>>>>>>> message has been addressed to you in
>>>>>>>>>>>>>>>>>>>> error, please immediately alert the
>>>>>>>>>>>>>>>>>>>> sender by reply email and then delete
>>>>>>>>>>>>>>>>>>>> this message and any attachments. If
>>>>>>>>>>>>>>>>>>>> you are not the intended recipient,
>>>>>>>>>>>>>>>>>>>> you are hereby notified that any use,
>>>>>>>>>>>>>>>>>>>> dissemination, copying, or storage of
>>>>>>>>>>>>>>>>>>>> this message or its attachments is
>>>>>>>>>>>>>>>>>>>> strictly prohibited.
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> On Wed, January 3, 2018 4:34 pm, Ross
>>>>>>>>>>>>>>>>>>>> Coll
>>>>>>>>>>>>>>>>>>>> wrote:
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> Amy,
>>>>>>>>>>>>>>>>>>>>

Exhibit C - 47

>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> No problem. I know you stated that
>>>>>>>>>>>>>>>>>>>>> you will be sending the CPL, but
>>>>>>>>>>>>>>>>>>>>> please don't forget the wire
>>>>>>>>>>>>>>>>>>>>> instructions and updated HUDs.
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Ross Coll
>>>>>>>>>>>>>>>>>>>>> Operations Analyst
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>

Exhibit C - 48

>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> P: 864-672-9069
>>>>>>>>>>>>>>>>>>>> F: 864-289-7520
>>>>>>>>>>>>>>>>>>>> E-mail: rcoll@limaonecapital.com
>>>>>>>>>>>>>>>>>>>> www.LimaOneCapital.com
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>>>>>>>>>>> From: Client Services
>>>>>>>>>>>>>>>>>>>> [mailto:services@integritysettlement
>>>>>>>>>>>>>>>>>>>> se rv ic es .n et ] Sent: Wednesday,
>>>>>>>>>>>>>>>>>>>> January 3,
>>>>>>>>>>>>>>>>>>>> 2018 4:32
>>>>>>>>>>>>>>>>>>>> PM
>>>>>>>>>>>>>>>>>>>> To: Ross Coll
>>>>>>>>>>>>>>>>>>>> <rcoll@limaonecapital.com>
>>>>>>>>>>>>>>>>>>>> Subject: RE: [External] Re:
>>>>>>>>>>>>>>>>>>>> Transactional
>>>>>>>>>>>>>>>>>>>> Funding
>>>>>>>>>>>>>>>>>>>> -
>>>>>>>>>>>>>>>>>>>> 1564 Park
>>>>>>>>>>>>>>>>>>>> Rd SE
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> OMG I keep forgetting to press
>>>>>>>>>>>>>>>>>>>> attach.
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>

Exhibit C - 49

>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>>> Amy Rice
>>>>>>>>>>>>>>>>>>>>> Client Services
>>>>>>>>>>>>>>>>>>>>> File Management Department
>>>>>>>>>>>>>>>>>>>>> Office: 813-606-5058
>>>>>>>>>>>>>>>>>>>>> Fax: 877-471-2805
>>>>>>>>>>>>>>>>>>>>> Integrity Settlement Services
>>>>>>>>>>>>>>>>>>>>> Services@integirtysettlementservices
>>>>>>>>>>>>>>>>>>>>> .n
>>>>>>>>>>>>>>>>>>>>> et
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>>>>>>>>>>>>>>>> The contents of this email message
>>>>>>>>>>>>>>>>>>>>> and any attachments are intended
>>>>>>>>>>>>>>>>>>>>> solely for the addressee(s) and may
>>>>>>>>>>>>>>>>>>>>> contain confidential and/or
>>>>>>>>>>>>>>>>>>>>> privileged information and may be
>>>>>>>>>>>>>>>>>>>>> legally protected from disclosure.
>>>>>>>>>>>>>>>>>>>>> If you are
>>>>>>>>>>>>>>>>>>>>> not the intended recipient of this
>>>>>>>>>>>>>>>>>>>>> message or their agent, or if this
>>>>>>>>>>>>>>>>>>>>> message has been addressed to you
>>>>>>>>>>>>>>>>>>>>> in error, please immediately alert
>>>>>>>>>>>>>>>>>>>>> the sender by reply email and then
>>>>>>>>>>>>>>>>>>>>> delete this message and any
>>>>>>>>>>>>>>>>>>>>> attachments. If you are not the
>>>>>>>>>>>>>>>>>>>>> intended recipient, you are hereby
>>>>>>>>>>>>>>>>>>>>> notified that any use,
>>>>>>>>>>>>>>>>>>>>> dissemination, copying, or storage
>>>>>>>>>>>>>>>>>>>>> of this message or its attachments
>>>>>>>>>>>>>>>>>>>>> is strictly prohibited.
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> On Wed, January 3, 2018 1:51 pm,
>>>>>>>>>>>>>>>>>>>>> Ross
>>>>>>>>>>>>>>>>>>>>> Coll
>>>>>>>>>>>>>>>>>>>>> wrote:
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>

