# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LIMA ONE CAPITAL SPECIAL SERVICING, INC., <br><br> Plaintiff, <br><br> v. <br><br> E.S. REAL ESTATE CONSORTIUM, INC., CONSORTIUM TITLE, LLC, INTEGRITY SETTLEMENT SERVICES, LLC, ANEAKA ENGLISH, CASITA SIMPSON, and COLEEN THOMAS <br><br> Defendants. | Case No. 1:18-cv-04070-MLB |

## NOTICE OF DISMISSAL

COMES NOW, Lima One Capital Special Servicing, Inc. ("Lima One"), and hereby files this Notice of Dismissal, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

1

Respectfully submitted, this 13th day of January 2020.

>*/s/ Bret J. Chaness*
>BRET J. CHANESS (GA Bar No. 720572)
>**RUBIN LUBLIN, LLC**
>3145 Avalon Ridge Place, Suite 100
>Peachtree Corners, GA 30071
>(678) 281-2730 (Telephone)
>(404) 921-9016 (Facsimile)
>bchaness@rubinlublin.com
>*Attorneys for Lima One Capital Special Servicing, Inc.*

## **FONT CERTIFICATION**

The undersigned counsel hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 13th day of January 2020.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this 13th day of January 2020, filed the within and foregoing by CM/ECF, which will serve notice on all parties.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)