Exhibit C - 50

>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> Amy,
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> On our end, the documents (HUDs,
>>>>>>>>>>>>>>>>>>>>>>> EO,
>>>>>>>>>>>>>>>>>>>>>>> etc.) need to be reviewed and
>>>>>>>>>>>>>>>>>>>>>>> approved for funding atleast 24
>>>>>>>>>>>>>>>>>>>>>>> hours prior to the settlement
>>>>>>>>>>>>>>>>>>>>>>> date.
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>

Exhibit C - 51

```
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Ross Coll
>>>>>>>>>>>>>>>>>>>>> Operations Analyst
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> P: 864-672-9069
>>>>>>>>>>>>>>>>>>>>> F: 864-289-7520
>>>>>>>>>>>>>>>>>>>>> E-mail: rcoll@limaonecapital.com
>>>>>>>>>>>>>>>>>>>>> www.LimaOneCapital.com
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>>>>>>>>>>>> From: Client Services
>>>>>>>>>>>>>>>>>>>>> [mailto:services@integritysettleme
>>>>>>>>>>>>>>>>>>>>> nt se rv ic es .n et ] Sent:
>>>>>>>>>>>>>>>>>>>>> Wednesday,
>>>>>>>>>>>>>>>>>>>>> January 3,
>>>>>>>>>>>>>>>>>>>>> 2018 1:07
>>>>>>>>>>>>>>>>>>>>> PM
>>>>>>>>>>>>>>>>>>>>> To: Ross Coll
>>>>>>>>>>>>>>>>>>>>> <rcoll@limaonecapital.com>
>>>>>>>>>>>>>>>>>>>>> Subject: RE: [External] Re:
>>>>>>>>>>>>>>>>>>>>> Transactional
>>>>>>>>>>>>>>>>>>>>> Funding
>>>>>>>>>>>>>>>>>>>>> -
>>>>>>>>>>>>>>>>>>>>> 1564 Park
>>>>>>>>>>>>>>>>>>>>> Rd SE
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
```

Exhibit C - 52

>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> I will make the corrections now.
>>>>>>>>>>>>>>>>>>>> Please
>>>>>>>>>>>>>>>>>>>> assist me in understanding your
>>>>>>>>>>>>>>>>>>>> process.
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> What documents will need to be
>>>>>>>>>>>>>>>>>>>> approved?
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> I need to comunicate with all
>>>>>>>>>>>>>>>>>>>> parties regarding this file. The
>>>>>>>>>>>>>>>>>>>> date seems to keep changing.
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> Amy Rice
>>>>>>>>>>>>>>>>>>>> Client Services
>>>>>>>>>>>>>>>>>>>> File Management Department
>>>>>>>>>>>>>>>>>>>> Office: 813-606-5058
>>>>>>>>>>>>>>>>>>>> Fax: 877-471-2805
>>>>>>>>>>>>>>>>>>>> Integrity Settlement Services
>>>>>>>>>>>>>>>>>>>> Services@integirtysettlementservic
>>>>>>>>>>>>>>>>>>>> es .n
>>>>>>>>>>>>>>>>>>>> et
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>

Exhibit C - 53

>>>>>>>>>>>>>>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>>>>>>>>>>>>>>> The contents of this email message
>>>>>>>>>>>>>>>>>>>>  and any attachments are intended
>>>>>>>>>>>>>>>>>>>>  solely for the addressee(s) and
>>>>>>>>>>>>>>>>>>>> may contain confidential and/or
>>>>>>>>>>>>>>>>>>>> privileged information and may be
>>>>>>>>>>>>>>>>>>>>  legally protected from
>>>>>>>>>>>>>>>>>>>> disclosure. If you are
>>>>>>>>>>>>>>>>>>>> not the intended recipient of this
>>>>>>>>>>>>>>>>>>>>  message or their agent,  or if
>>>>>>>>>>>>>>>>>>>> this message has been addressed to
>>>>>>>>>>>>>>>>>>>> you in error, please immediately
>>>>>>>>>>>>>>>>>>>> alert the sender by reply email
>>>>>>>>>>>>>>>>>>>> and then delete this message and
>>>>>>>>>>>>>>>>>>>> any attachments. If you are not
>>>>>>>>>>>>>>>>>>>> the intended recipient, you are
>>>>>>>>>>>>>>>>>>>> hereby notified that any use,
>>>>>>>>>>>>>>>>>>>> dissemination, copying, or
>>>>>>>>>>>>>>>>>>>> storage of this message or its
>>>>>>>>>>>>>>>>>>>> attachments is strictly
>>>>>>>>>>>>>>>>>>>> prohibited.
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> On Wed, January 3, 2018 12:35 pm,
>>>>>>>>>>>>>>>>>>>>  Ross
>>>>>>>>>>>>>>>>>>>> Coll
>>>>>>>>>>>>>>>>>>>> wrote:
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> Amy,
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>

Exhibit C - 54

>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Broker invoice attached. I have
>>>>>>>>>>>>>>>>>>>>>>  asked the broker to supply
>>>>>>>>>>>>>>>>>>>>>> their last name. Also please see
>>>>>>>>>>>>>>>>>>>>>> our Mortgagee  Clause
>>>>>>>>>>>>>>>>>>>>>> attached.
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> HUD:
>>>>>>>>>>>>>>>>>>>>>> - my apologies, we will be
>>>>>>>>>>>>>>>>>>>>>> funding $251,375.50
>>>>>>>>>>>>>>>>>>>>>> - Pay-off, made out to Lima One
>>>>>>>>>>>>>>>>>>>>>> Capital
>>>>>>>>>>>>>>>>>>>>>> will be $251,375.50 * 1.0175
>>>>>>>>>>>>>>>>>>>>>> $255,774.57
>>>>>>>>>>>>>>>>>>>>>> - Note: we will not be able to
>>>>>>>>>>>>>>>>>>>>>> fund tomorrow. The file once
>>>>>>>>>>>>>>>>>>>>>> finalized needs to be reviewed
>>>>>>>>>>>>>>>>>>>>>> and approved. We could possibly
>>>>>>>>>>>>>>>>>>>>>> close  Friday 01/05.
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Please send your wiring
>>>>>>>>>>>>>>>>>>>>>> instructions, EO policy and CPL
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> As a side note, the end buyer's
>>>>>>>>>>>>>>>>>>>>>>  funds must be received and
>>>>>>>>>>>>>>>>>>>>>> verified by you before we will
>>>>>>>>>>>>>>>>>>>>>> fund.
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Thanks, Amy.
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>

Exhibit C - 55

```
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Ross Coll
>>>>>>>>>>>>>>>>>>>>>> Operations Analyst
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> P: 864-672-9069
```

Exhibit C - 56



>>>>>>>>>>>>>>>>>>>>> F: 864-289-7520
>>>>>>>>>>>>>>>>>>>>> E-mail: rcoll@limaonecapital.com
>>>>>>>>>>>>>>>>>>>>> www.LimaOneCapital.com
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>>>>>>>>>>>> From: Client Services
>>>>>>>>>>>>>>>>>>>>> [mailto:services@integritysettle
>>>>>>>>>>>>>>>>>>>>> me nt se rv ic es .n et ] Sent:
>>>>>>>>>>>>>>>>>>>>> Wednesday,
>>>>>>>>>>>>>>>>>>>>> January 3,
>>>>>>>>>>>>>>>>>>>>> 2018
>>>>>>>>>>>>>>>>>>>>> 11:34
>>>>>>>>>>>>>>>>>>>>> AM
>>>>>>>>>>>>>>>>>>>>> To: Ross Coll
>>>>>>>>>>>>>>>>>>>>> <rcoll@limaonecapital.com>
>>>>>>>>>>>>>>>>>>>>> Subject: RE: [External] Re:
>>>>>>>>>>>>>>>>>>>>> Transactional
>>>>>>>>>>>>>>>>>>>>> Funding
>>>>>>>>>>>>>>>>>>>>> -
>>>>>>>>>>>>>>>>>>>>> 1564
>>>>>>>>>>>>>>>>>>>>> Park
>>>>>>>>>>>>>>>>>>>>> Rd SE
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Please see attached and let me
>>>>>>>>>>>>>>>>>>>>> know if this is correct. Also do
>>>>>>>>>>>>>>>>>>>>> you have the broker invoice?
>>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>>> Amy Rice
>>>>>>>>>>>>>>>>>>>>> Client
>>>>>>>>>>>>>>>>>>>>> Services
>>>>>>>>>>>>>>>>>>>>> File
>>>>>>>>>>>>>>>>>>>>> Management Department
>>>>>>>>>>>>>>>>>>>>> Office: 813-606-5058
>>>>>>>>>>>>>>>>>>>>> Fax: 877-471-2805
>>>>>>>>>>>>>>>>>>>>> Integrity Settlement Services
>>>>>>>>>>>>>>>>>>>>> Services@integirtysettlementserv
>>>>>>>>>>>>>>>>>>>>> ic es .n et
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>

Exhibit C - 57

>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>>>>>>>>>>>>>>>>>> The contents of this email
>>>>>>>>>>>>>>>>>>>>>>> message and any attachments are
>>>>>>>>>>>>>>>>>>>>>>> intended solely for the
>>>>>>>>>>>>>>>>>>>>>>> addressee(s) and may contain
>>>>>>>>>>>>>>>>>>>>>>> confidential and/or privileged
>>>>>>>>>>>>>>>>>>>>>>> information and may be legally
>>>>>>>>>>>>>>>>>>>>>>> protected from disclosure. If
>>>>>>>>>>>>>>>>>>>>>>> you are not the intended
>>>>>>>>>>>>>>>>>>>>>>> recipient of this message or
>>>>>>>>>>>>>>>>>>>>>>> their agent, or if this message
>>>>>>>>>>>>>>>>>>>>>>> has been addressed to you in
>>>>>>>>>>>>>>>>>>>>>>> error, please immediately alert
>>>>>>>>>>>>>>>>>>>>>>> the sender by reply email and
>>>>>>>>>>>>>>>>>>>>>>> then delete this message and any
>>>>>>>>>>>>>>>>>>>>>>> attachments. If you are not the
>>>>>>>>>>>>>>>>>>>>>>> intended recipient, you are
>>>>>>>>>>>>>>>>>>>>>>> hereby notified that any use,
>>>>>>>>>>>>>>>>>>>>>>> dissemination, copying, or
>>>>>>>>>>>>>>>>>>>>>>> storage of this message or its
>>>>>>>>>>>>>>>>>>>>>>> attachments is strictly
>>>>>>>>>>>>>>>>>>>>>>> prohibited.
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> On Wed, January 3, 2018 10:10
>>>>>>>>>>>>>>>>>>>>>>> am, Ross
>>>>>>>>>>>>>>>>>>>>>>> Coll
>>>>>>>>>>>>>>>>>>>>>>> wrote:
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> Good Morning Amy,
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>

Exhibit C - 58

```
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Thank you
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
```

Exhibit C - 59

>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> Ross Coll
>>>>>>>>>>>>>>>>>>>>>>>> Operations Analyst
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> P: 864-672-9069
>>>>>>>>>>>>>>>>>>>>>>>> F: 864-289-7520
>>>>>>>>>>>>>>>>>>>>>>>> E-mail:
>>>>>>>>>>>>>>>>>>>>>>>> rcoll@limaonecapital.com
>>>>>>>>>>>>>>>>>>>>>>>> www.LimaOneCapital.com
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>>>>>>>>>>>>>>> From: Client Services
>>>>>>>>>>>>>>>>>>>>>>>> [mailto:services@integritysett
>>>>>>>>>>>>>>>>>>>>>>>> le me nt se rv ic es .n et ]
>>>>>>>>>>>>>>>>>>>>>>>> Sent:
>>>>>>>>>>>>>>>>>>>>>>>> Wednesday,
>>>>>>>>>>>>>>>>>>>>>>>> January 3,
>>>>>>>>>>>>>>>>>>>>>>>> 2018
>>>>>>>>>>>>>>>>>>>>>>>> 10:09
>>>>>>>>>>>>>>>>>>>>>>>> AM
>>>>>>>>>>>>>>>>>>>>>>>> To: Ross Coll
>>>>>>>>>>>>>>>>>>>>>>>> <rcoll@limaonecapital.com>
>>>>>>>>>>>>>>>>>>>>>>>> Cc:
>>>>>>>>>>>>>>>>>>>>>>>> services@integritysettlementse
>>>>>>>>>>>>>>>>>>>>>>>> rv ic es .n et Subject:
>>>>>>>>>>>>>>>>>>>>>>>> [External]
>>>>>>>>>>>>>>>>>>>>>>>> Re:
>>>>>>>>>>>>>>>>>>>>>>>> Transactional
>>>>>>>>>>>>>>>>>>>>>>>> Funding
>>>>>>>>>>>>>>>>>>>>>>>> -
>>>>>>>>>>>>>>>>>>>>>>>> 1564
>>>>>>>>>>>>>>>>>>>>>>>> Park Rd
>>>>>>>>>>>>>>>>>>>>>>>> SE
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>

Exhibit C - 60

```
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> Good Morning,
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> I will work on this file now
>>>>>>>>>>>>>>>>>>>>>>>> and yes they are closing at
>>>>>>>>>>>>>>>>>>>>>>>> the same office on the same
>>>>>>>>>>>>>>>>>>>>>>>> day.
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> Amy Rice
>>>>>>>>>>>>>>>>>>>>>>>> Client Services
>>>>>>>>>>>>>>>>>>>>>>>> File Management Department
>>>>>>>>>>>>>>>>>>>>>>>> Office: 813-606-5058
>>>>>>>>>>>>>>>>>>>>>>>> Fax: 877-471-2805
>>>>>>>>>>>>>>>>>>>>>>>> Integrity Settlement Services
>>>>>>>>>>>>>>>>>>>>>>>> Services@integirtysettlementse
>>>>>>>>>>>>>>>>>>>>>>>> rv ic es .n et
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
```

Exhibit C - 61

>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>>>>>>>>>>>>>>>> The contents of this email
>>>>>>>>>>>>>>>>>>>>> message and any attachments
>>>>>>>>>>>>>>>>>>>>> are intended solely for the
>>>>>>>>>>>>>>>>>>>>> addressee(s) and may contain
>>>>>>>>>>>>>>>>>>>>> confidential and/or
>>>>>>>>>>>>>>>>>>>>> privileged information and may
>>>>>>>>>>>>>>>>>>>>> be legally protected from
>>>>>>>>>>>>>>>>>>>>> disclosure. If you are not the
>>>>>>>>>>>>>>>>>>>>> intended recipient of this
>>>>>>>>>>>>>>>>>>>>> message or their agent, or if
>>>>>>>>>>>>>>>>>>>>> this message has been
>>>>>>>>>>>>>>>>>>>>> addressed to you in error,
>>>>>>>>>>>>>>>>>>>>> please immediately alert the
>>>>>>>>>>>>>>>>>>>>> sender by reply email and then
>>>>>>>>>>>>>>>>>>>>> delete this message and any
>>>>>>>>>>>>>>>>>>>>> attachments. If you are not
>>>>>>>>>>>>>>>>>>>>> the intended recipient, you
>>>>>>>>>>>>>>>>>>>>> are hereby notified that any
>>>>>>>>>>>>>>>>>>>>> use, dissemination, copying,
>>>>>>>>>>>>>>>>>>>>> or storage of this message or
>>>>>>>>>>>>>>>>>>>>> its attachments is strictly
>>>>>>>>>>>>>>>>>>>>> prohibited.
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> On Tue, January 2, 2018 4:52
>>>>>>>>>>>>>>>>>>>>> pm, Ross Coll
>>>>>>>>>>>>>>>>>>>>> wrote:
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Good afternoon,
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>

Exhibit C - 62

>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> We are the lender for the
>>>>>>>>>>>>>>>>>>>>>>>> A-B
>>>>>>>>>>>>>>>>>>>>>>>> financing of 1564 Park Road
>>>>>>>>>>>>>>>>>>>>>>>> Southeast,
>>>>>>>>>>>>>>>>>>>>>>>> Atlanta, GA 30315. We
>>>>>>>>>>>>>>>>>>>>>>>> received the A-B HUD and B-C
>>>>>>>>>>>>>>>>>>>>>>>> HUD,
>>>>>>>>>>>>>>>>>>>>>>>> but require a few changes:
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> A-B HUD:
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> * The current amount due

Exhibit C - 63

>>>>>>>>>>>>>>>>>>>>> from the borrower is
>>>>>>>>>>>>>>>>>>>>> $247,719.00,
>>>>>>>>>>>>>>>>>>>>> please adjust line 303. to
>>>>>>>>>>>>>>>>>>>>> $0
>>>>>>>>>>>>>>>>>>>>> as we will be providing the
>>>>>>>>>>>>>>>>>>>>> financing for this
>>>>>>>>>>>>>>>>>>>>> transaction in the amount
>>>>>>>>>>>>>>>>>>>>> of $247,719.
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> B-C HUD:
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> *   Please add a mortgage
>>>>>>>>>>>>>>>>>>>>> payoff to Lima One Capital,
>>>>>>>>>>>>>>>>>>>>> LLC
>>>>>>>>>>>>>>>>>>>>> in the amount of $247,719.00
>>>>>>>>>>>>>>>>>>>>> *
>>>>>>>>>>>>>>>>>>>>> 1.0175
>>>>>>>>>>>>>>>>>>>>> =
>>>>>>>>>>>>>>>>>>>>> $252,054.08
>>>>>>>>>>>>>>>>>>>>> * Please
>>>>>>>>>>>>>>>>>>>>> add the Broker fee (Once I
>>>>>>>>>>>>>>>>>>>>> receive the Broker's
>>>>>>>>>>>>>>>>>>>>> invoice I
>>>>>>>>>>>>>>>>>>>>> will send that over)
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Please confirm that the
>>>>>>>>>>>>>>>>>>>>> transaction is taking place
>>>>>>>>>>>>>>>>>>>>> on the same day in the same
>>>>>>>>>>>>>>>>>>>>> office.
>>>>>>>>>>>>>>>>>>>>>

Exhibit C - 64

>>>>>>>>>>>>>>>>>>>>>> Thank you and let me know
>>>>>>>>>>>>>>>>>>>>>> if you have any questions.
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Ross Coll
>>>>>>>>>>>>>>>>>>>>>> Operations Analyst
>>>>>>>>>>>>>>>>>>>>>> [cid:image003.png@01D30557.7
>>>>>>>>>>>>>>>>>>>>>> 70
>>>>>>>>>>>>>>>>>>>>>> 5D
>>>>>>>>>>>>>>>>>>>>>> 18
>>>>>>>>>>>>>>>>>>>>>> 0]
>>>>>>>>>>>>>>>>>>>>>> P: 864-672-9069
>>>>>>>>>>>>>>>>>>>>>> F: 864-289-7520
>>>>>>>>>>>>>>>>>>>>>> E-mail:
>>>>>>>>>>>>>>>>>>>>>> rcoll@limaonecapital.com<mai
>>>>>>>>>>>>>>>>>>>>>> lt o:
>>>>>>>>>>>>>>>>>>>>>> rc ol l@ li ma on ec ap it
>>>>>>>>>>>>>>>>>>>>>> al .c
>>>>>>>>>>>>>>>>>>>>>> om
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> www.LimaOneCapital.com<http
>>>>>>>>>>>>>>>>>>>>>> :/
>>>>>>>>>>>>>>>>>>>>>> /w
>>>>>>>>>>>>>>>>>>>>>> ww .L im aO ne Ca pi ta l.
>>>>>>>>>>>>>>>>>>>>>> co m>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>

Exhibit C - 65

>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>

Exhibit C - 66

>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>>> Amy Rice
>>>>>>>>>>>>>>>>>>>>> Client Services
>>>>>>>>>>>>>>>>>>>>> File Management Department
>>>>>>>>>>>>>>>>>>>>> Office: 813-606-5058
>>>>>>>>>>>>>>>>>>>>> Fax: 877-471-2805
>>>>>>>>>>>>>>>>>>>>> Integrity Settlement Services
>>>>>>>>>>>>>>>>>>>>> Services@integirtysettlementservices
>>>>>>>>>>>>>>>>>>>>> .n
>>>>>>>>>>>>>>>>>>>>> et
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>>>>>>>>>>>>>>>> The contents of this email message
>>>>>>>>>>>>>>>>>>>>> and any attachments are intended
>>>>>>>>>>>>>>>>>>>>> solely for the addressee(s) and may
>>>>>>>>>>>>>>>>>>>>> contain confidential and/or
>>>>>>>>>>>>>>>>>>>>> privileged information and may be
>>>>>>>>>>>>>>>>>>>>> legally protected from disclosure.
>>>>>>>>>>>>>>>>>>>>> If you are
>>>>>>>>>>>>>>>>>>>>> not the intended recipient of this
>>>>>>>>>>>>>>>>>>>>> message or their agent, or if this
>>>>>>>>>>>>>>>>>>>>> message has been addressed to you
>>>>>>>>>>>>>>>>>>>>> in error, please immediately alert
>>>>>>>>>>>>>>>>>>>>> the sender by reply email and then
>>>>>>>>>>>>>>>>>>>>> delete this message and any
>>>>>>>>>>>>>>>>>>>>> attachments. If you are not the
>>>>>>>>>>>>>>>>>>>>> intended recipient, you are hereby
>>>>>>>>>>>>>>>>>>>>> notified that any use,
>>>>>>>>>>>>>>>>>>>>> dissemination, copying, or storage
>>>>>>>>>>>>>>>>>>>>> of this message or its attachments
>>>>>>>>>>>>>>>>>>>>> is strictly prohibited.
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>> Amy Rice
>>>>>>>>>>>>>>>>> Client Services

Exhibit C - 67

>>>>>>>>>>>>>>>> File Management Department
>>>>>>>>>>>>>>>> Office: 813-606-5058
>>>>>>>>>>>>>>>> Fax: 877-471-2805
>>>>>>>>>>>>>>>> Integrity Settlement Services
>>>>>>>>>>>>>>>> Services@integirtysettlementservices.net
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>>>>>>>>>>> The contents of this email message and any
>>>>>>>>>>>>>>>> attachments are intended solely for the
>>>>>>>>>>>>>>>> addressee(s) and may contain confidential
>>>>>>>>>>>>>>>> and/or privileged information and may be
>>>>>>>>>>>>>>>> legally protected from disclosure. If you
>>>>>>>>>>>>>>>> are not the intended recipient of this
>>>>>>>>>>>>>>>> message or their agent, or if this message
>>>>>>>>>>>>>>>> has been addressed to you in error, please
>>>>>>>>>>>>>>>> immediately alert the sender by reply email
>>>>>>>>>>>>>>>> and then delete this message and any
>>>>>>>>>>>>>>>> attachments. If you are not the intended
>>>>>>>>>>>>>>>> recipient, you are hereby notified that any
>>>>>>>>>>>>>>>> use, dissemination, copying, or storage of
>>>>>>>>>>>>>>>> this message or its attachments is strictly
>>>>>>>>>>>>>>>> prohibited.
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>

Exhibit C - 68

>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> --
>>>>>>>>>>>>>> Amy Rice
>>>>>>>>>>>>>> Client Services
>>>>>>>>>>>>>> File Management Department
>>>>>>>>>>>>>> Office: 813-606-5058
>>>>>>>>>>>>>> Fax: 877-471-2805
>>>>>>>>>>>>>> Integrity Settlement Services
>>>>>>>>>>>>>> Services@integirtysettlementservices.net
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>

>>>>>>>>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>>>>>>>>> The contents of this email message and any
>>>>>>>>>>>>>> attachments are intended solely for the
>>>>>>>>>>>>>> addressee(s) and may contain confidential and/or
>>>>>>>>>>>>>> privileged information and may be legally
>>>>>>>>>>>>>> protected from disclosure. If you are not the
>>>>>>>>>>>>>> intended recipient of this message or their agent,
>>>>>>>>>>>>>> or if this message has been addressed to you in
>>>>>>>>>>>>>> error, please immediately alert the sender by
>>>>>>>>>>>>>> reply email and then delete this message and any
>>>>>>>>>>>>>> attachments. If you are not the intended
>>>>>>>>>>>>>> recipient, you are hereby notified that any use,
>>>>>>>>>>>>>> dissemination, copying, or storage of this message
>>>>>>>>>>>>>> or its attachments is strictly prohibited.
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>

Exhibit C - 69

>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>
>>>>>>
>>>>>> --
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>
>>>>
>>>>
>>>
>>>
>>> --
>>>
>>>
>>>
>>>
>>>
>>>
>>
>>
>>
>>
>>
>>

Exhibit C - 70